UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HILDA VAN HOEK,**

    **Plaintiff,**

v.

**MCKESSON CORPORATION; PSS WORLD MEDICAL, INC.; MCKESSON MEDICAL-SURGICAL INC.; and MCKESSON MEDICAL-SURGICAL TOP HOLDINGS INC.,**

    <u>**Defendants.**</u>              /

Case No. 8:17-cv-2447-T-36AAS

**PLAINTIFF'S INITIAL MANDATORY DISCLOSURE**

Plaintiff Hilda van Hoek hereby submits her initial mandatory disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

**Witnesses whom Plaintiff may use to support her claims**

Maria Jimenez
8293 Gazette Road
Weeki Wachee, Florida
(352) 650-7633
Subject of information: Access Health Care's requests that Plaintiff be the sole representative on the Access accounts

Gary Steele
Florida Medical Clinic
38135 Market Square
Zephyrhills, Florida 33542
(813)780-2643
Subject of Information: Florida Medical Clinic's requests that Plaintiff be the sole representative on Florida Medical Clinic's accounts

Jim Stout
Florida Medical Clinic
38135 Market Square
Zephyrhills, Florida 33542
(813)780-2643
Subject of Information: Florida Medical Clinic's requests that Plaintiff be the sole representative

**EXHIBIT A**

on Florida Medical Clinic's accounts

Amy Boyes
Florida Medical Clinic
38135 Market Square
Zephyrhills, Florida 33542
(813)780-2643
(352) 457-3284
Subject of information: Florida Medical Clinic's requests that Plaintiff be the sole representative on Florida Medical Clinic's accounts

Debbie Tanner
345 Bay Shore Blvd.
Apt. 508
Tampa, Florida 33606
(813) 754-5480
Subject of information: Continue Care's request that Plaintiff be restored as the representative on its accounts.

Cheryl Schmidt
19108 Forrest Drive
Odessa, Florida 33556
(813) 545-1499
Subject of information: Florida Hospital Physician's Group's request that Plaintiff be sales representative for all its accounts in Hillsborough, Pasco and Pinellas Counties

Leisa Meredith
1025 Mardi Gras Dr.
Kissimmee, Florida 34759-7042
(407) 508-0206
Subjects of information: Sex discrimination of defendants/

**Documents that Plaintiff may use to support her claims**

Plaintiff is producing via Web link documents that she may use to support her claims. The documents, which are Bates stamped Van Hoek 000001 to 000537, may be retrieved at the following link: https://spaces.hightail.com/receive/wqTuRy5mEV. The link will expire in 14 days.

**Damages and make-whole monetary relief**

*Back pay*

Plaintiff will be conducting discovery to determine all types and amounts of compensation that she would have earned in the absence of Defendants' discrimination and retaliation against her. Such losses include any commissions that were paid to men that should have been paid to Plaintiff; commissions that would have been paid to Plaintiff if Defendants had not lost business due to their

2

discriminatory failure to accede to customer requests to assign Plaintiff as the customer's sales representative; and the PrimeCare commission that Plaintiff earned but that Defendants paid to another employee, estimated to be about $40,000.

Plaintiff also will be conducting discovery to determine all types of benefits that she would have earned in the absence of Defendants' discrimination against her. Such losses include CEO Roundtable benefits. Plaintiff will seek recovery of any such benefits and an order requiring Defendants to fund any affected retirement benefit plan to make Plaintiff whole as to benefits she will receive when she retires.

*Prejudgment interest*

Plaintiff will seek prejudgment interest on the amount of back pay awarded. A simple methodology for computing prejudgment interest that has been used by the Middle District of Florida is the average IRS interest rate for underpayment of taxes during the period of the violation up through the date of judgment. *See Armstrong v. Charlotte County Bd. of County Comm'rs*, 273 F. Supp. 2d 1312, 1319 (M.D. Fla. 2003).

*Compensatory damages*

Plaintiff is also seeking "noneconomic" compensatory damages for indignity, humiliation, and inconvenience. The amount will be left to the jury.

*Punitive damages*

Plaintiff will conduct discovery to determine a reasonable amount to seek as punitive damages.

*Tax offset*

Plaintiff will seek an additional amount as make-whole relief to offset her tax liability resulting if the back pay awarded to Plaintiff would push her into a higher tax bracket.

*Costs and fees*

Plaintiff will seek litigation expenses and attorney and expert fees if she prevails.

**Insurance**

None

Respectfully submitted,

**/s/ Kathryn S. Piscitelli**
Kathryn S. Piscitelli
Florida Bar No. 0368598
P.O. Box 691166
Orlando, FL 32869-1166
Phone: (407) 491-0143
Email: kpiscitelli1@cfl.rr.com

**/s/ Peter F. Helwig**
Peter F. Helwig
Florida Bar No. 0588113
HARRIS & HELWIG, P.A.
6700 South Florida Avenue, Suite 31
Lakeland, Florida 33813
Phone: (863) 648-2958
Facsimile: (863) 619-8901
Email: pfhelwig@tampabay.rr.com

**Attorneys for Hilda van Hoek**

**Certificate of Service**

I hereby certify that on January 10, 2018, I emailed the foregoing to Sacha Dyson, Thompson, Sizemore, Gonzalez & Hearing, P.A., 201 N. Franklin Street, Suite 1600, Tampa, Florida, 33602, sdyson@tsghlaw.com; and Gregory A. Hearing, Thompson, Sizemore, Gonzalez & Hearing, P.A., 201 N. Franklin Street, Suite 1600, Tampa, Florida, 33602, ghearing@tsghlaw.com.

**/s/ Kathryn S. Piscitelli**
Kathryn S. Piscitelli