# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**HILDA VAN HOEK,**

    **Plaintiff,**

v.	**Case No.: 8:17-cv-2447-T-02AAS**

**MCKESSON CORPORATION, et al.**

    **Defendants.**

_____/

## ORDER

Upon review of the parties' submissions in response to this court's order (Doc. 60), the defendants' counsel must submit via email to chambers_flmd_sansone@flmd.uscourts.gov a word version of the draft agreement attached at pages 4 through 10 of Doc. 61-6 (including tracked changes and imbedded comments) and the plaintiff's counsel must submit via email to chambers_flmd_sansone@flmd.uscourts.gov a word version of the draft agreement attached at pages 2 through 8 of Doc. 62-2 (including tracked changes and imbedded comments). The documents must be emailed to the undersigned's chambers email address no later than **December 12, 2018 at 5:00 p.m.**

    **ORDERED** in Tampa, Florida on December 11, 2018.

*[signature: Amanda Arnold Sansone]*
_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge