UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HILDA VAN HOEK,**

    **Plaintiff,**

v.                                              Case No. 8:17-cv-2447-T-02AAS

**MCKESSON CORPORATION; PSS
WORLD MEDICAL, INC.; MCKESSON
MEDICAL-SURGICAL INC.; and
MCKESSON MEDICAL-SURGICAL
TOP HOLDINGS INC.,**

    **Defendants.**
_____/

## ORDER

Plaintiff Hilda Van Hoek and Defendants McKesson Corporation, PSS World Medical, Inc., McKesson Medical-Surgical Inc., and McKesson Medical-Surgical Top Holdings, Inc., appeared before the undersigned for a discovery status conference. For the reasons stated on the record at the hearing:

(1) Plaintiff's oral motion to compel further production and for reconsideration (Doc. 72) is **GRANTED IN PART AND DENIED IN PART**:

    (a) Plaintiff's motion to compel further production as to request for production no. 3 is **DENIED**.

    (b) Plaintiff's motion to compel further production as to request for production no. 4 is **GRANTED** only to the extent that Defendants must produce an unredacted response to this request; otherwise it is **DENIED**.

1

(c) Plaintiff's motion for reconsideration as to the court's ruling on request for production no. 6 is **DENIED without prejudice**.

(2) The parties' joint oral motion to extend case management deadlines (Doc. 73) is **GRANTED**. Amended case management deadlines will be entered by separate order.

(3) Defendants' discovery responses are deemed timely produced, and its Motion for Extension of Time to Produce Documents (Doc. 70) is **MOOT**.

(4) A discovery status conference is scheduled before the undersigned on **March 6, 2019 at 10:00 a.m.**, in Courtroom 10B of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602. If either party chooses to file a discovery related motion to be addressed at the hearing, such motions must be filed by **February 20, 2019**. Responses to those motions are due by **February 27, 2019**. If deposition scheduling issues or any other non-briefed discovery issues remain pending between the parties prior to the March 6th hearing, the parties shall notify the court by filing notices by **February 27, 2019**.

(5) If Plaintiff seeks to depose Ms. Hill Moseley, the parties must agree on a deposition date by **February 6, 2019**, and Plaintiff must promptly notice and serve the non-party subpoena. The agreed deposition date must be after the March 6th hearing.

**ORDERED** in Tampa, Florida on January 25, 2019.

AMANDA ARNOLD SANSONE
United States Magistrate Judge