1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:17-cv-2447-T-36AAS

HILDA VAN HOEK,

    Plaintiff,

vs.

MCKESSON CORPORATION; PSS
WORLD MEDICAL, INC.; MCKESSON
MEDICAL-SURGICAL INC.; and MCKESSON
MEDICAL-SURGICAL TOP HOLDINGS
INC.,

    Defendants.
_____/

| | |
|---|---|
| VIDEOTAPED DEPOSITION OF: | CLINTON BRADY |
| DATE: | WEDNESDAY, OCTOBER 17, 2018 |
| TIME: | 1:31 P.M. - 3:31 P.M. |
| PLACE: | BARRETT COURT REPORTING<br>2935 FIRST AVENUE NORTH,<br>ST. PETERSBURG, FLORIDA 33713 |
| STENOGRAPHICALLY REPORTED BY: | JESSICA TENENBAUM, COURT REPORTER AND NOTARY PUBLIC |


EXHIBIT A




56

1    A.   Bill to -- again, this is an estimate.  It can
2 change month to month, but 350 to 400 maybe.
3    Q.   Bill to's?
4    A.   I think so. It could be off.  I haven't looked
5 at the total number in a while, but it's probably
6 somewhere in that range.  That's why it's so hard to
7 remember exact accounts.  There's a lot, so I don't
8 remember exactly which ones were affected by that
9 acquisition.  I remember dealing with it, but I don't
10 remember too many specifics.  But the ship to's -- one
11 of those bill to's can have 15 ship to accounts under
12 it.  One may only have one.  So, it would -- it -- I
13 would -- it would be irresponsible even to try to guess
14 the number of ship to's.
15    Q.   Well, how does it come about that you become a
16 bill to on an account?
17    A.   Typically you're the person who's opening the
18 account.
19    Q.   So that would be a customer that you've -- a
20 new customer?
21    A.   The majority of the time, yes.
22    Q.   And what about the other times, how is it that
23 you come about to be a bill to?
24    A.   It's possible that another account manager had
25 left the company and they needed to assign someone.



```
 1                UNITED STATES DISTRICT COURT
 2                 MIDDLE DISTRICT OF FLORIDA
 3                      TAMPA DIVISION
 4              CASE NO: 8:17-CV-2447-T-36AAS
 5
 6   HILDA VAN HOEK,
 7            Plaintiff,
 8   vs
 9
     MCKESSON CORPORATION; PSS
10   WORLD MEDICAL, INC., MCKESSON
     MEDICAL-SURGICAL, INC., and
11   MCKESSON MEDICAL-SURGICAL TOP
     HOLDINGS, INC.,
12
              Defendants.
13   _____/
14
15              VIDEO-TAPED DEPOSITION OF
16                    CRAIG WILLIAMS
17
18   DATE:         Friday - October 12, 2018
19   TIME:         1:01 p.m.
20   PLACE:        Esquire Reporting
                   422 Camden Street
21                 Stuart, Florida 34994
22   TAKEN BY:     Plaintiff
23   BEFORE:       KATHY ALANIS, Shorthand Reporter and
                   Notary Public in and for the State of
24                 Florida at large
25
```

1  BY MS. PISCITELLI:

8    A    Here in my area you're talking about?
9    Q    Anywhere.
10   A    Well, I mean there's a lot of them.
11   Q    Oh, okay.  Yeah.
12   A    Like three hundred.
13   Q    Three hundred customers?
14   A    Roughly.  Approximately.