**To:**      Jensen, Paul[Paul.Jensen@McKesson.com]
**Cc:**      Bedford, Felicia[Felicia.Bedford@McKesson.com]
**From:**    Van Hoek, Hilda K
**Sent:**    Tue 8/2/2016 7:32:29 PM
**Subject:** RE: East Coast Offices

Hi Paul,

We have a problem, how are we going to go forward working together? How does an account get to choose to have only ONE REP?? I was told by you that the reason FMC could not dictate how they are being represented by us/Mckesson....... You said" if they chose us as their exclusive/Primary Supplier, that they could chose to have ONE REP". Access HC has signed an exclusive with us and Maria has made it crystal clear time and time again, even to you personally......that she wants only ONE REP.   Not as you put it, ONE REP REPRESENTATION! I know McKesson has several accounts that are setup that way. I.E. JSA, Wellmed, and recently FHPG (I lost many accounts and potential of future new practices being setup). Just recently I was asked by Maria to contact Cheryl Kolley at FANA Medical to go over setting up a new patient room. After several emails, phone calls and texts, order was put together by me and then I sent to another Rep. to put in order.....then I have to communicate with Cheryl for the delivery. This really complicates everything.

Maria is still expecting her wishes to be respected! When I told her that we need to wait for Craig and Alexander to come back from vacation...... she asked why, for what, this is what I want! Just having one Rep.(SIMPLE) She doesn't want the other reps., Calling on her employees...... I'm being asked to go visit them.  This puts me in a very awkward position. I have known Maria Jimenez for over 15 years. Until NOW Maria knows nothing about my situation with all the unfair treatment to me as a Female Employee.  I continued to work and to never mention one word to any of MY/McKesson's customers. The part I don't understand is that the practice continues! I can only HOPE that McKesson learns something from this. McKesson trusts their leader to be FAIR! You've met with Maria Jimenez at least 2-3 times in the past where she has voiced her wanting to only work with me! After my BC with her and Regina Conner last week, they communicated to me that in the near future they will be doubling their size, adding more practices and physicians.  And how it would be very difficult to having several different Account Managers to work with. When FHPG made the decision to only have ONE Account Manager, which as much as I would have liked to keep working with Kim Teel....... I understand that this was a reasonable and more efficient way to do business with them going forward.

Just seems there is one standard for me and another standard for other Reps and accounts.  Total disregard for what the CUSTOMER wants.....

Beside the fact that the accounts on the East Coast were taken away from me and given to Craig Williams! I've known you about 3-4 years and you've always fought to keep accounts with the same Rep. However when it came to me and my accounts the same doesn't apply ......there is a double standard.

Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax



-----Original Message-----
From: Van Hoek, Hilda K
Sent: Wednesday, July 20, 2016 1:22 PM
To: Jensen, Paul
Cc: Loisey, Alexandra; Sharp, Darin
Subject: RE: East Coast Offices

CONFIDENTIAL                                              000705

Hi Paul,

Maria wants a single rep representation in place, she made that perfectly clear to me.......and has for the last 2-3 years!

Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax


-----Original Message-----
From: Jensen, Paul
Sent: Wednesday, July 20, 2016 12:43 PM
To: Van Hoek, Hilda K
Cc: Loisey, Alexandra; Sharp, Darin
Subject: RE: East Coast Offices

Alex and Craig are on vacation until next week. We have both models (single rep and lead rep with multiple representation in place) at McKesson. Access Health Care purchasing model hasn't changed. Hilda will continue to be Maria's primary contact.

Alex and I will discuss once she returns from personal time next week.

Thanks for passing the information along Hilda.

Paul

-----Original Message-----
From: Van Hoek, Hilda K
Sent: Wednesday, July 20, 2016 11:44 AM
To: Jensen, Paul
Cc: Van Hoek, Hilda K; Loisey, Alexandra
Subject: FW: East Coast Offices
Importance: High

Hi Paul,

I just spoke with Maria about the following; Christine Barnabo is no longer with Access HealthCare. Maria is now overseeing all the accounts for Access HC. Please see message below, she only wants one representative covering all her accounts including the Access HC IPA 2.

Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax


-----Original Message-----
From: Maria Jimenez [mailto:mjimenez@accesshealthcarellc.net]
Sent: Wednesday, July 20, 2016 8:39 AM
To: Van Hoek, Hilda K
Cc: Cinthia Serrano
Subject: East Coast Offices

CONFIDENTIAL

Hilda,

Can you please reach out to Cinthia whom I have included on this email. We need to change her to the super user for all the accounts on the East Coast (5 offices). She will approve all orders the same as I do on the West Coast. You will now be the contact person for our company for both sides of the state. We will no longer need the gentleman Christine Barnabo used to work with to oversee those 5 offices. Please contact Cinthia who is the Operations Manager and work on getting her offices set up with passwords and logins.

Thank you,

Maria Jimenez,

CONFIDENTIAL

**To:**      Jensen, Paul[Paul.Jensen@McKesson.com]
**Cc:**      rconner@accesshealthcarellc.net[rconner@accesshealthcarellc.net]; Maria[mjimenez@accesshealthcarellc.net]; Bedford,
Felicia[Felicia.Bedford@McKesson.com]
**From:**    Van Hoek, Hilda K
**Sent:**    Thur 8/4/2016 7:08:32 PM
**Subject:** Fwd: Offices that need to be transferred over to the Access Account 54520755

Hi Paul,

This request is coming from the customer, both Regina and Maria want all the accounts under one bill to. They want one sales rep only. They feel this is all become too complicated.
Thank you, Hilda

Sent from my iPhone

Begin forwarded message:

> EXHIBIT
> 42
> BC 8/9/19

**From:** Regina Conner <rconner@accesshealthcarellc.net>
**Date:** August 4, 2016 at 2:39:49 PM EDT
**To:** "Van Hoek, Hilda K" <Hilda.VanHoek@McKesson.com>
**Cc:** Maria Jimenez <mjimenez@accesshealthcarellc.net>
**Subject: Offices that need to be transferred over to the Access Account 54520755**

Hilda,

Good afternoon,

We need to change the following offices over to Access Account 54520755 and 54511833 (IPA account). All of these accounts must also be switched over to you as the McKesson salesperson. All of these offices are Access owned.

I need the office leads to be setup for placing orders for approval on the McKesson website as well.

I need this done ASAP. We need to be able to start placing our monthly orders for these offices.

Dr. Elizabeth Hatz, DO

1700 Hillmoor Dr, Suite 501

Port St. Lucie, FL 34986

Team Lead: Dawn Moon, dmoon@accesshealthcarellc.net, 772-446-2710

Dr. Elizabeth Hatz, DO

213 NW St. James Drive, Suite 3

Port St. Lucie, FL 34986

CONFIDENTIAL

Team Lead: Dawn Moon, dmoon@accesshealthcarellc.net, 772-446-2710

Dr. Shammi Bali, MD

1100 SW St. Lucie West Blvd, Ste 209

Port St. Lucie, FL 34986

Team Lead:  Michelle Horldt,  mhorldt@accesshealthcarellce.net, 772-971-3606

Dr. Luke Kung, MD

634 NE Jenson Beach Blvd

Jensen Beach, FL 34957

Team Lead:  Michelle Horldt,  mhorldt@accesshealthcarellce.net, 772-971-3606

Dr. Hajera Fatima, DO

1801 S. 23rd St. #9

Fort Pierce, FL 34950

Team Lead: Michelle Beaty, mbeaty@accesshealthcarellc.net, 772-446-2710

California Club Medical Center

Dr. Gene Gody, MD

790 Ives Dairy Road

N. Miami Beach, FL 33160

Team Lead:  Maygol Driggs, mdriggs@accesshealthcarellc.net,  305-951-3677

Please do not hesitate to contact me if you have any questions.

Regina Conner
Operations Coordinator
Corporate Development & Operations
5350 Spring Hill Drive
Spring Hill FL, 34609
352-688-8116 Ext 4337
rconner@accesshealthcarellc.net

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying

CONFIDENTIAL                                                    000709

or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

CONFIDENTIAL

**To:** rconner@accesshealthcarellc.net[rconner@accesshealthcarellc.net]; Maria[mjimenez@accesshealthcarellc.net]; Bedford, Felicia[Felicia.Bedford@McKesson.com]
**Cc:** Loisey, Alexandra[Alexandra.Loisey@McKesson.com]; Van Hoek, Hilda K[Hilda.VanHoek@McKesson.com]
**From:** Jensen, Paul
**Sent:** Thur 8/4/2016 8:27:21 PM
**Subject:** RE: Offices that need to be transferred over to the Access Account 54520755

Regina and Maria,

I would like to set a call up with you two ladies to discuss the complications and changes that Access Health is currently experiencing. Additionally for the call, McKesson has a process for bill to consolidation which can address back office efficiencies and further benefits for your business. This is not as simple as 'flipping a switch'. I want to make sure we do this properly as not to interrupt the operation that you currently experiencing.

Would it be possible for Karen Hayes to join the call as this request does alter our original agreement from earlier this year?

I have open time Friday mid to late afternoon. Or I could meet with all parties Monday afternoon at the Springhill offices.

Thanks again for the opportunity and continued support of McKesson!

# Paul Jensen

**Area Sales Manager | McKesson Medical- Surgical**
**South Region- Florida | *Six Sigma Black Belt***
Mobile/Text 727-224-8493
Email: paul.jensen@mckesson.com
Web: https://mms.mckesson.com
ILEAD-Inspire, Leverage, Execute, Advance, Develop
ICARE- **I**ntegrity, **C**ustomer-first, **A**ccountability, **R**espect, **E**xcellence
**Please consider the enviroment-do you really need to print this email?**



**From:** Van Hoek, Hilda K
**Sent:** Thursday, August 04, 2016 3:09 PM
**To:** Jensen, Paul
**Cc:** rconner@accesshealthcarellc.net; Maria; Bedford, Felicia
**Subject:** Fwd: Offices that need to be transferred over to the Access Account 54520755

Hi Paul,
This request is coming from the customer, both Regina and Maria want all the accounts under one bill to. They want one sales rep only. They feel this is all become too complicated.
Thank you, Hilda

Sent from my iPhone
Begin forwarded message:

> **From:** Regina Conner <rconner@accesshealthcarellc.net>
> **Date:** August 4, 2016 at 2:39:49 PM EDT
> **To:** "Van Hoek, Hilda K" <Hilda.VanHoek@McKesson.com>
> **Cc:** Maria Jimenez <mjimenez@accesshealthcarellc.net>
> **Subject: Offices that need to be transferred over to the Access Account 54520755**
>
> Hilda,
>
>
> Good afternoon,

CONFIDENTIAL

000711

We need to change the following offices over to Access Account 54520755 and 54511833 (IPA account).  All of these accounts must also be switched over to you as the McKesson salesperson.  All of these offices are Access owned.

I need the office leads to be setup for placing orders for approval on the McKesson website as well.

I need this done ASAP.  We need to be able to start placing our monthly orders for these offices.

Dr. Elizabeth Hatz, DO

1700 Hillmoor Dr, Suite 501

Port St. Lucie, FL 34986

Team Lead:  Dawn Moon, dmoon@accesshealthcarellc.net,  772-446-2710

Dr. Elizabeth Hatz, DO

213 NW St. James Drive, Suite 3

Port St. Lucie, FL 34986

Team Lead:  Dawn Moon, dmoon@accesshealthcarellc.net,  772-446-2710

Dr. Shammi Bali, MD

1100 SW St. Lucie West Blvd, Ste 209

Port St. Lucie, FL 34986

Team Lead:  Michelle Horldt, mhorldt@accesshealthcarellce.net, 772-971-3606

Dr. Luke Kung, MD

634 NE Jenson Beach Blvd

Jensen Beach, FL 34957

Team Lead:  Michelle Horldt, mhorldt@accesshealthcarellce.net, 772-971-3606

Dr. Hajera Fatima, DO

CONFIDENTIAL

1801 S. 23rd St. #9

Fort Pierce, FL 34950

Team Lead: Michelle Beaty, mbeaty@accesshealthcarellc.net, 772-446-2710


California Club Medical Center

Dr. Gene Gody, MD

790 Ives Dairy Road

N. Miami Beach, FL 33160

Team Lead:  Maygol Driggs, mdriggs@accesshealthcarellc.net,  305-951-3677


Please do not hesitate to contact me if you have any questions.


Regina Conner
Operations Coordinator
Corporate Development & Operations
5350 Spring Hill Drive
Spring Hill FL, 34609
352-688-8116 Ext 4337
rconner@accesshealthcarellc.net

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.


Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**NoAccess**

**From:** Jensen, Paul
**Sent:** Friday, August 5, 2016 8:24 AM
**To:** rstrong@advantagetrustpg.com
**Subject:** RE: RE: Access Health

Rachel,
Maybe it was my phrasing but I wasn't asking you to lead the discussion. Just was inquiring if Karen had mentioned that Access had made some resource changes internally and were requesting for a single bill to consolidation. No problems- we are having a call with Karen soon to discuss. Thanks for the continued support- let me know when you are coming down again to meet up.

Have a great weekend!
Paul

---

**From:** rstrong@advantagetrustpg.com [mailto:rstrong@advantagetrustpg.com]
**Sent:** Friday, August 05, 2016 9:05 AM
**To:** Jensen, Paul
**Subject:** Re: RE: Access Health

No, I had no idea that those were things that you would like addressed. Haven't heard a word from anyone. Have you discussed those things with Karen?

Rachel Strong
Account Director
Advantage Trust
1475 E. Woodfield Rd., Ste.400
Schaumburg, IL 60173
o.847.592.7935
c. 847-682-6736



On Aug 4, 2016, at 4:06 PM, Jensen, Paul <Paul.Jensen@McKesson.com> wrote:

>   All good with contracting- I will get back on finals of the credits.
>
>   Was there any discussion regarding Bill To Consolidation or single rep assignment? Or changes to their ordering process?
>
>   **From:** rstrong@advantagetrustpg.com [mailto:rstrong@advantagetrustpg.com]
>   **Sent:** Thursday, August 04, 2016 3:58 PM
>   **To:** Jensen, Paul
>   **Subject:** Access Health
>
>   Hi Paul,
>
>   I was down meeting with Karen Hayes last week and she tells me that she believes that all pricing and contracts have been connected.  Can you confirm that for me?  She was also wondering about the credit and rebill that was going to go back to March 1 – any word on that?

1

CONFIDENTIAL                                                                    000854

Thanks for your help!

**Rachel Strong (Egan)** |  Account Director
AdvantageTrust |  1475 E. Woodfield Rd., Suite 400 |  Schaumburg IL 60173
o: 847.592.7935 |  c: 847.682.6736 |  e: rstrong@advantagetrustpg.com |  www.advantagetrustpg.com

CONFIDENTIAL

000855

**To:**      Van Hoek, Hilda K[Hilda.VanHoek@McKesson.com]
**Cc:**      Bedford, Felicia[Felicia.Bedford@McKesson.com]
**From:**    Jensen, Paul
**Sent:**    Fri 8/5/2016 5:47:58 PM
**Subject:** RE: Offices that need to be transferred over to the Access Account 54520755

Hilda,

I left you a message last evening and one a few minutes ago on your cell asking you to call me to discuss Access.

I have a scheduled call at 2pm and the Access call at 4pm.

Paul

**From:** Van Hoek, Hilda K
**Sent:** Friday, August 05, 2016 1:35 PM
**To:** Jensen, Paul
**Cc:** Bedford, Felicia
**Subject:** FW: Offices that need to be transferred over to the Access Account 54520755

Hi Paul,

Customer let me know that meeting is scheduled, however I was NOT invited, she didn't understand why! It Included Darin Sharp......

I setup a meeting between You, Karen Hayes and Cary O'Donnell several months ago. They joined Advantage Trust and we were invited to provide a proposal. Because of the relationship between myself and Maria, Maria PULLED for us to get the contract (in Access of a million dollar account, including Access HC 2 IPA) However after arranging the meeting I was excluded from all future meetings. Including this one where customer came to me asking you for the second time to please have the accounts transferred to ONE billing, ONE A/R person, One Sales Rep. Just to keep in mind that Maria voiced her wanting only ONE Sales Rep. 2 or 3 time at sit in meetings with you.

Just to give an idea of how difficult it is to have multiple Reps. Especially since she only wants me to contact the individual Ship to locations. This week Maria sent me an email to setup one examine room for FANA Medical (after 15 years plus, this is all she needs to tell me..... I know exactly what she wants for her setups) I got the complete list together and worked with Cheryl at the Palm Harbor Location. I sent over the list to Michelle Hosley (Sales Rep) to actually enter into the system. You would think this would be a simple task, however after over 20-30 emails, and texts ...... I wouldn't call this very efficiently using our time. Including the warehouse Managers, etc. And then after everything was set, Michelle took it on herself to contact the office Manager at another office, IRIS to get involved. What a Fiasco again......

Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax



**From:** Maria Jimenez [mailto:mjimenez@accesshealthcarellc.net]
**Sent:** Friday, August 05, 2016 8:54 AM
**To:** Jensen, Paul; Regina Conner; Bedford, Felicia
**Cc:** Loisey, Alexandra; Van Hoek, Hilda K; Karen Hayes
**Subject:** Re: Offices that need to be transferred over to the Access Account 54520755

Paul, I have spoken to Karen and she will be available today for a conference call

Please send us a time and number to dial in so we may all join the meeting.

Maria Jimenez RN, MBA, BSN, LHRM, ALNC
Operations Manager
Access HealthCare and Affiliated Offices
352-688-8116 Phone
352-666-9290 Fax

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**From:** Jensen, Paul <Paul.Jensen@McKesson.com>
**Sent:** Thursday, August 4, 2016 4:27 PM
**To:** Regina Conner; Maria Jimenez; Bedford, Felicia
**Cc:** Loisey, Alexandra; Van Hoek, Hilda K
**Subject:** RE: Offices that need to be transferred over to the Access Account 54520755

Regina and Maria,

I would like to set a call up with you two ladies to discuss the complications and changes that Access Health is currently experiencing. Additionally for the call, McKesson has a process for bill to consolidation which can address back office efficiencies and further benefits for your business. This is not as simple as 'flipping a switch'. I want to make sure we do this properly as not to interrupt the operation that you currently experiencing.

Would it be possible for Karen Hayes to join the call as this request does alter our original agreement from earlier this year?

I have open time Friday mid to late afternoon. Or I could meet with all parties Monday afternoon at the Springhill offices.

Thanks again for the opportunity and continued support of McKesson!

# Paul Jensen

**Area Sales Manager | McKesson Medical- Surgical**
**South Region- Florida |** *Six Sigma Black Belt*
Mobile/Text 727-224-8493
Email: paul.jensen@mckesson.com
Web: https://mms.mckesson.com
ILEAD-Inspire, Leverage, Execute, Advance, Develop
ICARE- Integrity, Customer-first, Accountability, Respect, Excellence
Please consider the enviroment-do you really need to print this email?

**From:** Van Hoek, Hilda K
**Sent:** Thursday, August 04, 2016 3:09 PM
**To:** Jensen, Paul
**Cc:** rconner@accesshealthcarellc.net; Maria; Bedford, Felicia
**Subject:** Fwd: Offices that need to be transferred over to the Access Account 54520755

Hi Paul,
This request is coming from the customer, both Regina and Maria want all the accounts under one bill to. They want one

CONFIDENTIAL

sales rep only. They feel this is all become too complicated.
Thank you, Hilda

Sent from my iPhone
Begin forwarded message:

    **From:** Regina Conner <rconner@accesshealthcarellc.net>
    **Date:** August 4, 2016 at 2:39:49 PM EDT
    **To:** "Van Hoek, Hilda K" <Hilda.VanHoek@McKesson.com>
    **Cc:** Maria Jimenez <mjimenez@accesshealthcarellc.net>
    **Subject: Offices that need to be transferred over to the Access Account 54520755**
Hilda,

Good afternoon,

We need to change the following offices over to Access Account 54520755 and 54511833 (IPA account). All of these accounts must also be switched over to you as the McKesson salesperson. All of these offices are Access owned.

I need the office leads to be setup for placing orders for approval on the McKesson website as well.

I need this done ASAP. We need to be able to start placing our monthly orders for these offices.

Dr. Elizabeth Hatz, DO
1700 Hillmoor Dr, Suite 501
Port St. Lucie, FL 34986
Team Lead: Dawn Moon, dmoon@accesshealthcarellc.net, 772-446-2710

Dr. Elizabeth Hatz, DO
213 NW St. James Drive, Suite 3
Port St. Lucie, FL 34986
Team Lead: Dawn Moon, dmoon@accesshealthcarellc.net, 772-446-2710

Dr. Shammi Bali, MD
1100 SW St. Lucie West Blvd, Ste 209
Port St. Lucie, FL 34986
Team Lead: Michelle Horldt, mhorldt@accesshealthcarellce.net, 772-971-3606

Dr. Luke Kung, MD
634 NE Jenson Beach Blvd
Jensen Beach, FL 34957
Team Lead: Michelle Horldt, mhorldt@accesshealthcarellce.net, 772-971-3606

Dr. Hajera Fatima, DO
1801 S. 23rd St. #9
Fort Pierce, FL 34950
Team Lead: Michelle Beaty, mbeaty@accesshealthcarellc.net, 772-446-2710

California Club Medical Center
Dr. Gene Gody, MD
790 Ives Dairy Road
N. Miami Beach, FL 33160
Team Lead: Maygol Driggs, mdriggs@accesshealthcarellc.net, 305-951-3677

Please do not hesitate to contact me if you have questions. CONFIDENTIAL.       000726

Regina Conner
Operations Coordinator
Corporate Development & Operations
5350 Spring Hill Drive
Spring Hill FL, 34609
352-688-8116 Ext 4337
rconner@accesshealthcarellc.net

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**From:**            Jensen, Paul

**Attendees:**       Maria; Karen Hayes; Regina Conner; Loisey, Alexandra; Sharp, Darin; Mackey, Lyneice

**Location:**        office

**Importance:**      Normal

**Subject:**         Access Health

**Start Time:**      Fri 8/5/2016 8:00:00 PM

**End Time:**        Fri 8/5/2016 8:30:00 PM

**Required Attendees:**  Maria; Karen Hayes; Regina Conner; Loisey, Alexandra; Sharp, Darin; Mackey, Lyneice

Tele- 877-684-9625
Passcode 935837

Our goal for the call is to understand the service model to best meet the needs of Access Health Care Physicians.  I would like to make sure we are moving forward together driving efficiencies and cost saving for your business. The call is intended only for leaders of both businesses.

# Paul Jensen

**Area Sales Manager | McKesson Medical- Surgical**
**South Region- Florida | *Six Sigma Black Belt***
Mobile/Text 727-224-8493
Email: paul.jensen@mckesson.com
Web: https://mms.mckesson.com
ILEAD-Inspire, Leverage, Execute, Advance, Develop
ICARE- Integrity, Customer-first, Accountability, Respect, Excellence
Please consider the enviroment-do you really need to print this email?



EXHIBIT
46
BC 8/9/19
Venttack

Hilda. I was hoping you would have return my call before the access call. No Mck reps were included in the invite for the call

Paul can i call you Monday? I'm really not in a good frame of mind right now! I just don't understand why I have been totally excluded...Maria doesn't understand it, Regina doesn't understand it. because we are the people who actually do the work once everything set up. In the 32 years that I've been a sales rep I've never experienced this type of exclusion.
"I do always remember the saying that you said when you first met up with us PSSERS that our accounts are not PSS accounts they're not your accounts they are McKesson's



CONFIDENTIAL

## Peter Helwig

**From:** Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>
**Sent:** Sunday, August 07, 2016 8:40 AM
**To:** Peter E. Helwig; hvanhoek@icloud.com; Hilda van Hoek
**Subject:** Fwd: Call on Monday

Maria stated that in the joint call with Paul and Darren, that Paul stated that switching the accounts over to me as one wrap. Would go against the contract or agreement signed between access healthcare and a mckesson. I've never heard of any agreement or contract stating such a thing so Maria wants to see a copy of this. So see below

Sent from my iPhone

Begin forwarded message:

> **From:** "Van Hoek, Hilda K" <Hilda.VanHoek@McKesson.com>
> **Date:** August 5, 2016 at 5:44:57 PM EDT
> **To:** "Jensen, Paul" <Paul.Jensen@McKesson.com>
> **Subject: Re: Call on Monday**
>
> Maria called me, she was pretty upset,,,,,said she was late coming into the meeting. She would like a copy of the contract signed between access healthcare and McKesson. I would assume this is something that Dr Singh is asking for. Dr Singh and her are joined at the hip.First question to me ...was I on the conference call.
>
> Sent from my iPhone
>
> On Aug 5, 2016, at 5:10 PM, Jensen, Paul <Paul.Jensen@McKesson.com> wrote:
>
>> Hilda,
>>
>> I wished we would have spoken before the Access call as I texted earlier today. I look forward to speaking with you on Monday. Hope you enjoy your weekend.
>>
>> # Paul Jensen
>>
>> **Area Sales Manager | McKesson Medical- Surgical**
>> **South Region- Florida** | Six Sigma Black Belt
>> Mobile/Text 727-224-8493
>> Email: paul.jensen@mckesson.com
>> Web: https://mms.mckesson.com
>> ILEAD-Inspire, Leverage, Execute, Advance, Develop
>> ICARE- Integrity, Customer-first, Accountability, Respect, Excellence
>> Please consider the enviroment-do you really need to print this email?



EXHIBIT
48
van Hoek
BC 8/9/19

1

CONFIDENTIAL

500156

**From:** "Van Hoek, Hilda K" <Hilda.VanHoek@McKesson.com>
**Date:** August 11, 2016 at 4:03:52 PM EDT
**To:** "Jensen, Paul" <Paul.Jensen@McKesson.com>
**Subject: FW: Offices that need to be transferred over to the Access Account 54520755**

Hi Paul,

Please see highlighted statement below, this is the agreement Maria would like to see.


Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax


**From:** Jensen, Paul
**Sent:** Thursday, August 04, 2016 4:27 PM
**To:** rconner@accesshealthcarellc.net; Maria; Bedford, Felicia
**Cc:** Loisey, Alexandra; Van Hoek, Hilda K
**Subject:** RE: Offices that need to be transferred over to the Access Account 54520755

Regina and Maria,

I would like to set a call up with you two ladies to discuss the complications and changes that Access
Health is currently experiencing. Additionally for the call, McKesson has a process for bill to

1

CONFIDENTIAL

500158

consolidation which can address back office efficiencies and further benefits for your business. This is not as simple as 'flipping a switch'. I want to make sure we do this properly as not to interrupt the operation that you currently experiencing.

## Would it be possible for Karen Hayes to join the call as this request does alter our original agreement from earlier this year?

I have open time Friday mid to late afternoon. Or I could meet with all parties Monday afternoon at the Springhill offices.

Thanks again for the opportunity and continued support of McKesson!

## Paul Jensen

**Area Sales Manager | McKesson Medical- Surgical**
**South Region- Florida** | Six Sigma Black Belt
Mobile/Text 727-224-8493
Email: paul.jensen@mckesson.com
Web: https://mms.mckesson.com
ILEAD-Inspire, Leverage, Execute, Advance, Develop
ICARE- Integrity, Customer-first, Accountability, Respect, Excellence
**Please consider the enviroment-do you really need to print this email?**

CONFIDENTIAL

To:         Jensen, Paul[Paul.Jensen@McKesson.com]
Cc:         Maria Jimenez[mjimenez@accesshealthcarellc.net]; Regina Conner
(rconner@accesshealthcarellc.net)[rconner@accesshealthcarellc.net]
From:       Van Hoek, Hilda K
Sent:       Mon 8/8/2016 4:12:47 PM
Subject:    RE: Access offces setup for ordering  follow up

Hi Paul,

Please read below

Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax



---

**From:** Regina Conner [mailto:rconner@accesshealthcarellc.net]
**Sent:** Monday, August 08, 2016 10:51 AM
**To:** Van Hoek, Hilda K
**Cc:** Maria Jimenez
**Subject:** Access offces setup for ordering follow up

Hilda,

Friday Paul said these accounts will be set up today.  The office leads will need logins to submit orders for approval.
Maria and I will be the super users for these offices.

I will be doing a conference call with all the leads this week to go over the ordering procedures with them.  I will need to
have this set up prior to Wednesday this week.  I will be out half a day Thursday and all day Friday.

Please do not hesitate to contact me if you have any questions.

Thank you,

Regina Conner
Operations Coordinator
5350 Spring Hill Drive
Spring Hill, FL 34609
352-688-8116 ext 4337

Good morning,

We need to change the following offices over to Access Account 54520755 and 54511833 (IPA account).  All of these
accounts must also be switched over to you as the McKesson salesperson.  All of these offices are Access owned.

I need the office leads to be setup for placing orders for approval on the McKesson website as well.

I need this done ASAP.  We need to be able to start placing our monthly orders for these offices.

Dr. Elizabeth Hatz, DO
1700 Hillmoor Dr, Suite 501
Port St. Lucie, FL 34986
Team Lead: Dawn Moon, dmoon@accesshealthcarellc.net, 772-446-2710

CONFIDENTIAL                                    000729

Dr. Elizabeth Hatz, DO
213 NW St. James Drive, Suite 3
Port St. Lucie, FL 34986
Team Lead:  Dawn Moon, dmoon@accesshealthcarellc.net,  772-446-2710

Dr. Shammi Bali, MD
1100 SW St. Lucie West Blvd, Ste 209
Port St. Lucie, FL 34986
Team Lead:  Michelle Horldt,  mhorldt@accesshealthcarellce.net, 772-971-3606

Dr. Luke Kung, MD
634 NE Jenson Beach Blvd
Jensen Beach, FL 34957
Team Lead:  Michelle Horldt,  mhorldt@accesshealthcarellce.net, 772-971-3606

Dr. Hajera Fatima, DO
1801 S. 23rd St. #9
Fort Pierce, FL 34950
Team Lead: Michelle Beaty, mbeaty@accesshealthcarellc.net, 772-446-2710

California Club Medical Center
Dr. Gene Gody, MD
790 Ives Dairy Road
N. Miami Beach, FL 33160
Team Lead:  Maygol Driggs, mdriggs@accesshealthcarellc.net,  305-951-3677

Please do not hesitate to contact me if you have any questions.

Regina Conner
Operations Coordinator
Corporate Development & Operations
5350 Spring Hill Drive
Spring Hill FL, 34609
352-688-8116 Ext 4337
rconner@accesshealthcarellc.net

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

CONFIDENTIAL

**From:** Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>
**Sent:** Monday, August 22, 2016 11:48 AM
**To:** 'hillyvanhoek@gmail.com'
**Subject:** FW: Karen Hayes

Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax

**From:** Van Hoek, Hilda K
**Sent:** Thursday, August 11, 2016 4:18 PM
**To:** Van Hoek, Hilda K
**Subject:** FW: Karen Hayes



Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax

**From:** Maria Jimenez [mailto:mjimenez@accesshealthcarellc.net]
**Sent:** Thursday, August 11, 2016 1:39 PM
**To:** Karen Hayes
**Subject:**

Karen,

Sorry to bother you but I am running into a problem with having multiple account representatives for McKesson. The Lady Michelle in the Pinellas area was questioning the old Fana offices about the flu shots. This was the same issue I was explaining last year. Well apparently she has tried again.

2. Dr. S. Patel account is under a Laura, the office called Regina this morning regarding their order which they did not place correctly because we could not see on our end, Hilda was unable to see the issue too. Why? the accounts are not under her. It took several phone calls and emails to get it straightened out and finally Hilda called their office and walked them through the checkout process of the ordering (the final step they were missing).

This is what I wanted to avoid by requesting only on Person to handle all of our offices. It is too much time spent waiting when I need an answer asap. I would prefer to have one contact only to avoid all this time spent chasing orders.

Van Hoek 000785
CONFIDENTIAL200785

Will you agree to this please so I can inform Paul Jensen.  By the way who told me you had an agreement signed to continue to use all sales reps.  Which i know this is not correct.

Maria Jimenez RN, MBA, BSN, LHRM, ALNC
Operations Manager
Access HealthCare and Affiliated Offices
352-688-8116 Phone
352-666-9290 Fax

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

CONFIDENTIAL
Van Hoek 000786

200786

To:       Loisey, Alexandra[Alexandra.Loisey@McKesson.com]
From:     Jensen, Paul
Sent:     Tue 8/23/2016 5:27:11 PM
Subject:  FW: Ordering of Medical Supplies

FYI

---

**From:** Maria Jimenez [mailto:mjimenez@accesshealthcarellc.net]
**Sent:** Tuesday, August 23, 2016 8:55 AM
**To:** Cinthia Serrano
**Cc:** Jensen, Paul; Regina Conner; Karen Hayes
**Subject:** Ordering of Medical Supplies

Cinthia, I had spoken to Paul yesterday evening in regards to the changes in the ordering process for your offices.

Paul is going to speak to Craig to give your offices their login and passwords so they can place the orders online same as staples.

The orders will then be sent to Regina or myself to approve.

We will not approve until the inventory for the office is sent to us and completed correctly.  Regina explained to me she will be on a teleconference call with your offices today to discuss the process.

Once your office staff starts ordering online you will no longer need to place their orders.  The system will automatically send a response to Regina and myself to review and approve.

Thank you,

Maria Jimenez RN, MBA, BSN, LHRM, ALNC
Operations Manager
Access HealthCare and Affiliated Offices
352-688-8116 Phone
352-666-9290 Fax

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

EXHIBIT
51
BC 8/9/19

CONFIDENTIAL                                                        000742

**To:** Regina Conner[rconner@accesshealthcarellc.net]; Van Hoek, Hilda K[Hilda.VanHoek@McKesson.com]
**Cc:** Maria Jimenez[mjimenez@accesshealthcarellc.net]; Loisey, Alexandra[Alexandra.Loisey@McKesson.com]; Williams, Craig C[Craig.Williams@McKesson.com]
**From:** Jensen, Paul
**Sent:** Tue 8/23/2016 8:18:12 PM
**Subject:** RE: Access offces setup for ordering  follow up

Regina- I spoke this morning to Alexandra Loisey about the East Coast sites. Alex was speaking to Craig Williams about the set up and personal training at each of those sites today. The original email had contact names and email addresses included which should have been set up.

I am confident we will get an update by morning on the status for those accounts.

Thanks- feel free to call me direct with any additional questions.

Paul

# Paul Jensen



**Area Sales Manager | McKesson Medical- Surgical**
**South Region- Florida |** *Six Sigma Black Belt*
Mobile/Text 727-224-8493
Email: paul.jensen@mckesson.com
Web: https://mms.mckesson.com
ILEAD-Inspire, Leverage, Execute, Advance, Develop
ICARE- Integrity, Customer-first, Accountability, Respect, Excellence
Please consider the enviroment-do you really need to print this email?

---

**From:** Regina Conner [mailto:rconner@accesshealthcarellc.net]
**Sent:** Tuesday, August 23, 2016 3:45 PM
**To:** Van Hoek, Hilda K; Jensen, Paul
**Cc:** Maria Jimenez
**Subject:** Re: Access offces setup for ordering follow up

Paul,

I had a conference call this morning with the Operations Manager and all the office leads.  None of the office leads received an email giving them access to submit orders for approval.

What is the status of this? I need this set up ASAP.

Thank you,

Regina Conner
Operations Coordinator
Corporate Development & Operations
5350 Spring Hill Drive
Spring Hill FL, 34606
352-688-8116 Ext 4337
rconner@accesshealthcarellc.net

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**From:** Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>
**Sent:** Monday, August 8, 2016 12:12 PM
**To:** Jensen, Paul
**Cc:** Maria Jimenez; Regina Conner
**Subject:** RE: Access offces setup for ordering follow up

Hi Paul,

Please read below

Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax

---

**From:** Regina Conner [mailto:rconner@accesshealthcarellc.net]
**Sent:** Monday, August 08, 2016 10:51 AM
**To:** Van Hoek, Hilda K
**Cc:** Maria Jimenez
**Subject:** Access offces setup for ordering follow up

Hilda,

Friday Paul said these accounts will be set up today. The office leads will need logins to submit orders for approval. Maria and I will be the super users for these offices.

I will be doing a conference call with all the leads this week to go over the ordering procedures with them. I will need to have this set up prior to Wednesday this week. I will be out half a day Thursday and all day Friday.

Please do not hesitate to contact me if you have any questions.

Thank you,

Regina Conner
Operations Coordinator
5350 Spring Hill Drive
Spring Hill, FL 34609
352-688-8116 ext 4337

Good morning,

We need to change the following offices over to Access Account 54520755 and 54511833 (IPA account). All of these accounts must also be switched over to you as the McKesson salesperson. All of these offices are Access owned.

I need the office leads to be setup for placing orders for approval on the McKesson website as well.

I need this done ASAP. We need to be able to start placing our monthly orders for these offices.

Dr. Elizabeth Hatz, DO
1700 Hillmoor Dr, Suite 501
Port St. Lucie, FL 34986
Team Lead: Dawn Moon, dmoon@accesshealthcarellc.net, 772-446-2710

CONFIDENTIAL                    000744

Dr. Elizabeth Hatz, DO
213 NW St. James Drive, Suite 3
Port St. Lucie, FL 34986
Team Lead: Dawn Moon, dmoon@accesshealthcarellc.net, 772-446-2710

Dr. Shammi Bali, MD
1100 SW St. Lucie West Blvd, Ste 209
Port St. Lucie, FL 34986
Team Lead: Michelle Horldt, mhorldt@accesshealthcarellce.net, 772-971-3606

Dr. Luke Kung, MD
634 NE Jenson Beach Blvd
Jensen Beach, FL 34957
Team Lead: Michelle Horldt, mhorldt@accesshealthcarellce.net, 772-971-3606

Dr. Hajera Fatima, DO
1801 S. 23rd St. #9
Fort Pierce, FL 34950
Team Lead: Michelle Beaty, mbeaty@accesshealthcarellc.net, 772-446-2710

California Club Medical Center
Dr. Gene Gody, MD
790 Ives Dairy Road
N. Miami Beach, FL 33160
Team Lead: Maygol Driggs, mdriggs@accesshealthcarellc.net, 305-951-3677

Please do not hesitate to contact me if you have any questions.

Regina Conner
Operations Coordinator
Corporate Development & Operations
5350 Spring Hill Drive
Spring Hill FL, 34609
352-688-8116 Ext 4337
rconner@accesshealthcarellc.net

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

## NoAccess

**From:** Jensen, Paul
**Sent:** Thursday, August 25, 2016 1:40 PM
**To:** Van Hoek, Hilda K
**Subject:** Re: Carlos Arias

I left a message with Lori providing cell number and available times for Carlos to call. Lori was going to text Carlos the information

Sent from my iPhone

On Aug 25, 2016, at 11:36 AM, Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com> wrote:

> **Thank you,  Sorry I know you have NO control over this either, I was just sooooo hoping this year would be different**
>
>
> **He just making all kinds of threats, he will find another GPO, Distributor, etc. etc.**
>
> Thank You,
> Hilda van Hoek
> McKesson Representative
> 813-494-0882 Cell
> 813-433-5572 fax



EXHIBIT
53
BC 8/9/19

> **From:** Jensen, Paul
> **Sent:** Thursday, August 25, 2016 11:18 AM
> **To:** Van Hoek, Hilda K
> **Subject:** Re: Carlos Arias
>
> I will reach out to Carlos before my flight this afternoon. I am in meetings for another 45 minutes... Have to then catch cab to make flight at 150pm
>
> Sent from my iPhone
>
> On Aug 25, 2016, at 11:14 AM, Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com> wrote:
>
> > Hi Paul, Can you please reach out to Carlos at Access?  I just got a call from Regina and Maria and he is pretty upset that they haven't gotten all their FLU vaccine.......I don't understand why HS got theirs 3 weeks ago and sent their orders to customers in FULL.
> >
> > I understand we are the biggest distributor of FLU, do we distribute to the Pharmacy's as well??? And do they get their allocation first?? I'm just thinking out loud......I continue not understand and it seems that most of the sales reps have concerns as well.
> >
> > <image001.jpg>

1

CONFIDENTIAL

Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax

<Carlos Arias.vcf>

CONFIDENTIAL

000884

**To:**      Van Hoek, Hilda K[Hilda.VanHoek@McKesson.com]
**Cc:**      Jensen, Paul[Paul.Jensen@McKesson.com]
**Bcc:**     Xiques, Carlos[Carlos.Xiques@McKesson.com]
**From:**    Jensen, Paul
**Sent:**    Tue 9/13/2016 3:03:53 PM
**Subject:** RE: McKesson Order Confirmation #73252492 - Account #54520755 ACCESS HEALTHCARE LLC

Carlos has the lead on the account.

This solution though seems like a 'knee jerk' reaction to one order that slipped through their desired system.

This is why it is so important to have business review meeting to discuss Access Health goals and desires for a business relationship. When we react to a single episode or issue, a correction may create issues for the other 80% of the accounts that it is working for today. The efforts by Access Health and McKesson will be fragmented at best.

The goal is to take care of the group long term. I not pulling back or delaying the request based on Regina's comments. Let's make sure it is the right choice. I will get with Carlos this afternoon to make <u>sure this is an option we can implement.</u>

It would be beneficial to get a business review set up this month or early October. Do you want to go through Maria to include Karen Hayes? Or should I reach out to Karen to include Maria?

Paul

**From:** Van Hoek, Hilda K
**Sent:** Tuesday, September 13, 2016 10:10 AM
**To:** Jensen, Paul
**Subject:** RE: McKesson Order Confirmation #73252492 - Account #54520755 ACCESS HEALTHCARE LLC

Who could I get to put this message in system for them? At the National Account Level?

Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax



EXHIBIT
54
BC 8/9/18

**From:** Van Hoek, Hilda K
**Sent:** Tuesday, September 13, 2016 10:02 AM
**To:** Jensen, Paul
**Subject:** RE: McKesson Order Confirmation #73252492 - Account #54520755 ACCESS HEALTHCARE LLC

Hum.....I can always place orders as if I am the Super User, right! It's just they seem to be having an issue with compliance. Preventing their employees from ordering and bypassing the system

Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax

**From:** Jensen, Paul
**Sent:** Tuesday, September 13, 2016 9:59 AM
**To:** Van Hoek, Hilda K
**Subject:** RE: McKesson Order Confirmation #73252492 - Account #54520755 ACCESS HEALTHCARE LLC

This would be more a National Account function. These are types of offerings we discuss in business reviews with sr. management of large groups.T he slippery slope is you would not be able to call in orders.

**From:** Van Hoek, Hilda K

CONFIDENTIAL

000894

**Sent:** Tuesday, September 13, 2016 9:32 AM
**To:** Jensen, Paul
**Subject:** RE: McKesson Order Confirmation #73252492 - Account #54520755 ACCESS HEALTHCARE LLC

Me

However I don't think I have a way of stopping the offices from calling customer service do I?

Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax

**From:** Jensen, Paul
**Sent:** Tuesday, September 13, 2016 9:31 AM
**To:** Van Hoek, Hilda K
**Subject:** RE: McKesson Order Confirmation #73252492 - Account #54520755 ACCESS HEALTHCARE LLC

What McK rep is responsible for this account?

**From:** Van Hoek, Hilda K
**Sent:** Tuesday, September 13, 2016 9:29 AM
**To:** SupplyManager; Atkins, Tanya
**Cc:** Regina Conner (rconner@accesshealthcarellc.net); Jensen, Paul
**Subject:** RE: McKesson Order Confirmation #73252492 - Account #54520755 ACCESS HEALTHCARE LLC
**Importance:** High

Hi SM and Tanya,

As you can see below, Access HC (Regina OC) wants to prevent their offices from being able to call in orders! Can you please advise?

Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax

**From:** Regina Conner [mailto:rconner@accesshealthcarellc.net]
**Sent:** Tuesday, September 13, 2016 9:20 AM
**To:** Van Hoek, Hilda K
**Subject:** FW: McKesson Order Confirmation #73252492 - Account #54520755 ACCESS HEALTHCARE LLC

Hilda,

I did not approve this order.  Can we please stop any phone call orders in for the offices?

Thank you,

Regina Conner
Operations Coordinator
5350 Spring Hill Drive
Spring Hill, FL 34609
352-688-8116 Ext 4337
352-515-6921 Fax

CONFIDENTIAL

000895

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**From:** customer.systems@mckesson.com [mailto:customer.systems@mckesson.com]
**Sent:** Tuesday, September 13, 2016 9:11 AM
**To:** Regina Conner <rconner@accesshealthcarellc.net>
**Subject:** McKesson Order Confirmation #73252492 - Account #54520755 ACCESS HEALTHCARE LLC

# MCKESSON

McKesson Medical-Surgical

## Order Confirmation #73252492

| PO | Order # | Submitted | Lines | Lines B/O | Subtotal* |
|----|---------|-----------|-------|-----------|-----------|
| **DR. VARLAKOV** | **73252492** | **Sep 13, 2016** | **1** | | **$99.39** |

**Account #**54520755

ACCESS HEALTHCARE LLC

**Shipping To #**54526324

GRIGOR VARLAKOV MD
ACCESS HEALTHCARE PHYSICIANS
8365 S. SUNCOAST BLVD
HOMOSASSA, FL 34446

Questions? Contact Customer Service @ 800-940-8199



| Item # | Description | Mfr # | UOM | Price | Qty | B/O | Total |
|--------|-------------|-------|-----|-------|-----|-----|-------|
| 333341 | KETOROLAC TROMETHAMINE, FTV 30MG/ML 2ML (25/PK) | 379601 | PK/25 | $99.39 | 1 | | $99.39 |

* Subtotals only reflect the initial, estimated cost of order lines, not including tax or additional charges

Questions? Contact Customer Service @ 800-940-8199

CONFIDENTIAL



Login to SupplyManager
Privacy Policy
Terms of Use
Unsubscribe

© 2016 McKesson Corporation

More from McKesson
Relay Health
Primary Care
Surgery Center

Please do not reply to this auto-generated email.

MCKESSON MEDICAL-SURGICAL, INC. - PROPRIETARY AND CONFIDENTIAL INFORMATION

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender at SupplyManager@mckesson.com and then permanently destroy all copies of the original message.

| | |
|---|---|
| **From:** | Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com> |
| **Sent:** | Tuesday, January 3, 2017 1:57 PM |
| **To:** | Williams, Craig C; Michele Corso |
| **Cc:** | Maria Jimenez; Regina Conner |
| **Subject:** | RE: McKesson order for Raheel Ahmet Inv 91113500 |
| **Importance:** | High |



Hi Craig,

Here's the problem with this order that was placed on Access HC IPA account, Michele can't do a charge back to Dr. Ahmet since he is not an Access HC employee.   Do you have a regular account for Dr. Ahmet? Can you please do a credit and rebill? Please send me and Michele a copy of the Credit.

Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended receipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited information. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

-----Original Message-----
From: Williams, Craig C
Sent: Thursday, December 29, 2016 5:54 PM
To: Michele Corso
Cc: Maria Jimenez; Regina Conner; Van Hoek, Hilda K
Subject: RE: McKesson order for Raheel Ahmet Inv 91113500

Hi Michele,
I am afraid I do not have the answer to your question since the orders do not go through me anymore. Perhaps Maria or Hilda can shed some light.
Thanks,
Craig

McKesson Medical Surgical
Craig Williams
Cell:(772)631-7101
Fax:(866)495-1462

-----Original Message-----
From: Michele Corso [mailto:mcorso@AHCPLLC.NET]
Sent: Wednesday, December 28, 2016 10:24 AM
To: Williams, Craig C

**CONFIDENTIAL**

**Van Hoek 000822**

200822

Cc: Michele Corso; Maria Jimenez; Regina Conner
Subject: McKesson order for Raheel Ahmet Inv 91113500
Importance: High

Hello Craig,
Hope you had a great Holiday.


Why are we ordering non diabetic supplies for IPA providers? Nothing but Diabetic supplies and the Flu vaccines are
ordered on our McKesson account. Anything else the provider orders under his own account.
May I ask who gave them permission to order this under Access 2?

If Dr Ahmet has his own account this needs to be credited off of our account and billed under his own.

Hopefully this provider will reimburse us for this battery.


Thank you,
Michele Corso
Access Management, LLC
Access 2 Health Care Physicians
& affiliated companies
14690 Spring Hill Dr., Ste. 101
Spring Hill, FL 34609
(o)352.799.0046 ext. 5304
(f)352.799.0042
mcorso@aurosmgmt.com

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive
use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or
Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender
by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail,
please notify us promptly if you change your email address.

⯑ Please do not print this email unless it is necessary


-----Original Message-----
From: noreply@accesshealthcarellc.net [mailto:noreply@accesshealthcarellc.net]
Sent: Wednesday, December 28, 2016 10:05 AM
To: Michele Corso <mcorso@AHCPLLC.NET>
Subject: [External] mckesson raheel ahmet


Please open the attached document. It was scanned and sent to you using a Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location:
Device Name: XRX9C934E701E7E

Van Hoek 000823
CONFIDENTIAL          200823

For more information on Xerox products and solutions, please visit
http://cp.mcafee.com/d/5fHCN8i6zqb3OpEVpusoKrdEEFELcFLLECQkkQnCkT6kjpISrIll-
BaMVsSzHxEV5hN2P0GCZrnO2r8G-ej82H3O38Gqek230GYPp17knCkbK6PpISr011_NG7YLxISevjudCXCQPrNKVJUSyrh

**Van Hoek 000824**

200824

**To:**      Jensen, Paul[Paul.Jensen@McKesson.com]
**From:**    Regina Conner
**Sent:**    Fri 9/15/2017 8:04:30 PM
**Subject:** RE: [External] RE: [External] RE: [External] Re: [External] FW: [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952

Paul,

You are so correct we were fortunate. Even though we dodged a bullet with Irma, it was still stressful. I did not lose power at home, thank good ness. I am happy to hear no structural damage.

You have a great weekend as well.

Regina Conner
Operations Cordinator
Access Health Care Physicians, LLC
5350 Spring Hill Drive. 2nd Floor
Spring Hill, FL 34606
rconner@ahcpllc.com
352-688-8116 Ext 4337
352-515-6921 Fax


EXHIBIT
56
BC 8/9/19

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**From:** Jensen, Paul [mailto:Paul.Jensen@McKesson.com]
**Sent:** Friday, September 15, 2017 4:00 PM
**To:** Regina Conner <rconner@ahcpllc.com>
**Subject:** [External] RE: [External] RE: [External] Re: [External] FW: [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952

Regina,

Hopefully you fared well this past week. We were fortunate not to sustain any structural damage and only lost power for 18hrs. WE WERE VERY LUCKY!

Thank you and I appreciate the words for the support Hilda provides Access Medical. Access is an important account for McKesson and am glad to hear Hilda is meeting and exceeding your expectations.

Have a great weekend!

Paul

**From:** Regina Conner [mailto:rconner@ahcpllc.com]
**Sent:** Friday, September 15, 2017 2:39 PM
**To:** Jensen, Paul <Paul.Jensen@McKesson.com>
**Subject:** RE: [External] RE: [External] Re: [External] FW: [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952

CONFIDENTIAL                                                    000746

Paul,

Hilda is an awesome rep. I appreciate all that she has done for Access. I also like the inventory system McKesson has. I appreciate her setting up the demo for us.

Hilda is helping with the opening of 4 new offices. 1 new office is waiting on hiring a doctor. She has been awesome working with me for the exam beds and other items needed.

The last time Access opened a new office was 2 years ago. Because of this we've had to lean on Hilda to help us with what needs to be ordered.

Regina Conner
Operations Cordinator
Access Health Care Physicians, LLC
5350 Spring Hill Drive. 2nd Floor
Spring Hill, FL 34606
rconner@ahcpllc.com
352-688-8116 Ext 4337
352-515-6921 Fax

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

---

**From:** Jensen, Paul [mailto:Paul.Jensen@McKesson.com]
**Sent:** Friday, September 15, 2017 2:33 PM
**To:** Regina Conner <rconner@ahcpllc.com>
**Subject:** [External] RE: [External] Re: [External] FW: [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952

Regina,

I believe Hilda was able to get confirm shipment will be released on Monday. I know she worked diligently the last three weeks to get a confirmation that the controls would be released. Thanks for your patience and continued support.

Paul

---

**From:** Regina Conner [mailto:rconner@ahcpllc.com]
**Sent:** Friday, September 15, 2017 8:38 AM
**To:** Jensen, Paul <Paul.Jensen@McKesson.com>
**Cc:** Bret Harrop <bharrop@ahcpllc.com>; Cynthia Heitzman <cheitzman@ahcpllc.com>
**Subject:** FW: [External] Re: [External] FW: [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952

Paul,

I need to have the controls increased on the SOJAS20952. If we do not receive more controls next week we will not be able to do any CBC testing. Hilda has been working on this, I do not know what the status is. It has been 3 weeks waiting to increase the quantity for the controls. Please send Access another set of controls ASAP.

**CONFIDENTIAL**                                                                                     000747

Please help me getting this expedited.

Thank you.

Regina Conner
Operations Cordinator
Access Health Care Physicians, LLC
5350 Spring Hill Drive. 2nd Floor
Spring Hill, FL 34606
rconner@ahcpllc.com
352-688-8116 Ext 4337
352-515-6921 Fax

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**From:** Donna Papandrea
**Sent:** Friday, September 15, 2017 8:19 AM
**To:** Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>; John Hutton <john_hutton@erbadiagnostics.com>
**Cc:** Regina Conner <rconner@ahcpllc.com>; Harvey, Marvin <Marvin.Harvey@McKesson.com>
**Subject:** Re: [External] Re: [External] FW: [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952

Does anyone know what is going on with the controls yet ? As i am having problems getting the plat in on my hi control. They have been used already for over 3 weeks . Please someone let me know what is happening

thank you

Donna Papandrea
Phlebotomist

5350 Spring Hill Dr

Spring Hill, Fl 34606

352-688-8116 x 4365

and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

CONFIDENTIAL                                                    000748

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**From:** Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>
**Sent:** Wednesday, September 6, 2017 10:31 AM
**To:** John Hutton
**Cc:** Donna Papandrea; Regina Conner; Harvey, Marvin
**Subject:** [External] Re: [External] FW: [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952

hi John
were you able to each out to Donna? Please let me know what to order! thanks Hilda

Get Outlook for iOS

**From:** Van Hoek, Hilda K
**Sent:** Saturday, September 2, 2017 7:04:55 AM
**To:** John Hutton
**Cc:** Donna Papandrea; Regina Conner (rconner@ahcpllc.com); Harvey, Marvin
**Subject:** RE: FW: [External] FW: [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952

John can you please call the Customer? I will be on vacation until Thursday.... However I know this is pretty urgent!

I have only been getting 2 sets of controls to last for 4 months.  Controls only last 2 weeks . I should be getting at least 5-6 of them at a time. I do not know who set this up but it is wrong. can you please help .

thank you

Donna Papandrea
Phlebotomist

5350 Spring Hill Dr

Spring Hill, Fl 34606

352-688-8116 x 4365

I will have access to emails, however I will not have access to phone calls.... Traveling out of Country

PLEASE LET ME KNOW HOW PO NEEDS TO READ IN ORDER TO RESUBMIT A STANDING ORDER FOR CONTROLS

Thank you, Hilda

**From:** John Hutton [mailto:John_Hutton@erbadiagnostics.com]

CONFIDENTIAL

**Sent:** Friday, September 01, 2017 5:52 PM
**To:** Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>
**Subject:** RE: FW:

[External] FW: [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952

Hilda

Can I get your phone number?

*John Hutton*

*******************************************

John Hutton

Director of Sales and Channel Management

ERBA Diagnostics 14100 NW 57th CT. Miami Lakes , FL 33014

Cell: (904) 589-8354

Email: John_Hutton@erbadiagnostics.com



---

**From:** Van Hoek, Hilda K [mailto:Hilda.VanHoek@McKesson.com]
**Sent:** Thursday, August 31, 2017 3:59 PM
**To:** John Hutton
**Subject:** RE: FW: [External] FW: [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952

Thank you

---

**From:** John Hutton [mailto:John_Hutton@erbadiagnostic...

**Sent:** Thursday, August 31, 2017 11:28 AM
**To:** Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>
**Subject:** Re: FW: [External] FW: [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952

Hi Hilda

In meetings. Will call in a bit.

Get Outlook for Android

---

**From:** Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>
**Sent:** Wednesday, August 30, 2017 11:28:33 AM
**To:** garcia@erbadiagnostics.com; John Hutton
**Cc:** Donna Papandrea; Regina Conner (rconner@ahcpllc.com)
**Subject:** FW: [External] FW: [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952

Hi JOHN,

Theresa's emails are coming back undeliverable, so I'm hoping you can help

We are desperately needing your help with all these questions, here is message from Donna

**i have only been getting 2 sets of controls to last 4 months. that is not correct. controls only last 2 weeks the most not 2 months at a time. please let me know.**

**thank you . i think i should be getting 5-6 sets of controls for the drew. not 2 . please let me know.**

**thank you**

**Donna Papandrea**
**Phlebotomist**

**5350 Spring Hill Dr**

**Spring Hill, Fl 34606**

**352-688-8116 x 4365**

CONFIDENTIAL                              000751

Thank You,

# **Hilda van Hoek**

Account Manager

McKesson Medical Surgical

813-494-0882 Cell

813-433-5572 fax

*Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited information. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

---

**From:** Donna Papandrea [mailto:dpapandrea@ahcpllc.com]
**Sent:** Wednesday, August 30, 2017 11:26 AM
**To:** Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>
**Cc:** Regina Conner <rconner@ahcpllc.com>
**Subject:** Re: [External] FW: [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952

i dont know how its ordered but i need enough to last me for the 4 months . need to find out how long the controls last. i dont have the insert.

Donna Papandrea
Phlebotomist

5350 Spring Hill Dr

Spring Hill, Fl 34606

352-688-8116 x 4365

and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change

CONFIDENTIAL

your email address.

---

**From:** Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>
**Sent:** Wednesday, August 30, 2017 11:20 AM
**To:** garcia@erbadiagnostics.com
**Cc:** Regina Conner; Donna Papandrea; Van Hoek, Hilda K
**Subject:** [External] FW: [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952


Hi


Can you please let us know how this should be ordered? I need it for purchasing ASAP


i have only been getting 2 sets of controls to last 4 months. that is not correct. controls only last 2 weeks the most not 2 months at a time. please let me know.

thank you . i think i should be getting 5-6 sets of controls for the drew. not 2 . please let me know.

thank you


Donna Papandrea
Phlebotomist

5350 Spring Hill Dr

Spring Hill, Fl 34606

352-688-8116 x 4365



Thank You,

# Hilda van Hoek

Account Manager

McKesson Medical Surgical

813-494-0882 Cell

813-433-5572 fax


*Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may*
**CONFIDENTIAL**                                                                                                    **000753**

contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited information. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Donna Papandrea [mailto:dpapandrea@ahcpllc.com]
**Sent:** Tuesday, August 29, 2017 3:50 PM
**To:** garcia@erbadiagnostics.com; Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>
**Cc:** Ventro, Kelsey L <Kelsey.Ventro@McKesson.com>; Regina Conner <rconner@ahcpllc.com>
**Subject:** Re: [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952

i have only been getting 2 sets of controls to last 4 months. that is not correct. controls only last 2 weeks the most not 2 months at a time. please let me know.

thank you . i think i should be getting 5-6 sets of controls for the drew. not 2 . please let me know.

thank you

Donna Papandrea
Phlebotomist

5350 Spring Hill Dr

Spring Hill, Fl 34606

352-688-8116 x 4365

and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**From:** Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>
**Sent:** Tuesday, August 29, 2017 11:13 AM
**To:** garcia@erbadiagnostics.com
**Cc:** garcia@erbadiagnostics.com; Ventro, Kelsey L; Regina Conner; Donna Papandrea
**Subject:** [External] RE: [External] RE: [External] RE: Request to increase Controls on SOJAS20952

Hi Theresa,

How should the Standing order read?

Thank You,

# Hilda van Hoek

Account Manager

McKesson Medical Surgical

813-494-0882 Cell

813-433-5572 fax

*Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited information. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

**From:** Regina Conner [mailto:rconner@ahcpllc.com]
**Sent:** Tuesday, August 29, 2017 11:03 AM
**To:** Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>
**Subject:** FW: [External] RE: [External] RE: Request to increase Controls on SOJAS20952
**Importance:** High

Hilda,

I need your help on this.   Please see below.

Regina Conner

Operations Cordinator

Access Health Care Physicians, LLC

5350 Spring Hill Drive. 2nd Floor

Spring Hill, FL 34606

rconner@ahcpllc.com

352-688-8116 Ext 4337

CONFIDENTIAL

000755

352-515-6921 Fax

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**From:** Theresa Garcia [mailto:Theresa_Garcia@erbadiagnostics.com]
**Sent:** Tuesday, August 29, 2017 9:10 AM
**To:** Donna Papandrea <dpapandrea@ahcpllc.com>
**Cc:** Regina Conner <rconner@ahcpllc.com>
**Subject:** [External] RE: [External] RE: Request to increase Controls on SOJAS20952

Good Morning

When I went to increase the quantities I noticed that this is a McKesson order.

I cannot touch tis order unless McKesson sends a revised purchase order.

They are very strict with their purchase orders and no changes can be made on them.

You must go to your distributor McKesson to make the change.

Thanks

tg

**From:** Donna Papandrea [mailto:dpapandrea@ahcpllc.com]
**Sent:** Monday, August 28, 2017 5:10 PM
**To:** Theresa Garcia

CONFIDENTIAL                                                    000756

**Subject:** Re: [External] RE: Request to increase Controls on SOJAS20952

thank you

Donna Papandrea
Phlebotomist

5350 Spring Hill Dr

Spring Hill, Fl 34606

352-688-8116 x 4365

and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**From:** Theresa Garcia <Theresa_Garcia@erbadiagnostics.com>
**Sent:** Monday, August 28, 2017 4:45 PM
**To:** Donna Papandrea; Regina Conner
**Subject:** [External] RE: Request to increase Controls on SOJAS20952

Hi Donna

I have increased your controls to 5 each.

You also want another how many of each?

Please advise

Thanks

tg

**From:** Donna Papandrea [mailto:dpapandrea@ahcpllc.com]
**Sent:** Monday, August 28, 2017 10:49 AM
**To:** Regina Conner; CustomerService
**Subject:** Re: Request to increase Controls on SOJAS20952

I need for Lot # EX0717 . that is the one i have now and dont expire till october.

Donna Papandrea
Phlebotomist

5350 Spring Hill Dr

Spring Hill, Fl 34606

352-688-8116 x 4365

and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**From:** Regina Conner
**Sent:** Monday, August 28, 2017 10:21 AM
**To:** customerservice@erbadiagnostics.com
**Cc:** Donna Papandrea
**Subject:** Request to increase Controls on SOJAS20952

Good morning,

I need to increase the quantity of controls on PO SOJAS20952 to 5 instead of the 2. Serial number is 040915-003992.

Access also needs to have 5 controls sent ASAP. The Item numbers are EXA-25L and EXA25N.

Please do not hesitate to contact me if you have any questions.

CONFIDENTIAL

Thank you,

Regina Conner

Operations Cordinator

Access Health Care Physicians, LLC

5350 Spring Hill Drive. 2nd Floor

Spring Hill, FL 34606

rconner@ahcpllc.com

352-688-8116 Ext 4337

352-515-6921 Fax

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**NoAccess**

| | |
|---|---|
| **From:** | Jensen, Paul |
| **Sent:** | Saturday, October 8, 2016 10:57 AM |
| **To:** | Van Hoek, Hilda K |
| **Subject:** | Couple of items |

Dr Brick- who is buying the practice and driving the lab interest?

Access- I previously asked if you would set up business review, to include Karen Hayes, through Maria. We need to complete this before mid November.

FMC- I don't see any funnel activity for the group and sales reporting is down. Please provide me with your recent activity with this group. Earlier this calendar year I met all requests (flu credits, fuel surcharge, freight) for you to move forward with Gary Steele. April was there last big sales month. Most are under 10k- what is going on?

Thanks

*Paul Jensen*

**Area Sales Manager | McKesson Medical- Surgical**
**South Region- Florida | Six Sigma Black Belt**
Mobile/Text 727-224-8493
Email: paul.jensen@mckesson.com
Web: https://mms.mckesson.com
ILEAD-Inspire, Leverage, Execute, Advance, Develop
ICARE- Integrity, Customer-first, Accountability, Respect, Excellence
Please consider the enviroment-do you really need to print this email?



CONFIDENTIAL

000903

**NoAccess**

| | |
|---|---|
| **From:** | Jensen, Paul |
| **Sent:** | Friday, November 4, 2016 1:43 PM |
| **To:** | Van Hoek, Hilda K |
| **Subject:** | RE: Florida Cancer Affiliates |

Hilda,

My direction was for these accounts to be placed under your territory. I believe the existing ship to accounts would stay the same number with the Bill To being changed to the Access account listed in the snip below.

Paul

EXHIBIT
58
BC 8/9/19

**From:** Van Hoek, Hilda K
**Sent:** Friday, November 04, 2016 2:35 PM
**To:** Jensen, Paul
**Cc:** Saunders, Chad; MMS BTC
**Subject:** Florida Cancer Affiliates
**Importance:** High

Hi Paul,  So I'm confused, are these account being transferred to me?  Maria and Regina wants the name to be changed to Advanced Cancer Treatment Centers...  Thanks Hilda

| | | HILDA K | | | |
|---|---|---|---|---|---|
| 54520755 | 4252478 | AUSTIN, DANIEL R. | S | Florida Cancer Affiliates | 171-2001- Richa Brooksville, FL |
| 54520755 | 4254885 | AUSTIN, DANIEL R. | S | Florida Cancer Affiliates - Brooksville | Atn: Radiation 1 Brooksville, FL |
| 54520755 | 4254887 | AUSTIN, DANIEL R. | S | Florida Cancer Affiliates - Brooksville | Attn: Lab 11373 Brooksville, FL |
| 54520755 | 4254888 | AUSTIN, DANIEL R. | S | Florida Cancer Affiliates - Brooksville | Attn: Pharmacy Brooksville, FL |
| 54520755 | 4254889 | AUSTIN, DANIEL R. | S | Florida Cancer Affiliates - Brooksville | Attn: Nursing 11 Brooksville, FL |
| 54520755 | 4265538 | AUSTIN, DANIEL R. | S | Florida Cancer Affiliates - Brooksville | Attn: Pet 11373 Brooksville, FL |
| 54520755 | 4596984 | AUSTIN, DANIEL R. | S | Florida Cancer Affiliates | 181-1864- Emai Brooksville, FL |

1

000909

**NoAccess**

**From:** Jensen, Paul
**Sent:** Wednesday, November 8, 2017 6:49 PM
**To:** Van Hoek, Hilda K
**Subject:** FW: [External] Access Health Care LLC

Any update?- it has been almost three weeks.

**From:** Van Hoek, Hilda K
**Sent:** Friday, October 20, 2017 9:02 AM
**To:** Karen Hayes <khayes@ahcpllc.com>
**Cc:** Karen Hayes <khayes@ahcpllc.com>; Jensen, Paul <Paul.Jensen@McKesson.com>; Cynthia Heitzman <cheitzman@ahcpllc.com>
**Subject:** Re: [External] Access Health Care LLC

Sounds good! Thank you

Get Outlook for iOS

**From:** Karen Hayes <khayes@ahcpllc.com>
**Sent:** Friday, October 20, 2017 8:33:10 AM
**To:** Van Hoek, Hilda K
**Cc:** Karen Hayes; Jensen, Paul; Cynthia Heitzman
**Subject:** Re: [External] Access Health Care LLC

Good morning.
Please work through Cyndi Heitzman to set up a meeting.
Thanks
K


EXHIBIT
59
3C 8/9/19

*Sent from my Verizon Wireless 4G LTE DROID*
On Oct 20, 2017 7:13 AM, "Van Hoek, Hilda K" <Hilda.VanHoek@McKesson.com> wrote:
Good Morning Karen,

Just wanting to touch base with you in regards to relationship between Access HC, HealthTrust GPO and McKesson. Is it possible to setup a meeting for next week? Are you available next Tuesday? If not then what days are best for you?

Thank You,


*Hilda van Hoek*

Account Manager
McKesson Medical Surgical
813-494-0882 Cell
813-433-5572 fax

*Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited information. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

1

CONFIDENTIAL                    000977