

**NoAccess**

| | |
|---|---|
| **From:** | Van Hoek, Hilda K |
| **Sent:** | Monday, March 12, 2018 4:02 PM |
| **To:** | Jensen, Paul |
| **Subject:** | RE: Rush Off Cycle PO Needed / Order 4229843 - acct # 54526554- SINGH, MD PARIKSITH |

Paul this is how I have always identified a refurb or a used piece of equipment........ This make 33 years in medical sales for me, I have never come across this situation.

Quick Find
All 6 Item(s) are being displayed.

| Item# | Sub | Vend Abbr/Cat# | Description |
|---|---|---|---|
| 861539 | | Abbdia 03M7498 | Analyzer, Refurb Immune Chemistry Architect I2000 Abbdia |
| 861861 | | Abbdia 08H0003 | Analyzer, Hematology Cd Sapphire Refurb D/s |
| 904201 | | Abbdia 04H6003 | Cld3200 SI Analyzer Refurb Abbdia |
| 904203 | | Abbdia 03H5303 | Cld1700 Analyzer Refurb Abbdia |
| 949262 | | Abbdia 08H6703 | Analyzer, Hematology Ruby Refurbished D/s |

**From:** Jensen, Paul
**Sent:** Monday, March 12, 2018 4:50 PM
**To:** Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>
**Subject:** RE: Rush Off Cycle PO Needed / Order 4229843 - acct # 54526554- SINGH, MD PARIKSITH

I understand...this is not your fault, nor Mckesson's. You have the opportunity to sell this is "why it is important they keep you involved". If you sell the idea the manufacturer 'should have listed' you're going to be absorbing charges for restock or returns.

It's up to you on how you want to position the McKesson relationship.

**From:** Van Hoek, Hilda K
**Sent:** Monday, March 12, 2018 4:43 PM
**To:** Jensen, Paul <Paul.Jensen@McKesson.com>; Jones, Rochelle (2) <Rochelle.Jones2@McKesson.com>
**Subject:** Re: Rush Off Cycle PO Needed / Order 4229843 - acct # 54526554- SINGH, MD PARIKSITH

I agree, but they didn't know .... and if they had I didn't know it was used!!! Never dealt with this company before ,,,, they should have all the facts before they make that decision. So tomorrow I will call Regina and let her know what the cost of the new one is versus the refurbished but like I said our description didn't have refurbished use anything on it. I can't believe this is the first time this has ever happened. Why was I notified for the order on the third table ....but not made aware of this when ordering the first two tables??
Hilda

if this happened to me, as a customer or the buyer I'll would be so angry. Just saying

1

Get Outlook for iOS

From: Jensen, Paul <paul.jensen@mckesson.com>
Sent: Monday, March 12, 2018 3:57 PM
Subject: RE: Rush Off Cycle PO Needed / Order 4229843 - acct # 54526554- SINGH, MD PARIKSITH
To: Van Hoek, Hilda K <hilda.vanhoek@mckesson.com>, Jones, Rochelle (2) <rochelle.jones2@mckesson.com>

Usually the customer contacts the rep for information on this type of product unless it is a reorder. Rochelle is going to ask Monet if they will take it back.

I suggest you contact Regina and price out a new stretcher and give the customer a choice whether to keep refurb or not. Rochelle is cancelling the replacement order.

Paul

From: Van Hoek, Hilda K
Sent: Monday, March 12, 2018 3:37 PM
To: Jensen, Paul <Paul.Jensen@McKesson.com>; Jones, Rochelle (2) <Rochelle.Jones2@McKesson.com>
Subject: Re: Rush Off Cycle PO Needed / Order 4229843 - acct # 54526554- SINGH, MD PARIKSITH

Hi Paul,

Don't you think our description should say that?  I didn't know and customer ordered this through SM
I understand that now after the FACT, I will tell them. But, I wouldn't think we would be able to charge them a restocking fee if they decide to return. They might agree to keep them. I just don't know
Hilda

Get Outlook for iOS

From: Jensen, Paul
Sent: Monday, March 12, 2018 3:32:07 PM
To: Jones, Rochelle (2); Van Hoek, Hilda K
Subject: RE: Rush Off Cycle PO Needed / Order 4229843 - acct # 54526554- SINGH, MD PARIKSITH

Monet is a reseller of repaired, refurbished and they repair of equipment. They have been around for some time, usually have a booth at the NSC. Commonly known as reseller of refurb products.

monetmedical.com

From: Jones, Rochelle (2)
Sent: Monday, March 12, 2018 3:25 PM
To: Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>; Jensen, Paul <Paul.Jensen@McKesson.com>
Subject: RE: Rush Off Cycle PO Needed / Order 4229843 - acct # 54526554- SINGH, MD PARIKSITH

Good afternoon Hilda,

I am not sure, Paul will need to advise, I don't want to give you any mis-information

2

**Rochelle Jones**
Customer Service Representative
Detroit, Michigan

**Covering All Your Flu Needs**
**https://mms.mckesson.com/flu-ready-essentials**

P-  00- 77-1919 Ext. 62526
F-  00-955-5046

**McKesson Medical-Surgical**
30   1 Schoolcraft
Livonia, MI 4  150
www.mckesson.com

IntegrityCustomer-first AccountabilityRespectExcellence

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipients and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this message and destroy all copies thereof.

**From:** Van Hoek, Hilda K
**Sent:** Monday, March 12, 2018 3:18 PM
**To:** Jensen, Paul <Paul.Jensen@McKesson.com>; Jones, Rochelle (2) <Rochelle.Jones2@McKesson.com>
**Subject:** RE: Rush Off Cycle PO Needed / Order 4229843 - acct # 54526554- SINGH, MD PARIKSITH

Hi Paul and Rochelle,
Don't we have to disclose upfront that the stretcher is a refurbished, used ?? Hilda
I'm not saying they are not worth it, but seems to me that we as a company would have to let customer know up front.



Item Details

Description Stretcher, Procedural Hillrom Transtar W/pad 500lb Cap

Item# 812672 Vendor Monet Medical Inc

Item Details | Purchase Hist. | Inventory | **Supply Manager** | Item Sub

#812672 Monet Medical Mfr# HRP800026 R1

**Procedure Stretcher Hill-Rom® Adjustable 500 lbs. Reinforced**

**View Larger** Actual Product May Vary. See Product Details and Features for Specifications

Product Details | Features

| | |
|---|---|
| McKesson # | 812672 |
| Manufacturer # | HRP800026 R1 |
| Brand | Hill-Rom® |
| Manufacturer | Monet Medical |
| Application | Procedure Stretc |
| Frame Material | Automotive-Grac |
| Frame Style | Reinforced |
| Height | 34.25 Inch |
| Pad Type | 3 Inch High Dens Barrier |
| Railing Specifications | Tuck Away Sider |
| Top Dimensions | 32 X 83 Inch |
| Transport Means | 8 Inch Casters |

Item Detail Actions

Copy

ige Sales &

List Singh, Md P

Ship To) Ac

ress Access H 5350 Sprir Spring Hil

Order Guide

der Alerts (0)

eing displayed.

ap Vend/Cat#

Monetm HRP800026

Help

Cancel Order Ret

**From:** Van Hoek, Hilda K
**Sent:** Monday, March 12, 2018 3:02 PM
**To:** Jensen, Paul <Paul.Jensen@McKesson.com>
**Subject:** Re: Rush Off Cycle PO Needed / Order 4229843 - acct # 54526554- SINGH, MD PARIKSITH

812672 STRETCHER, PROCEDURAL HILLROMTRANSTAR W/PAD 500LB CAP HRP800026 R1 EA/1 $2,949.07 1 (1) $2,949.07 (Orlando, FL)

* Subtotals only reflect the initial, estimated cost of order lines, not including tax or additional charges

Get Outlook for iOS

---

**From:** Van Hoek, Hilda K
**Sent:** Monday, March 12, 2018 2:59:45 PM
**To:** Jensen, Paul
**Subject:** Re: Rush Off Cycle PO Needed / Order 4229843 - acct # 54526554- SINGH, MD PARIKSITH

But we did not disclose to them they were Used! No place in the system did I see this stated

Get Outlook for iOS

---

**From:** Jensen, Paul
**Sent:** Monday, March 12, 2018 2:58:02 PM
**To:** Van Hoek, Hilda K
**Subject:** RE: Rush Off Cycle PO Needed / Order 4229843 - acct # 54526554- SINGH, MD PARIKSITH

The item was probably priced as refurbished. You will need to get the part number for new- then give Access the option for new one priced as new or keep the old at price you quoted. Access may get hit with return/restock fee even if they buy from the same company.

Call me if you want to discuss.

---

**From:** Van Hoek, Hilda K
**Sent:** Monday, March 12, 2018 2:13 PM
**To:** Jones, Rochelle (2) <Rochelle.Jones2@McKesson.com>; Largin, Gennifer <Gennifer.Largin@McKesson.com>
**Cc:** Jensen, Paul <Paul.Jensen@McKesson.com>
**Subject:** RE: Rush Off Cycle PO Needed / Order 4229843 - acct # 54526554- SINGH, MD PARIKSITH

No place in the description does it say Refurbished, and the one looks really BAD!

Paul, what do you suggest?   Thanks Hilda

ACCESS HEALTH CARE

**From:** Rochelle Jones [mailto:rochelle.jones2@mckesson.com]
**Sent:** Monday, March 12, 2018 2:10 PM
**To:** Largin, Gennifer <Gennifer.Largin@McKesson.com>; Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>
**Subject:** RE: Rush Off Cycle PO Needed / Order 4229843 - acct # 54526554- SINGH, MD PARIKSITH

Good morning Hilda,

I called the vendor and item **HRP800026 R1/ 812672** is a refurbished stretcher. Let me know how you would like to proceed.

These stretchers are refurbished stretchers with a 1- year parts and labor warranty.

Let me know if you want the new order entered cancelled

CONFIDENTIAL

Rochelle Jones
8008771919
rochelle.jones2@mckesson.com
Case Number: 55216230

How would you rate your experience?

(select 1-5 stars)

ref:_00D407rSd._5000b1EPaZ2:ref

--------------- Original Message ---------------
**From:** Rochelle Jones [rochelle.jones2@mckesson.com]
**Sent:** 3/9/2018 2:43 PM
**To:** gennifer.largin@mckesson.com
**Cc:** hilda.vanhoek@mckesson.com
**Subject:** Rush Off Cycle PO Needed / Order 4229843 - acct # 54526554- SINGH, MD PARIKSITH

Good morning Gennifer,

Can you please placed a rush off cycle po for order # 4229843. The original order was delivered with used product.

Thank you in advance and have a great afternoon

Rochelle Jones
8008771919
rochelle.jones2@mckesson.com
Case Number: 55216230

How would you rate your experience?

(select 1-5 stars)

ref:_00D407rSd._5000b1EPaZ2:ref

--------------- Original Message ---------------
**From:** Rochelle Jones [rochelle.jones2@mckesson.com]

CONFIDENTIAL

**Sent:** 3/9/2018 1:49 PM
**To:** rconner@ahcpllc.com; cheryl@landonplasticsurgery.com
**Subject:** RE: 55216230 - Hi Rochelle, Can you please look up these orders and send to Tony, we need to get these Stretchers scheduled for delivery ASAP! Item #1177512 FOR ACCOUNT #54520755 There should be 2 of them.

Good afternoon, it looks like these stretchers shipped to 2- different address. Please advise which address you would like for me to place the order for the 1- stretcher under?

Rochelle Jones
8008771919
rochelle.jones2@mckesson.com
Case Number: 55216230

How would you rate your experience?

????? 

(select 1-5 stars)

ref:_00D407rSd._5000b1EPaZ2:ref

---------------- Original Message ----------------
**From:** Hilda Van Hoek [hilda.vanhoek@mckesson.com]
**Sent:** 3/9/2018 1:28 PM
**To:** rconner@ahcpllc.com
**Subject:** 55216230 - Hi Rochelle, Can you please look up these orders and send to Tony, we need to get these Stretchers scheduled for delivery ASAP! Item #1177512 FOR ACCOUNT #54520755 There should be 2 of them.

Hi Rochelle,
Please see attached, one of the stretchers was delivered and by the looks, it is a USED STRETCHER.... PLEASE REPLACE..

Hilda Van Hoek
813 4940882
hilda.vanhoek@mckesson.com
Case Number: 55216230

ref:_00D407rSd._5000b1EPaZ2:ref

Thank You,
Hilda van Hoek
Account Manager
McKesson Medical Surgical
813-494-0882 Cell
813-433-5572 fax

7

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited information. If you are not the intended recipient, please contact the sender by reply email and destroy all

copies of the original message.

ref:_00D407rSd._5000b1EPaZ2:ref

ref:_00D407rSd._5000b1EPaZ2:ref

ref:_00D407rSd._5000b1EPaZ2:ref

**NoAccess**

| | |
|---|---|
| **From:** | Jensen, Paul |
| **Sent:** | Tuesday, March 13, 2018 1:14 PM |
| **To:** | Van Hoek, Hilda K; Regina Conner (rconner@ahcpllc.com) |
| **Cc:** | khayes@ahcpllc.com |
| **Subject:** | RE: Hill Rom P8000 |



EXHIBIT
61
BC 8|9|19

Regina,

Just a quick note affirming Hilda's information below. Monet Medical has a notable reputation as company providing refurbished product primarily in Ambulatory Surgery Centers. Let Hilda know what direction you want to go- keep or order new. Regarding future equipment orders, give Hilda a call as she can research and provide knowledge of products and manufacturers to meet your needs. Our Supply Manager is very user friendly and does provide good information. I would always suggest Account Manager interaction on products over $500.

As always, thank you for your continued support!

*Paul Jensen*

**Area Sales Manager  McKesson Medical- Surgical**
**Southeast Region-Florida**  *Six Sigma Black Belt*
**Text: 727-224-8493**
**Email:** paul.jensen@mckesson.com
**Web:** https//mms.mckesson.com
**ILEAD- Inspire, Leverage, Execute, Advance, Develop**
**ICARE- Intergrity, Customer-first, Accountability, Respect, Excellence**
**Please consider the environment- Do you need to print this email?**

---

**From:** Van Hoek, Hilda K
**Sent:** Tuesday, March 13, 2018 1:18 PM
**To:** Regina Conner (rconner@ahcpllc.com) <rconner@ahcpllc.com>
**Cc:** khayes@ahcpllc.com; Jensen, Paul <Paul.Jensen@McKesson.com>
**Subject:** FW: Hill Rom P8000

**Hi Regina,**

**In reference to the order for the Stretchers delivered to 5350 SHD, these Stretchers are Refurbished// reconditioned by Monet Medical and resold.  These Stretchers sell for $7,000 plus if purchased NEW.  I apologize that the description in our system did not specify this. Please let me know what you would like to do.**

**Please see message below on the process these beds go through for reconditioning. In addition the Stretchers come with a 1 year warranty for parts & labor (they do provide excellent service) Here are the links showing the process each bed goes through.**

1

001000

https://www.youtube.com/watch?v=HZZG4RCb04Y &   http://monetmedical.com/process/

**Hilda**

**From:** Chris Alsop [mailto:chris@monetmedical.com]
**Sent:** Tuesday, March 13, 2018 124 0 PM
**To:** Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>
**Subject:** Hill Rom P8000

Hey Hilda,

Just to recap our conversation, all of the stretchers go through our comprehensive reconditioning by our team of factory trained and certified technicians. We're best in the industry of reconditioning medical equipment and our quality is second to none. We back up our equipment with a 1 year parts & labor warranty and excellent service. Here are some links to show the reconditioning process our beds and stretcher go through https://www.youtube.com/watch?v=HZZG4RCb04Y &   http://monetmedical.com/process/

I checked into the new P8000 stretchers and I'm told that sell for about $7,000 per stretcher. Take a moment to review our process and let me know if you have any questions.

Best,

Chris Alsop
Channel Account Manager
o: 801.955.7150 | c: 801.440.0176 | f: 801.955.4898
**Check out our new and improved website launched January 2018!**
**WWW.MONETMEDICAL.COM**

 

**We service, repair, and calibrate medical equipment!**

Monet Medical, Inc.
255 West Central Avenue
Salt Lake City, UT 84 107

2

001001

**NoAccess**

| | |
|---|---|
| **From:** | Van Hoek, Hilda K |
| **Sent:** | Tuesday, March 27, 2018 8:32 AM |
| **To:** | Regina Conner; Jensen, Paul |
| **Subject:** | RE: Three new Access Offices |

EXHIBIT
62
Von Hoek   BC 8/9/19

Hi Regina,

Should not be a problem!
Thanks Hilda

---

**From:** Regina Conner [mailto:rconner@ahcpllc.com]
**Sent:** Tuesday, March 27, 2018 8:52 AM
**To:** Van Hoek, Hilda K <Hilda.VanHoek@McKesson.com>; Jensen, Paul <Paul.Jensen@McKesson.com>
**Subject:** Three new Access Offices

Good morning Hilda,

This morning I was informed Access has acquired 3 medical offices.  As soon as I have addresses, Medical license and DEA information, I will pass it along to you.

I cannot wait a week to have these set up.  There will be items I will need to purchase quickly to meet OSHA and Access Health Care required items.

Regina Conner
Operations Coordinator
Access Health Care Physicians, LLC
14690 Spring Hill Drive, Suite 202
Spring Hill, FL 34609
rconner@ahcpllc.com
352-277-5462 Ext 2013
352-606-2865 Fax

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

1

001006

**Privacy Notice:** This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**To:** Capriati, Laura[Laura.Capriati@McKesson.com]; Jensen, Paul[Paul.Jensen@McKesson.com]
**From:** Regina Conner
**Sent:** Mon 4/2/2018 6:25:59 PM
**Subject:** RE: [External] RE: New User Question

Hi Laura

I just emailed you the information. I appreciate your help.

Regina Conner
Operations Coordinator
Access Health Care Physicians, LLC
14690 Spring Hill Drive, Suite 202
Spring Hill, FL 34609
rconner@ahcpllc.com
352-277-5462 Ext 2013
352-606-2865 Fax



Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**Privacy Notice:** This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**From:** Capriati, Laura [mailto:Laura.Capriati@McKesson.com]
**Sent:** Monday, April 02, 2018 2:24 PM
**To:** Jensen, Paul <Paul.Jensen@McKesson.com>; Regina Conner <rconner@ahcpllc.com>
**Subject:** [External] RE: New User Question

**CAUTION EXTERNAL EMAIL**
**DO NOT open attachments or click on links from unknown senders or unexpected emails**

Happy to help!

Regina – if you send me their name, email address and ship to account number I'll be happy to get them set up for you.

Thanks!

Laura Capriati
813.525.5187

CONFIDENTIAL

**Privacy Notice:** This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**From:** Jensen, Paul
**Sent:** Monday, April 02, 2018 2:18 PM
**To:** Regina Conner <rconner@ahcpllc.com>
**Cc:** Capriati, Laura <Laura.Capriati@McKesson.com>
**Subject:** RE: New User Question

Laura, who has several Access accounts can help with the request.

**From:** Regina Conner [mailto:rconner@ahcpllc.com]
**Sent:** Monday, April 02, 2018 1:34 PM
**To:** Jensen, Paul <Paul.Jensen@McKesson.com>
**Subject:** New User Question

Paul,

Since Hilda is out on vacation, who do I need to contact to setup an new person on the McKesson website?

Regina Conner
Operations Coordinator
Access Health Care Physicians, LLC
14690 Spring Hill Drive, Suite 202
Spring Hill, FL 34609
rconner@ahcpllc.com
352-277-5462 Ext 2013
352-606-2865 Fax

Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message.

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**Privacy Notice:** This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

7:11 ⌁



**Jensen, Paul**
To You, + 1                    5:03 PM

Hilda,

Please be sure Access is entering the flu
for Craig Williams accounts under his
active accounts. The ship to on the left are
duplicated Access2 accounts set up last
year. Access2 orders need to be placed
under the active Williams accounts listed
as 'Ship to Craig Williams' column. These
5 account had a total of 98 units this past
flu season.

Let me know if you have any questions.

Thanks



↩ ⌄   **Reply to All**

Van Hoek 001540
201540



6:52 ⏍

○ ○ ○

Hilda,

Please be sure Access is entering the flu for Craig Williams accounts under his active accounts. The ship to on the left are duplicated Access2 accounts set up last year. Access2 orders need to be placed under the active Williams accounts listed as 'Ship to Craig Williams' column. These 5 account had a total of 98 units this past flu season.

Let me know if you have any questions.

Thanks

| Ship To Number | Ship To Name | Ship To Craig Williams | Flu Item Description |
|---|---|---|---|
| 54531639 | KUNG, LUKE MD | 4432604 | FLUAD, 2018 TRI SYR 0.5ML 65+ ADJ PRES FREE (10 DOSE/ BX) |
| 54531173 | BALI, SHAMMI | 4432660 | FLUCELVAX, 2018 QUAD MDV 5ML (10 DOSE/VL) |
| 54531407 | DHAR, BINNO MD | 55096890 | FLUCELVAX, 2018 QUAD MDV 5ML (10 DOSE/VL) |
| 54531639 | KUNG, LUKE MD | 4432604 | FLUCELVAX, 2018 QUAD MDV 5ML (10 DOSE/VL) |
| 54531173 | BALI, SHAMMI | 4432660 | FLUCELVAX, 2018 QUAD SYR 0.5ML PRES FREE (10 DOSE/BX) |



↩ ⌄   **Reply to All**

✉   🔍   25

Van Hoek 001541
201541



Begin forwarded message:

**From:** Hilly van Hoek <hillyvanhoek@gmail.com>
**Date:** February 24, 2014 at 6:09:32 PM EST
**To:** Peter Helwig <pfhelwig@tampabay.rr.com>
**Subject:** Fwd: Florida Hospital Physician Group

> **From:** "Schmidt, Cheryl" <Cheryl.Schmidt@AHSS.ORG>
> **Date:** February 24, 2014 at 11:54:27 AM EST
> **To:** "paul.jensen@mckesson.com" <paul.jensen@mckesson.com>
> **Cc:** Hilda Van Hoek <HVanhoek@pssd.com>
> **Subject: Florida Hospital Physician Group**
>
> Paul,
>
> It was very nice to meet you and speak with you a bit. It was helpful to
> get an overview of the "big picture" and the Tampa Bay
> market. Unfortunately, I find that I may need to solicit your assistance

2

**CONFIDENTIAL**

500211

with a situation that occurred last week regarding a physician that is joining our medical group. As I indicated to you when we met our preference is to have one representative for all the practices that are part of our medical group. This helps us to garner some efficiencies for orders as well as establish processes for new practices joining our group. Because of the long-standing relationship we have had with Hilda we prefer she remain our representative for all the physicians in our medical group. Unfortunately, it appears that Carlos has assigned one of our new physicians to another representative and that creates "one-offs" of which I do not wish to have. Perhaps it would be advantageous for me to meet with Carlos again and explain the direction of our medical group in an attempt to avoid a reoccurrence of this type of situation in the future. I welcome any thoughts you may have and should a meeting be necessary would like for you to join us.

Warmest Regards,

Cheryl Schmidt
Director Performance Improvement
Florida Hospital Physician Group, Inc.
2700 Healing Way #320
Wesley Chapel, FL 33543
P: 813.929.5495
F: 813.929.5465
cheryl.schmidt@ahss.org


FLORIDA
HOSPITAL.
Physician Group

3
CONFIDENTIAL

500212

**To:** Xiques, Carlos[Carlos.Xiques@McKesson.com]
**From:** Xiques, Carlos
**Sent:** Wed 10/22/2014 3:05:19 PM
**Subject:** FW: follow-up to our meeting

**Carlos Xiques**
Area Sales Manager
St. Petersburg, FL

800.708.6568 ext. 5763 telephone
786.282.5796 cell
Carlos.Xiques@Mckesson.com

**McKesson Medical-Surgical**
www.mckesson.com



**From:** Xiques, Carlos
**Sent:** Friday, March 07, 2014 2:50 PM
**To:** 'Schmidt, Cheryl'; Jensen, Paul
**Cc:** Boyd, Lisa
**Subject:** RE: follow-up to our meeting

Cheryl,

Thank you for the note. We too appreciate the opportunity to service your organization, partner, and work together moving forward to support your growth.

We are finalizing conversations with the impacted reps. Today I had the opportunity to connect live with Terri Johnson from N. Pinellas (we had a pre-scheduled meeting) to reinforce what we decided mutually this week and she is fully up to speed and on board as it impacts her group. By Monday, we will have the conversations completed and Dr. Marsonek will be under Hilda's rep number. Thank you again, we are here to help anyway possible so please do not hesitate to reach out. Have a great weekend.

**Carlos Xiques**
Area Sales Manager
St Petersburg

800.708.6568 ext. 5763 telephone
786.282.5796 cellphone
cxiques@pssd.com email

**McKesson Medical-Surgical**
**PSS World Medical**

www.mckesson.com

**From:** Schmidt, Cheryl [mailto:Cheryl.Schmidt@AHSS.ORG]
**Sent:** Friday, March 07, 2014 10:21 AM
**To:** Jensen, Paul; Xiques, Carlos
**Cc:** Boyd, Lisa
**Subject:** follow-up to our meeting

Paul & Carlos,

I want to thank you both for taking the time to meet on Wednesday; I believe it helped both parties better understand the respective business models. To surmise what was discussed we agreed that there would only be two service reps for Florida Hospital, Hilda and Clint, and that the territories would be split geographically. The geographic split would be Hilda covering Hillsborough and Pasco counties and Clint covering Pinellas County. We also agreed to monitor the growth and meet periodically to discuss service satisfaction and any other needs and/or concerns. Additionally, we agreed that since Hilda had fulfilled the order request and performed the work for Dr. Marsonek she would get credit for that account. I would ask that let me know when the message and structural change has been made on your side so that we are all properly aligned.

CONFIDENTIAL

000768

This is an exciting time for Florida Hospital and Florida Hospital Physician Group and we are proud to be aligned with companies such as yours to help achieve our goals and make our physicians successful.

Warmest Regards,

Cheryl Schmidt
Director Performance Improvement
Florida Hospital Physician Group, Inc.
2700 Healing Way #320
Wesley Chapel, FL  33543
P: 813.929.5495
F: 813.929.5465
cheryl.schmidt@ahss.org



Thank You,
Hilda van Hoek
PSS Sales Representative
813-494-0882



Begin forwarded message:

> **From:** "Jensen, Paul"
> <Paul.Jensen@McKesson.com>
> **Date:** March 7, 2014 at 3:37:20 PM EST
> **To:** "Van Hoek, Hilda"
> <HVanhoek@pssd.com>
> **Cc:** "Jensen, Paul"
> <Paul.Jensen@McKesson.com>,
> "Xiques, Carlos" <CXiques@pssd.com>
> **Subject: Florida Hospital**
>
> Hilda,
>
> Quick update regarding the Wednesday
> March 5, 2014 meeting with Cheryl
> Schmidt of Florida Hospital Physician
> Group.
>
> On a go forward basis- all new
> physicians and practices on boarded
> under the umbrella of Florida Hospital
> Physician Group will be assigned to one
> of two reps.  Hilda Van Hoek and Clint
> Brady. New accounts in Hillsborough
> and Pasco counties will be under your
> McKesson territory Hilda. Pinellas sites
> will be assigned to Clint Brady's
> McKesson territory. Only exception will
> be if the physician in respective county
> had long standing and established
> business will remain with you or Clint.
> No other McKesson reps will be added
> to service the Florida Hospital Physician
> Group.
>
> All Florida Hospital Physician Group
> business will be serviced on the
> McKesson Jacksonville platform.
>
> Dr. Kristen Marsonek will be reassigned
> to Hilda Van Hoek by Monday March
> 10, 2014. No other accounts or business
> will be reassigned.

2

CONFIDENTIAL

Thanks for your continued efforts and
support,

## Paul Jensen

Area Sales Manager|
McKesson Medical –
Surgical |
South Region- Florida |Six
Sigma Black Belt
Mobile/Text: **727.224.8493**

Email: **paul.jensen@mckesson.com** |
Web: **https://mms.mckesson.com**

please consider the environment - do
you really need to print this email?

3

| | |
|---|---|
| **To:** | kim.teel@ahss.org[kim.teel@ahss.org] |
| **Cc:** | Xiques, Carlos[Carlos.Xiques@McKesson.com] |
| **From:** | Jensen, Paul |
| **Sent:** | Wed 11/12/2014 4:40:35 PM |
| **Subject:** | Florida Hospital Phy Group |

Kim,

Thank you for taking time Tuesday (11/11/14) for introduction and meet each other in person. My message today is to recap our 'go forward' plan related to new acquisition and sites. From my perspective, we are following the same guidelines that were in place between the FHPG and McKesson.

### Representation:

Hilda Van Hoek and Clint Brady will remain the two primary reps for the greater Pinellas, Hillsborough and Pasco areas. Clint has Pinellas and Hilda Hillsborough and Dade for all new business. Upon notification of new sites, McKesson will scrub the two platforms to see if the practice has current sales (within 6 months) for rep assignment. There were accounts 'grandfathered in' assigned to other McKesson reps and will remained serviced by them. (Jan Stach and Michelle Hosley) however any new business will be assigned either to Hilda Van Hoek and Clint Brady.

### What new in the process:

Kim will contact Paul Jensen with the new account information to designate assignment. This was previously done through Lisa Boyd. Lisa will continue to be a resource on the new account set up. McKesson representation assignment will be handled through Paul Jensen and Carlos Xiques.

I am pleased to hear you have developed a working relationship with Clint. I am confident that you will continue to have 'best in class' service from both Hilda and Clint as well as the other previously assigned account managers.

Again, THANK YOU for taking the time with me yesterday.


# Paul Jensen

**Area Sales Manager| McKesson Medical – Surgical**
**South Region- Florida |Six Sigma Black Belt**
Mobile/Text: 727.224.8493
Email: paul.jensen@mckesson.com  | Web: https://mms.mckesson.com
\* please consider the environment - do you really need to print this email?





CONFIDENTIAL

Begin forwarded message:

**From:** "Van Hoek, Hilda K" <Hilda.VanHoek@McKesson.com>
**Date:** April 6, 2016 at 10:20:11 AM EDT
**To:** "D'Avanza, Francis C" <Francis.D'Avanza@McKesson.com>
**Cc:** "Jensen, Paul" <Paul.Jensen@McKesson.com>
**Subject: RE: FHPG Dr Lewis**

Thank you

Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax



**From:** D'Avanza, Francis C
**Sent:** Wednesday, April 06, 2016 9:21 AM
**To:** Van Hoek, Hilda K
**Cc:** Jensen, Paul
**Subject:** RE: FHPG Dr Lewis

Hilda,

Thanks for taking care of the customer.   Below is the email that went out to all AHS
Peoplesoft practices:

The AHS Corporate Supply Chain Team works for you, continually adopting new
methods to better analyze, plan and control the purchase and use of goods and
services in the AHS physician offices. In our working together this past year, we
successfully transitioned some manual processes to the automation of requisitions,
purchase orders and invoices through the implementation of PeopleSoft, as well
as the valuable support, guidance and education received when you call Supply
Chain Shared Services.

Changes required to create efficient healthcare supply chain can't be the result of
one single person or entity, it must be a collaborative effort for everything to
work. Relationships are vital with distributors and getting the product to you in a
timely and cost effective fashion. We are pleased to announce a collaborative
effort between AHS and McKesson Medical-Surgical, introducing
McKesson's Bryan Irish as AHS' new Key Account Manager for the AHS
Physician Offices.

**WHEN:**
- Effective April 1, 2016, Bryan Irish will be the sole McKesson Account
  Manager for the AHS physician offices.

2

**CONFIDENTIAL**

500133

**WHO**:

–   AHS Physician Offices that are currently using *PeopleSoft* for materials management (supply chain) activities.
–   AHS Physician Offices that are on boarded to PeopleSoft *will be transitioned to Bryan Irish under the new Key Account Manager model.*

**WHAT**:

–   Bryan will *mostly work directly* with the *AHS Supply Chain* and *Shared Services Teams* for such needs as new physician practice setup's, medical equipment, written quotations and education/training needs for the physicians and physician office staff. However, there *may be times* when Bryan will reach out directly to a physician office leader to facilitate a schedule or delivery while always keeping the Corporate Supply Chain and / or Shared Services included in the correspondence.

This new process is one more example of our effort to provide innovative products and services in a timely manner at the lowest possible cost to you, our customers, so that you may continue to deliver our patients quality care as the first priority. The greater control over cost and quality an organization like ours has, the better able it is to create a positive patient experience.

Further communication with additional details will be forthcoming over the next few months as we transition, develop and formalize supply chain processes to better serve you.

**Francis D'Avanza**
Field Vice President of Health Systems
FL, GA, SC, NC & VA

404.668.3306  cellphone
francis.davanza@mckesson.com

**McKesson Medical-Surgical**
www.mckesson.com

---

**From:** Van Hoek, Hilda K
**Sent:** Wednesday, April 06, 2016 7:40 AM
**To:** D'Avanza, Francis C
**Cc:** Jensen, Paul
**Subject:** FW: FHPG Dr Lewis

Hi Francis,

One of the reasons I copied you on this email was because someone needs to let Lynn Marie know that I'm no longer her rep. But at the same time I didn't want to leave her hanging!

Thank You,
Hilda van Hoek

3
CONFIDENTIAL

500134

McKesson Representative
813-494-0882 Cell
813-433-5572 fax

---

**From:** Rx
**Sent:** Tuesday, April 05, 2016 6:07 PM
**To:** Van Hoek, Hilda K; Rx
**Cc:** D'Avanza, Francis C
**Subject:** RE: FHPG Dr Lewis

Hello Hilda,

Here is the item number for the Tice reconstitution kit.

| Item Number | NDC Number | Mfg Abbv | Catalog Number | Description |
|---|---|---|---|---|
| 897215 | 52060101 | MRKVAC | 52060101 | RECONSTITUBE KIT, TICE SOD CHL |

Let us know if you need anything else.

**Mark Jacob (Jacob)**
Rx Product Specialist

877.777.3784 – Rx Support telephone, ext. 50441
855.504.9084 – Rx Support facsimile
RX@McKesson.com

**McKesson Medical-Surgical**
**Category Management**
4345 Southpoint Blvd
Jacksonville, FL 32216

www.mckesson.com

mark.jacob@mckesson.com

---

**From:** Van Hoek, Hilda K
**Sent:** Tuesday, April 05, 2016 4:13 PM
**To:** Rx
**Cc:** D'Avanza, Francis C; 'Lynnmarie.wood@ahss.org'
**Subject:** FHPG Dr Lewis

Hi RX, can you please help Lynn Marie on the item below…..does this come with
a reconstitution solution?

Thanks, Hilda

<image001.png>

4

CONFIDENTIAL

500135

**NoAccess**

| | |
|---|---|
| **From:** | Engle, Robert |
| **Sent:** | Tuesday, April 26, 2016 6:14 AM |
| **To:** | Jensen, Paul |
| **Cc:** | Tharpe, Judith; Sharp, Darin |
| **Subject:** | RE: FHPG Adventist group under D'Vansia |

Paul, not sure which rep is asking about the Adventist goal changes but Hilda Van Hoek's April 2016 goal went from $59,211 to $56,650 because of acct movements.

The change was made in Synygy on approx 4/20

**From:** Jensen, Paul
**Sent:** Monday, April 25, 2016 10:21 PM
**To:** Engle, Robert
**Cc:** Tharpe, Judith; Sharp, Darin
**Subject:** RE: FHPG Adventist group under D'Vansia



EXHIBIT
7D
BC 8/9/19

Bob,

I have two reps 'bird dogging' me on the plan changes for Adventist group back outs. (One has not signed into Synyrgy waiting for the update as she does not want a locked in goal). Can you give us an update on when updates will come out?

**From:** Engle, Robert
**Sent:** Tuesday, April 05, 2016 2:24 PM
**To:** Jensen, Paul
**Cc:** Tharpe, Judith; Sharp, Darin
**Subject:** RE: FHPG Adventist group under D'Vansia

Paul, If Hilda Van Hoek has an Adventist account transferred to Bryan Irish on 4/1(which is when the first group of accts will be moved for Adventist), then her FY17 goals will decrease based on the amount of GP for the "lost acct"

Judy will be making FY17 goal adjustments for all reps on approx 4/16 for accts moved from 3/23 to 4/15/2016

The Adventist accts will be part of that process and we can send you the GP and goal associated with her Adventist acct moves in mid April

**From:** Jensen, Paul
**Sent:** Tuesday, April 05, 2016 2:14 PM
**To:** Engle, Robert
**Subject:** FHPG Adventist group under D'Vansia

Bob- I have a rep that lost a significant amount of sales and GP$ due to the decision by the customer to go rep less. Francis stated to the group that those sales and GP$ were backed out of the goals.

I have a rep, Hilda Van Hoek is questioning the adjustment. I asked Francis for some reporting on the sales/GP$ per rep- he said he did not have that info. Would your team have the information?

1

CONFIDENTIAL                    000824

*Paul Jensen*

**Area Sales Manager |  McKesson Medical- Surgical**
**South Region- Florida |**  Six Sigma Black Belt
Mobile/Text 727-224-8493
Email: paul.jensen@mckesson.com
Web: https://mms.mckesson.com
ILEAD-Inspire, Leverage, Execute, Respect, Excellence
ICARE - Integrity, Customer-first, Accountability, Respect, Excellence
Please consider the enviroment-do you really need to print this email?

2

CONFIDENTIAL

000825

**NoAccess**

| | |
|---|---|
| **From:** | Jensen, Paul |
| **Sent:** | Tuesday, April 26, 2016 2:12 PM |
| **To:** | Van Hoek, Hilda K |
| **Subject:** | RE: FHPG Adventist group under D'Vansia |



You will not have a sales goal this year.

**From:** Van Hoek, Hilda K
**Sent:** Tuesday, April 26, 2016 11:43 AM
**To:** Jensen, Paul
**Subject:** Re: FHPG Adventist group under D'Vansia

Hi Paul thank you so much for following through on that I appreciate it. Secondly I would assume the sales numbers change as well

Sent from my iPhone

On Apr 26, 2016, at 8:51 AM, Jensen, Paul <Paul.Jensen@McKesson.com> wrote:

> Hilda- changes to your GP$ goal in Synygry were done on April 20. Below is a snap of your new goals. I do not have a file to send you on what drove the change or the new goals.
>
> As you can see- I requested the detail and it should be coming in the 'next few days'.
>
> **From:** Engle, Robert
> **Sent:** Tuesday, April 26, 2016 8:45 AM
> **To:** Jensen, Paul
> **Cc:** Rahn, Cindy; Tharpe, Judith
> **Subject:** RE: FHPG Adventist group under D'Vansia
>
> All goals for April 2016 forward were changed based on the Adventist acct moves
>
> We can provide the acct details in the next few days
>
> Below are her new goals:

| Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|
| 56,651 | 66,434 | 53,610 | 47,296 | 54,911 | 53,637 | 139,126 | 53 | |

> Bob

**From:** Jensen, Paul
**Sent:** Tuesday, April 26, 2016 7:58 AM

1

CONFIDENTIAL

000826

**To:** Engle, Robert
**Subject:** Re: FHPG Adventist group under D'Vansia

Can I look at the detail driving the change? Is this just for April?

Sent from my iPhone

On Apr 26, 2016, at 7:14 AM, Engle, Robert <Robert.Engle@McKesson.com> wrote:

> Paul, not sure which rep is asking about the Adventist goal changes but HildaV an Hoek's April 2016 goal went from $59,211 to $56,650 because of acct movements.
>
> The change was made in Synygy on approx 4/20

2

CONFIDENTIAL

**To:** Xiques, Carlos[Carlos.Xiques@McKesson.com]; Jensen, Paul[Paul.Jensen@McKesson.com]
**From:** Van Hoek, Hilda
**Sent:** Wed 8/20/2014 7:43:08 PM
**Subject:** FW: PSS

Hi Carlos and Paul,

I've heard several times from Dr. Knights office and not knowing what to say.......told her she needed to put this in writing. So she did and sent to me because she didn't know who to send it to. Not exactly what I was expecting.......

Please see message below from Lisa DeLong Office Manager for Dr. Knight.

Thanks, Hilda

---

**From:** Lisa DeLong [mailto:lisa.delong.82@gmail.com]
**Sent:** Wednesday, August 20, 2014 10:46 AM
**To:** Van Hoek, Hilda
**Subject:** PSS

Good morning! I spoke with Hilda this morning regarding our ordering, She had been Dr. Knight's rep in this area for around 15 years but when we signed up I was given Clint Brady as my rep and told that he was the only rep that we had access to in this area. We have been unhappy with Clint since the beginning and have even had to go above him a few times to speak with his boss, Carlos. Working with Clint has been nothing but a hassle since day one and we would like to know what we need to do for Hilda Van Hoek to be assisgned as our rep instead?

Thank you very much for your time regarding this matter.

**Lisa DeLong**
*Office Manager*
*Dr. Randolph A. Knight MD LLC*
*38022 Medical Center Ave*
*Zephyrhills, Fl 33540*
*Telephone: 813-782-5543 Fax: 813-788-9342*



EXHIBIT
72
BC 8/9/19

**To:**    Xiques, Carlos[Carlos.Xiques@McKesson.com]; Jensen, Paul[Paul.Jensen@McKesson.com]
**From:**  Van Hoek, Hilda K
**Sent:**   Fri 11/7/2014 11:28:53 AM
**Subject:** RE: Account 49001940 opened on 4/2/14 for Randall Knight, MD under Clint for same address. (active order history found here)

Good Morning,

Here are the facts,

Account was mine for over 15 years and was transferred over to me.....who made the change after only 2 weeks??

Account 48609162 opened on 3/12/14 for Randall Knight, MD under you at address 38022 Medical Center Drive and was deactivated.

Account 49001940 opened on 4/2/14 for Randall Knight, MD under Clint for same address.

And then this was the message from Lisa Delong ...... And she also said Dr Knight was very upset!

Here is message from Lisa

On Aug 20, 2014, at 10:46 AM, "Lisa DeLong" <lisa.delong.82@gmail.com> wrote:

Good morning! I spoke with Hilda this morning regarding our ordering, She had been Dr. Knight's rep in this area for around 15 years but when we signed up I was given Clint Brady as my rep and told that he was the only rep that we had access to in this area. We have been unhappy with Clint since the beginning and have even had to go above him a few times to speak with his boss, Carlos. Working with Clint has been nothing but a hassle since day one and we would like to know what we need to do for Hilda Van Hoek to be assisgned as our rep instead?

Thank you very much for your time regarding this matter.
Lisa DeLong
Office Manager
Dr. Randolph A. Knight MD LLC
38022 Medical Center Ave
Zephyrhills, Fl 33540
Telephone: 813-782-5543 Fax: 813-788-9342

And NO this hasn't been a unique situation until now! It has taken almost 12 weeks for me to get an answer in reference to Dr Knight....but when it comes to resolving an account issue with Clint ....... It happens right away. This has been the norm.

Just happened that the liaison from FHPG was in the office when I spoke to the receptionist ..... She was sitting in the waiting room. She piped in and said that she couldn't help hearing the conversation and was speechless! Why would a company force a certain rep. On an account when they obviously
Didn't want Clint......and was told Clint was the only Rep. In the area.

Thank you , Hilda
McKesson

From: Xiques, Carlos
Sent: Thursday, November 06, 2014 9:04 PM
To: Jensen, Paul
Cc: Van Hoek, Hilda K
Subject: RE: Account 49001940 opened on 4/2/14 for Randall Knight, MD under Clint for same address. (active order history found here)

Paul,

You got it, thank you all

Carlos Xiques
Area Sales Manager
St. Petersburg, FL

800.708.6568 ext. 5763  telephone
786.282.5796  cell
Carlos.Xiques@Mckesson.com<mailto:Carlos.Xiques@Mckesson.com>

McKesson Medical-Surgical
www.mckesson.com<http://www.mckesson.com/>



EXHIBIT
73
BC 8|9|19

From: Jensen, Paul [mailto:Paul.Jensen@McKesson.com]
Sent: Thursday, November 06, 2014 3:26 PM
To: Xiques, Carlos
Cc: Van Hoek, Hilda
Subject: Account 49001940 opened on 4/2/14 for Randall Knight, MD under Clint for same address. (active order history found here)

Carlos,

Hilda and I discussed the final decision regarding this account to be under Clint Brady. We all understand this was an unique situation in that the long term customer of Hilda's left the FH system to branch out on his own. Unfortunately, recognition of this Dr. and his practice was not caught internally and the lead was given to Clint Brady through Carlos. There was a business relationship established for 90+ days and continues today.

My commitment to Hilda is we, as ASM's, will requests corp. to double check on both MMS and PSS platforms new setups against address and names in the system. This should help alleviate assigning business to a new rep that should be assigned to a rep with active sales (sales in the past 90 days) .
Paul Jensen

Area Sales Manager| McKesson Medical – Surgical
South Region- Florida |Six Sigma Black Belt
Mobile/Text: 727.224.8493
Email: paul.jensen@mckesson.com<mailto:paul.jensen@mckesson.com> | Web: https://mms.mckesson.com
P please consider the environment - do you really need to print this email?

CONFIDENTIAL

**To:** Xiques, Carlos[Carlos.Xiques@McKesson.com]
**From:** Jensen, Paul
**Sent:** Fri 9/5/2014 3:54:22 PM
**Subject:** RE: PSS

Hope you meetings went well...mine were seamless. The prep has helped.

Regarding this situation- I initially told Hilda 'no' to the account. When she detailed it more it made sense for Hilda to have the account. I then told Hilda you and I would talk in the coming week or in Dallas. It would seem the issue was an inexperience CS rep gave you the opportunity with the account. You had direct contact with the customer and assigned to Clint.

I believe Hilda did have running sales in the account. I also believe you said you set the account up in April and we both raised an eyebrow as to why Hilda is asking for the account 90 days after it was set up. However we both know that our active reps don't always catch the small account slippage immediately.

Now, not sure why the customer didn't tell or ask you directly about having Hilda back as her rep. (Hilda claims customer was told Clint was the only rep in that area.

I am not defending Hilda's after the actions. Yes I do believe she has pushed the envelope. I don't think we are in a position to say "ok, give up a long term similar account"...we will end up with the same situation.

Fundamentally, I would be losing account to your team just because they branched off and set up a new account that was offered to you. Is that right?

At this point- because you have already had live dialogue with Lisa- you should call her.

Paul Jensen

Area Sales Manager| McKesson Medical – Surgical |
South Region- Florida |Six Sigma Black Belt
Mobile/Text: **727.224.8493**
Email: **paul.jensen@mckesson.com**  |  Web: **https://mms.mckesson.com**
please consider the environment - do you really need to print this email?

EXHIBIT
74
BC 8/9/A

---

**From:** Xiques, Carlos
**Sent:** Thursday, September 04, 2014 11:47 AM
**To:** Jensen, Paul
**Subject:** RE: PSS

Its only boiling because of the Account Manager and her actions which continue to happen.  Before I call her, I have two thoughts/suggestions

1.) Has Hilda been given direction to go in and tell the customer she will not be able to service them and support our decision. My assumption is that has not happened and she really can't make the situation worse at this point

2.) If that has happened or that is not a suggested option, she needs to offer up an equal size account here so we can at least have some stick to the action

Let me know your thoughts, both you and I know how this conversation will go so I can either 1.) Tell the customer no and they leave us potentially 2.) Honor her request and the rep is again allowed to get away with the action.  Thanks

**Carlos Xiques**
Area Sales Manager
St. Petersburg, FL

800.708.6568 ext. 5763  telephone
786.282.5796  cell
Carlos.Xiques@Mckesson.com

CONFIDENTIAL

000772

**McKesson Medical-Surgical**
www.mckesson.com

**From:** Jensen, Paul [mailto:Paul.Jensen@McKesson.com]
**Sent:** Wednesday, September 03, 2014 4:20 PM
**To:** Xiques, Carlos
**Subject:** FW: PSS

This is boiling...I think it would be best you speak with Lisa Delong now that she is voicing her concern.

*Paul Jensen*

Area Sales Manager| McKesson Medical – Surgical |
South Region- Florida |Six Sigma Black Belt
Mobile/Text: **727.224.8493**
Email: **paul.jensen@mckesson.com** | Web: **https://mms.mckesson.com**
📥 please consider the environment - do you really need to print this email?

**From:** Van Hoek, Hilda
**Sent:** Wednesday, September 03, 2014 10:30 AM
**To:** Meredith, Leisa
**Cc:** Jensen, Paul
**Subject:** Re: PSS

Hi Paul can you please call Lisa DeLong?? We are all just hanging here

Thank you very much for your time regarding this matter.

**Lisa DeLong**
*Office Manager*
*Dr. Randolph A. Knight MD LLC*
*38022 Medical Center Ave*
*Zephyrhills, Fl 33540*
*Telephone: 813-782-5543 Fax: 813-788-9342*
Thank You,
Hilda van Hoek
PSS Sales Representative
813-494-0882
On Aug 26, 2014, at 7:41 AM, "Meredith, Leisa" <LMeredith@pssd.com> wrote:

Paul,
I had this flagged for follow up.

Has this issue been resolved or do I need to take any action with the account?

Thanks,
Leisa

**From:** Meredith, Leisa
**Sent:** Wednesday, August 20, 2014 5:29 PM
**To:** Van Hoek, Hilda; Jensen, Paul
**Subject:** RE: PSS

CONFIDENTIAL                          000773

Paul,

To elaborate on this, the account under Clint was opened by a fairly new team member at the time that probably did not realize she should have checked for an existing account prior to creating a brand new account.

There is no credit app on file, so I cannot determine how the request was initiated. I have the team member that opened the account checking to see if there is any paperwork that she may have in regards to this account.

---

**From:** Van Hoek, Hilda
**Sent:** Wednesday, August 20, 2014 4:33 PM
**To:** Jensen, Paul
**Cc:** Meredith, Leisa; Van Hoek, Hilda
**Subject:** Fwd: PSS

Hi Paul

I had Leisa look up info on account for dr knight. This is what she found ....so customer had account set in March and account was closed.....how did that happen

Ship to: 34521743 under you, deactivated and marked DNU (Florida hospital closed ORTH group in January 2014) Also address was 6748 Gall Rd

Account 48609162 opened on 3/12/14 for Randall Knight, MD under you at address 38022 Medical Center Drive (never any activity) and has been deactivated.

Account 49001940 opened on 4/2/14 for Randall Knight, MD under Clint for same address. (active order history found here)
Thank You,
Hilda van Hoek
PSS Sales Representative
813-494-0882
Begin forwarded message:

> **From:** "Van Hoek, Hilda" <HVanhoek@pssd.com>
> **Date:** August 20, 2014 at 3:43:08 PM EDT
> **To:** "Xiques, Carlos" <CXiques@pssd.com>, "Jensen, Paul" <Paul.Jensen@McKesson.com>
> **Subject: FW: PSS**
>
> **Hi Carlos and Paul,**
>
> **I've heard several times from Dr. Knights office and not knowing what to say.......told her she needed to put this in writing. So she did and sent to me because she didn't know who to send it to. Not exactly what I was expecting.......**
>
> **Please see message below from Lisa DeLong Office Manager for Dr. Knight.**
>
> **Thanks, Hilda**
>
> ---
>
> **From:** Lisa DeLong [mailto:lisa.delong.82@gmail.com]
> **Sent:** Wednesday, August 20, 2014 10:46 AM
> **To:** Van Hoek, Hilda
> **Subject:** PSS
>
> Good morning! I spoke with Hilda this morning regarding our ordering, She had been Dr. Knight's rep in this area for around 15 years but when we signed up I was given Clint Brady as my rep and told that he was the only rep that we had access to in this area. We have been

unhappy with Clint since the beginning and have even had to go above him a few times to speak with his boss, Carlos. Working with Clint has been nothing but a hassle since day one and we would like to know what we need to do for Hilda Van Hoek to be assisgned as our rep instead?

Thank you very much for your time regarding this matter.

**Lisa DeLong**
*Office Manager*
*Dr. Randolph A. Knight MD LLC*
*38022 Medical Center Ave*
*Zephyrhills, Fl 33540*
*Telephone: 813-782-5543 Fax: 813-788-9342*

CONFIDENTIAL

To:     Van Hoek, Hilda K[Hilda.VanHoek@McKesson.com]
Cc:     Xiques, Carlos[Carlos.Xiques@McKesson.com]; Tonnesen, Steve[Steve.Tonnesen@McKesson.com]; Jensen,
Paul[Paul.Jensen@McKesson.com]
From:   Jensen, Paul
Sent:   Thur 9/11/2014 3:24:38 PM
Subject: RE: Dr. Knight

Hilda,

Carlos will be calling Dr. Knight's office manager Lisa DeLong. Until that conversation is held, I am requesting that you have no further contact with the practice representatives.

I understand your position having had the Dr. for several years both in private practice and under Florida Hospital. Dr. Knight is now back on his own and set up a new account with PSS CS and it was presented to Carlos and assigned to Clint.

Carlos will report back once he speaks with Lisa about this matter.

Paul Jensen

Area Sales Manager| McKesson Medical – Surgical |
South Region- Florida |Six Sigma Black Belt
Mobile/Text: 727.224.8493
Email: paul.jensen@mckesson.com | Web: https://mms.mckesson.com
please consider the environment - do you really need to print this email?

EXHIBIT
75
BC 8/1/19

**From:** Van Hoek, Hilda
**Sent:** Wednesday, September 10, 2014 10:43 AM
**To:** Brady, Clinton; Xiques, Carlos
**Cc:** Jensen, Paul; Meredith, Leisa
**Subject:** Dr. Knight

Hi Clint and Carlos,

Is it possible to switch this account over to me? If not, please let me know and give Lisa a call (phone number below)

Thanks Hilda

Ship to: 34521743 under you, deactivated and marked DNU (no activity since 2011) Also address was 6748 Gall Rd

Account 48609162 opened on 3/12/14 for Randall Knight, MD under Hilda at address 38022 Medical Center Drive (never any activity) and has been deactivated.

Account 49001940 opened on 4/2/14 for Randall Knight, MD under Clint for same address. (active order history found here)

Here is message from Lisa
On Aug 20, 2014, at 10:46 AM, "Lisa DeLong" <lisa.delong.82@gmail.com> wrote:

Good morning! I spoke with Hilda this morning regarding our ordering, She had been Dr. Knight's rep in this area for around 15 years but when we signed up I was given Clint Brady as my rep and told that he was the only rep that we had access to in this area. We have been unhappy with Clint since the beginning and have even had to go above him a few times to speak with his boss, Carlos. Working with Clint has been nothing but a hassle since day one and we would like to know what we need to do for Hilda Van Hoek to be assisgned as our rep instead?

CONFIDENTIAL

Thank you very much for your time regarding this matter.

Lisa DeLong
*Office Manager*
*Dr. Randolph A. Knight MD LLC*
*38022 Medical Center Ave*
*Zephyrhills, Fl 33540*
*Telephone: 813-782-5543 Fax: 813-788-9342*

**To:**       Van Hoek, Hilda K[Hilda.VanHoek@McKesson.com]
**From:**     Jensen, Paul
**Sent:**     Fri 9/29/2017 8:25:30 PM
**Subject:**  RE: USER REQUEST #62055 Account Type Other / User Tara Bohnsack

Yes- if there is no account already set up under another rep.

**From:** Van Hoek, Hilda K
**Sent:** Friday, September 29, 2017 1:51 PM
**To:** Jensen, Paul <Paul.Jensen@McKesson.com>
**Subject:** Re: USER REQUEST #62055 Account Type Other / User Tara Bohnsack

hi Paul
you want me to call Tara and setup an account ? hilda

Get Outlook for iOS

**From:** Jensen, Paul
**Sent:** Friday, September 29, 2017 1:47:48 PM
**To:** Loisey, Alexandra; Van Hoek, Hilda K
**Cc:** MMS_CSC_Team Richmond; Williams, Craig C
**Subject:** RE: USER REQUEST #62055 Account Type Other / User Tara Bohnsack

Hilda- please take the lead and follow up with me on the results.

Thanks

**From:** Loisey, Alexandra
**Sent:** Friday, September 29, 2017 10:58 AM
**To:** Jensen, Paul <Paul.Jensen@McKesson.com>
**Cc:** MMS_CSC_Team Richmond <MMS_CSC_TeamRichmond@mckesson.com>; Williams, Craig C <Craig.Williams@McKesson.com>
**Subject:** Re: USER REQUEST #62055 Account Type Other / User Tara Bohnsack

Sorry I got the area code mixed up.

Sent from my iPhone
On Sep 29, 2017, at 7:17 AM, Jensen, Paul <Paul.Jensen@McKesson.com> wrote:

Alex- this is just north of Tampa.

**From:** Loisey, Alexandra
**Sent:** Friday, September 29, 2017 9:54 AM
**To:** MMS_CSC_Team Richmond <MMS_CSC_TeamRichmond@mckesson.com>
**Cc:** Jensen, Paul <Paul.Jensen@McKesson.com>; Williams, Craig C <Craig.Williams@McKesson.com>
**Subject:** Re: USER REQUEST #62055 Account Type Other / User Tara Bohnsack

Craig Williams will follow up. Thank you

Sent from my iPhone
On Sep 29, 2017, at 4:50 AM, PC Centralized Customer Service <mms_csc_teamrichmond@mckesson.com> wrote:

Hi Alex and Paul,

I believe we have a potential customer below.

Would one of you mind assigning an account manager to give them a call?

A completed registration form will need to be submitted to new customer set ups before

EXHIBIT
76
BC 8/9/19

an account number can be generated and a fully completed credit application will be required within 30 days from account set up.

Should you have any questions or concerns please contact myself and/or mms_new_customer_set_up@mckesson.com

Sincerely,

Deborah Rosenau
804 553-2162
deb.rosenau@mckesson.com
Case Number: 43338179

How would you rate your experience?

(select 1-5 stars)

------------------------------
From: supplymanager@mckesson.com
Sent: 9/28/2017 9:21 AM
To: mms_csc_teamrichmond@mckesson.com
Cc:
Subject: FW: USER REQUEST #62055 Account Type Other / User Tara Bohnsack
Hello,

The following registration was submitted to have a new account created with MMS. Rep and sub-class/specialty assignment is needed prior to submitting to New Account Setup.

Devon Yarrell
Product Support Rep
Customer Technology Support

800-422-0280

McKesson Medical Surgical
4345 Southpoint Blvd.
Jacksonville, FL 32216
www.mckesson.com<http://www.mckesson.com/>

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

From: Tara K. Bohnsack [mailto:tbohnsack@pascocountyfl.net]
Sent: Wednesday, September 27, 2017 3:51 PM
To: SupplyManager <SupplyManager@McKesson.com>
Subject: RE: USER REQUEST #62055 Account Type Other / User Tara Bohnsack

I would like to create a new account.

CONFIDENTIAL                                      000961

Tara Bohnsack, CPPO, CPPB
Purchasing Director
Pasco County BOCC
West Pasco Government Center
8919 Government Dr.
New Port Richey, FL 34654
727-847-8194
E:mail: tbohnsack@pascocountyfl.net<mailto:tbohnsack@pascocountyfl.net>

[cid:image001.png@01D12545.18D1F880]

From: SupplyManager [mailto:SupplyManager@McKesson.com]
Sent: Monday, September 25, 2017 5:29 PM
To: Tara K. Bohnsack
Subject: FW: USER REQUEST #62055 Account Type Other / User Tara Bohnsack


Hi there,

We have received your request and our records indicate there is an existing account associated
to the address provided. Would you like us to create a username so you can access that
account via SupplyManager or would you like to create an entirely new account for the address?

Holly Rider
Product Support Rep
Customer Technology Support

800-422-0280

McKesson Medical Surgical
4345 Southpoint Blvd.
Jacksonville, FL 32216
www.mckesson.com<http://www.mckesson.com/>

Confidentiality Notice: This email message, including any attachments, is for the sole use of the
intended recipient(s) and may contain confidential and privileged information. Any unauthorized
review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply email and destroy all copies of the original message.

From: Customer Systems
Sent: Monday, September 25, 2017 1:23 PM
To: SupplyManager
<SupplyManager@McKesson.com<mailto:SupplyManager@McKesson.com>>
Subject: USER REQUEST #62055 Account Type Other / User Tara Bohnsack


This is a request for a new account with McKesson Medical-Surgical.
Please follow the new account setup procedures; including validation that account does not
already exist and providing rep assignment.
The customer contact information is included in the request for any additional information needs.
For technical questions about this request, please email us at
DLMMSGVMNMMSDevTechSupport@McKesson.com<mailto:DLMMSGVMNMMSDevTechSup
port@McKesson.com>
Request #

62055

Account Type

Other

Customer Care Code

OT

User Name

Tara Bohnsack

User Email

tbohnsack@pascocountyfl.net<mailto:tbohnsack@pascocountyfl.net>

User Phone

727-847-8194

Legal Business Name

Pasco County Board of County C

Street Address

14031 T P Trail

City

Spring Hill

State

FL

Zip

34654

Billing Contact Name

Tara Bohnsack

Billing Phone

727-847-8194

Billing Contact Email

tbohnsack@pascocountyfl.net<mailto:tbohnsack@pascocountyfl.net>

Shipping Name

Pasco County Board of County C

Street Address

14031 T P Trail

City

Spring Hill

State

FL

Zip

34654

Shipping Contact Name

Tara Bohnsack

Shipping Contact Phone

727-847-8194

Shipping Contact Email

tbohnsack@pascocountyfl.net<mailto:tbohnsack@pascocountyfl.net>

Tax ID

59-6000793

Import/Export

Neither

Resell

no

Health System

no

[Go to our
Website]<http://cp.mcafee.com/d/FZsS91Mw86QnXKfl8LendCQkkQnCkTTQjqaaqbParza9ISrd
GSa_iBosKrsIWOaKnpYlvI-
MCXsQsyHP11Alospu5jhOyeu5rlmd7bUV6OtHE6PpISr01briRrlrxclWvMdMSrhjjodCXCQPrNK
VJUSyrh>

"Bringing Opportunities Home"

The information transmitted, including attachments, is intended only for the person(s) or entity to
which it is addressed and may contain material that is confidential, privileged and/or exempt
from disclosure under applicable law. Any review, retransmission, dissemination or other use of,
or taking of any action in reliance upon this information by persons or entities other than the
intended recipient is prohibited. If you received this in error, please contact the sender and
destroy any copies of this information. Under Florida law, email addresses are public records. If
you do not want your email address released in response to a public-records request, do not
send electronic mail to this entity. Instead, contact this office by phone or in writing.

CUSA18A7

CONFIDENTIAL

-----------------------------
From: autoresponse@mckesson.com
Sent: 9/28/2017 9:22 AM
To: supplymanager@mckesson.com
Cc:
Subject: FW: USER REQUEST #62055 Account Type Other / User Tara Bohnsack - Case # 43338179 has been created for your request
Your recent request has been created and documented as:

Hello,

The following registration was submitted to have a new account created with MMS. Rep and sub-class/specialty assignment is needed prior to submitting to New Account Setup.


Devon Yarrell
Product Support Rep
Customer Technology Support

800-422-0280

McKesson Medical Surgical
4345 Southpoint Blvd.
Jacksonville, FL 32216
www.mckesson.com<http://www.mckesson.com/>

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.


From: Tara K. Bohnsack [mailto:tbohnsack@pascocountyfl.net]
Sent: Wednesday, September 27, 2017 3:51 PM
To: SupplyManager <SupplyManager@McKesson.com>
Subject: RE: USER REQUEST #62055 Account Type Other / User Tara Bohnsack


I would like to create a new account.

Tara Bohnsack, CPPO, CPPB
Purchasing Director
Pasco County BOCC
West Pasco Government Center
8919 Government Dr.
New Port Richey, FL 34654
727-847-8194
E:mail: tbohnsack@pascocountyfl.net<mailto:tbohnsack@pascocountyfl.net>

[cid:image001.png@01D12545.18D1F880]


From: SupplyManager [mailto:SupplyManager@McKesson.com]
Sent: Monday, September 25, 2017 5:29 PM
To: Tara K. Bohnsack
Subject: FW: USER REQUEST #62055 Account Type Other / User Tara Bohnsack


Hi there,

000965

We have received your request and our records indicate there is an existing account associated to the address provided. Would you like us to create a username so you can access that account via SupplyManager or would you like to create an entirely new account for the address?

Holly Rider
Product Support Rep
Customer Technology Support

800-422-0280

McKesson Medical Surgical
4345 Southpoint Blvd.
Jacksonville, FL 32216
www.mckesson.com<http://www.mckesson.com/>

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

From: Customer Systems
Sent: Monday, September 25, 2017 1:23 PM
To: SupplyManager
<SupplyManager@McKesson.com<mailto:SupplyManager@McKesson.com>>
Subject: USER REQUEST #62055 Account Type Other / User Tara Bohnsack

This is a request for a new account with McKesson Medical-Surgical.
Please follow the new account setup procedures; including validation that account does not already exist and providing rep assignment.
The customer contact information is included in the request for any additional information needs.
For technical questions about this request, please email us at
DLMMSGVMNMMSDevTechSupport@McKesson.com<mailto:DLMMSGVMNMMSDevTechSupport@McKesson.com>
Request #

62055

Account Type

Other

Customer Care Code

OT

User Name

Tara Bohnsack

User Email

tbohnsack@pascocountyfl.net<mailto:tbohnsack@pascocountyfl.net>

User Phone

727-847-8194

Legal Business Name

Pasco County Board of County C

Street Address

14031 T P Trail

City

Spring Hill

State

FL

Zip

34654

Billing Contact Name

Tara Bohnsack

Billing Phone

727-847-8194

Billing Contact Email

tbohnsack@pascocountyfl.net<mailto:tbohnsack@pascocountyfl.net>

Shipping Name

Pasco County Board of County C

Street Address

14031 T P Trail

City

Spring Hill

State

FL

Zip

34654

Shipping Contact Name

Tara Bohnsack

Shipping Contact Phone

727-847-8194

Shipping Contact Email

tbohnsack@pascocountyfl.net<mailto:tbohnsack@pascocountyfl.net>

Tax ID

59-6000793

Import/Export

Neither

Resell

no

Health System

no


[Go to our
Website]<http://cp.mcafee.com/d/FZsS91Mw86QnXKfl8LendCQkkQnCkTTQjqaaqbParza9ISrd
GSa_iBosKrsIWOaKnpYlvl-
MCXsQsyHP11Alospu5jhOyeu5rlmd7bUV6OtHE6PpISr01briRrlrxclWvMdMSrhjjodCXCQPrNK
VJUSyrh>


"Bringing Opportunities Home"

The information transmitted, including attachments, is intended only for the person(s) or entity to
which it is addressed and may contain material that is confidential, privileged and/or exempt
from disclosure under applicable law. Any review, retransmission, dissemination or other use of,
or taking of any action in reliance upon this information by persons or entities other than the
intended recipient is prohibited. If you received this in error, please contact the sender and
destroy any copies of this information. Under Florida law, email addresses are public records. If
you do not want your email address released in response to a public-records request, do not
send electronic mail to this entity. Instead, contact this office by phone or in writing.

CUSA18A7

Thank you,
Customer Service - Centralized Services


DO NOT DELETE THIS NUMBER: ref:_00D407rSd._5000b1B2Xx5:ref
ref:_00D407rSd._5000b1B2Xx5:ref

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the
intended recipients and may contain confidential and/or privileged information. Any unauthorized
review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply e-mail, delete this message and destroy all copies thereof.


--------------- Original Message ---------------
**From:** SupplyManager [supplymanager@mckesson.com]
**Sent:** 9/28/2017 9:21 AM
**To:** mms_csc_teamrichmond@mckesson.com
**Subject:** FW: USER REQUEST #62055 Account Type Other / User Tara Bohnsack

Hello,

The following registration was submitted to have a new account created with MMS. Rep and sub-class/specialty assignment is needed prior to submitting to New Account Setup.

**Devon Yarrell**
Product Support Rep
**Customer Technology Support**

800-422-0280

**McKesson Medical Surgical**
4345 Southpoint Blvd.
Jacksonville, FL 32216
www.mckesson.com

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Tara K. Bohnsack [mailto:tbohnsack@pascocountyfl.net]
**Sent:** Wednesday, September 27, 2017 3:51 PM
**To:** SupplyManager <SupplyManager@McKesson.com>
**Subject:** RE: USER REQUEST #62055 Account Type Other / User Tara Bohnsack

I would like to create a new account.

Tara Bohnsack, CPPO, CPPB
Purchasing Director
Pasco County BOCC
West Pasco Government Center
8919 Government Dr.
New Port Richey, FL 34654
727-847-8194
E:mail: tbohnsack@pascocountyfl.net

<image001.png>

**From:** SupplyManager [mailto:SupplyManager@McKesson.com]
**Sent:** Monday, September 25, 2017 5:29 PM
**To:** Tara K. Bohnsack
**Subject:** FW: USER REQUEST #62055 Account Type Other / User Tara Bohnsack

Hi there,

We have received your request and our records indicate there is an existing account associated to the address provided. Would you like us to create a username so you can access that account via SupplyManager or would you like to create an entirely new account for the address?

**Holly Rider**
Product Support Rep
**Customer Technology Support**

800-422-0280

**McKesson Medical Surgical**
4345 Southpoint Blvd.
Jacksonville, FL 32216
www.mckesson.com

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended
recipient(s) and may contain confidential and privileged information. Any unauthorized review, use,
disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.

**From:** Customer Systems
**Sent:** Monday, September 25, 2017 1:23 PM
**To:** SupplyManager <SupplyManager@McKesson.com>
**Subject:** USER REQUEST #62055 Account Type Other / User Tara Bohnsack

This is a request for a new account with McKesson Medical-Surgical.
Please follow the new account setup procedures; including validation that account does
not already exist and providing rep assignment.
The customer contact information is included in the request for any additional
information needs.
For technical questions about this request, please email us at
DLMMSGVMNMMSDevTechSupport@McKesson.com

| | |
|---|---|
| Request # | 62055 |
| Account Type | Other |
| Customer Care Code | OT |
| User Name | Tara Bohnsack |
| User Email | tbohnsack@pascocountyfl.net |
| User Phone | 727-847-8194 |
| Legal Business Name | Pasco County Board of County C |
| Street Address | 14031 T P Trail |
| City | Spring Hill |
| State | FL |
| Zip | 34654 |
| Billing Contact Name | Tara Bohnsack |
| Billing Phone | 727-847-8194 |
| Billing Contact Email | tbohnsack@pascocountyfl.net |
| Shipping Name | Pasco County Board of County C |
| Street Address | 14031 T P Trail |

CONFIDENTIAL

000970

| | |
|---|---|
| City | Spring Hill |
| State | FL |
| Zip | 34654 |
| Shipping Contact Name | Tara Bohnsack |
| Shipping Contact Phone | 727-847-8194 |
| Shipping Contact Email | tbohnsack@pascocountyfl.net |
| Tax ID | 59-6000793 |
| Import/Export | Neither |
| Resell | no |
| Health System | no |

<117092715505800991.gif>

## *"Bringing Opportunities Home"*

The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain material that is confidential, privileged and/or exempt from disclosure under applicable law. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy any copies of this information. Under Florida law, email addresses are public records. If you do not want your email address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

CUSA18A7

ref:_00D407rSd._5000b1B2Xx5:ref
<image001.png>
<117092715505800991.gif>

CONFIDENTIAL



Begin forwarded message:

**From:** "Van Hoek, Hilda K" <Hilda.VanHoek@McKesson.com>
**Date:** March 30, 2015 at 10:14:18 AM EDT
**To:** "Jensen, Paul" <Paul.Jensen@McKesson.com>, "Xiques, Carlos"
<Carlos.Xiques@McKesson.com>, "Carey, Vicky" <Vicky.Carey@McKesson.com>, "Martin,
Wendy" <Wendy.Martin@McKesson.com>, MMS_New_Customer_Set_Up
<MMS_New_Customer_Set_Up@McKesson.com>
**Cc:** "Brady, Clinton S" <Clint.Brady@McKesson.com>, "Foster, Sarah"
<Sarah.Foster@McKesson.com>
**Subject: RE: RE:Account 54749937, @@WorkflowId=14579946@, @@DocType=Email@**

Thank you

Hilda van Hoek
McKesson Representative
813-494-0882 Cell

1

Ex 13

**CONFIDENTIAL**

500250

813-433-5572 fax

-----Original Message-----
From: Jensen, Paul
Sent: Monday, March 30, 2015 10:08 AM
To: Xiques, Carlos; Carey, Vicky; Martin, Wendy; MMS_New_Customer_Set_Up
Cc: Van Hoek, Hilda K; Brady, Clinton S; Foster, Sarah
Subject: RE: RE:Account 54749937, @@WorkflowId=14579946@, @@DocType=Email@

approved

-----Original Message-----
From: Xiques, Carlos
Sent: Monday, March 30, 2015 10:06 AM
To: Carey, Vicky; Martin, Wendy; MMS_New_Customer_Set_Up
Cc: Van Hoek, Hilda K; Jensen, Paul; Brady, Clinton S; Foster, Sarah
Subject: RE: RE:Account 54749937, @@WorkflowId=14579946@, @@DocType=Email@

This account should be under Hilda, that is approved on my end

Carlos Xiques
Area Sales Manager
St. Petersburg, FL

800.708.6568 ext. 5763 telephone
786.282.5796 cell
Carlos.Xiques@Mckesson.com

McKesson Medical-Surgical
www.mckesson.com

-----Original Message-----
From: Carey, Vicky [mailto:Vicky.Carey@McKesson.com]
Sent: Monday, March 30, 2015 10:05 AM
To: Martin, Wendy; MMS_New_Customer_Set_Up
Cc: Van Hoek, Hilda; Jensen, Paul; Brady, Clinton; Xiques, Carlos; Foster, Sarah
Subject: RE: RE:Account 54749937, @@WorkflowId=14579946@, @@DocType=Email@

Hello to All,

The first requests for new setup of an old account that was originally under Rep Hilda Van Hoek.
Sarah Foster requested the new setup.
We will need District Managers Carlos Xiques and Paul Jensen approval to switch new account
from Rep Hilda Van Hoek to Rep Clinton Brady.
54749937 / 20600151 RK Moorthy MD

Thank you,
Centralized Customer Setup Team

2

CONFIDENTIAL

500251

-----Original Message-----
From: Martin, Wendy [mailto:Wendy.Martin@McKesson.com]
Sent: Friday, March 27, 2015 1:39 PM
To: MMS_New_Customer_Set_Up
Cc: Van Hoek, Hilda K; Jensen, Paul; Brady, Clinton S; MMS Customer Setup;
MMS_New_Customer_Set_Up
Subject: RE: RE:Account 54749937, @@WorkflowId=14579946@, @@DocType=Email@

This was already assigned to Clint. That is noted on the Form I sent in when account was to be
set up. It was entered in error to Hilda. Please correct.

Thank you,
Wendy Martin -Customer Solutions Team Member

McKesson Medical-Surgical
301 Gills Drive, Suite 200
Orlando, Fl 32824
Office Hours: 8:00 AM to 5:00 pm - Mon. - Fri.
Lunch: 11:00 am -12:00 PM
O - 407.851.7950 - Direct - 407. 309. 5836
T: (800) 940.8199 x 5806| F. (407).264.6460 wendy.martin@mckesson.com |
www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the
intended recipient(s) and may contain confidential and privileged information. Any unauthorized
review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original message

-----Original Message-----
From: MMS_New_Customer_Set_Up@mckesson.com
[mailto:MMS_New_Customer_Set_Up@mckesson.com]
Sent: Friday, March 27, 2015 1:35 PM
To: Martin, Wendy
Cc: Van Hoek, Hilda; Jensen, Paul; Brady, Clinton; MMS Customer Setup;
MMS_New_Customer_Set_Up
Subject: RE:Account 54749937, @@WorkflowId=14579946@, @@DocType=Email@

Hello,
 We will need approval from ASM Paul Jensen to reassign this account to Clint Brady.

Thanks,
Centralized Customer Setup Team

This account should be assigned to Clint Brady Rep# 840091.  Please see attached for that was
submitted with Account Set Up Request. Please change from Hilda VanHoek Rep # 840095

3

**CONFIDENTIAL**

500252

Thank you,
Wendy Martin -Customer Solutions Team Member

McKesson Medical-Surgical
301 Gills Drive, Suite 200
Orlando, Fl 32824
Office Hours: 8:00 AM to 5:00 pm - Mon. - Fri.
Lunch: 11:00 am -12:00 PM
O - 407.851.7950 - Direct - 407. 309. 5836
T: (800) 940.8199 x 5806| F. (407).264.6460 wendy.martin@mckesson.com |
www.mckesson.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the
intended recipient(s) and may contain confidential and privileged information. Any unauthorized
review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original message

-----Original Message-----
From: MMS_New_Customer_Set_Up@mckesson.com
[mailto:MMS_New_Customer_Set_Up@mckesson.com]
Sent: Friday, March 27, 2015 12:37 PM
To: Martin, Wendy
Cc: MMS Customer Setup; MMS_New_Customer_Set_Up
Subject: RE:PSS RK Moorthy Md, @@WorkflowId=14579946@, @@DocType=Email@

Hello,

This account has been set up and is active in the system, the account information is listed below:

BILL TO/SHIP TO: 54749937
LONG ADDRESS: 20600151
NAME: DR. R.K. MOORTHY
ADDRESS: 301 E ROBERTSON ST
ACCOUNT MANAGER: VAN HOEK, HILDA
CREDIT LIMIT: 2,000

Please let us know if you need further assistance.

Thanks,
L. O'Neal

4

To:        Jensen, Paul[Paul.Jensen@McKesson.com]
From:      Tonnesen, Steve
Sent:      Fri 12/19/2014 3:16:49 AM
Subject:   Re: Copy of FY15 Jan Margin Day - VAN HOEK HILDA K.xlsx

I see she took another cut...let her go....it's not worth the hassle.

Sent from my iPad

On Dec 18, 2014, at 15:11, "Jensen, Paul" <Paul.Jensen@McKesson.com> wrote:

Hilda-

I appreciate you have taken a second glance at the file. You do have nice margins on many of these items.

I have open the file to greater detail for your analysis. I highlighted several items ▮▮▮▮▮ which the customer has purchased less than 10 units over the past 6 months. I would think 90% of those items could take the increase.

As for Florida Medical....we are not their primary go to supplier. He is cherry picking you...you are worth more than he is paying for all the work you do for Gary. We clearly can save him money if he would be willing to work with you (McK)...if you don't hold pace with cost increases you will make less money.

I did not highlight any item on Hernando county.

Take one more look at the report- get what you deserve...a pay increase. It is the first of the year...people expect Jan 1 increases. Don't miss your opportunity now. Ned it back by morning.

**From:** Van Hoek, Hilda K
**Sent:** Thursday, December 18, 2014 2:22 PM
**To:** Jensen, Paul
**Cc:** Van Hoek, Hilda K
**Subject:** FW: Copy of FY15 Jan Margin Day - VAN HOEK HILDA K.xlsx
**Importance:** High

**Paul I don't feel comfortable making any changes.....i feel we would be compromising our business with the accounts. IE**
**Florida Medical Clinic**
**County Health Department / I can change prices on that one**
**Medical Associates / HS on my heels here**

**So if you need to change, go ahead....... Not my call**

**Thanks Hilda**

**From:** Jensen, Paul
**Sent:** Tuesday, December 16, 2014 3:52 PM
**To:** Van Hoek, Hilda K
**Subject:** FW: Copy of FY15 Jan Margin Day - VAN HOEK HILDA K.xlsx

I need more than 40% to send in to corp. Come on Hilda...take the pay raise you deserve. Get me to 80% and I will submit.

**From:** Van Hoek, Hilda K
**Sent:** Monday, December 15, 2014 10:53 AM
**To:** Jensen, Paul
**Subject:** Copy of FY15 Jan Margin Day - VAN HOEK HILDA K.xlsx

CONFIDENTIAL                          000801

Done

Thanks Hilda
<Copy of FY15 Jan Margin Day - VAN HOEK HILDA K.xlsx>

CONFIDENTIAL

**To:**      MMSPC Pricing Analytics[mmspricing@McKesson.com]
**Cc:**      Van Hoek, Hilda K[Hilda.VanHoek@McKesson.com]
**From:**    Jensen, Paul
**Sent:**    Fri 6/17/2016 2:40:41 PM
**Subject:** FW: Margin Day 201606 - Van HoekHilda K.xlsm

Approved- Good job Hilda!

**From:** Van Hoek, Hilda K
**Sent:** Wednesday, June 15, 2016 7:15 AM
**To:** Jensen, Paul
**Cc:** Van Hoek, Hilda K
**Subject:** Margin Day 201606 - Van HoekHilda K.xlsm
**Importance:** High

Hi Paul,

I made a couple changes ..... mostly with FMC

Thank You,
Hilda van Hoek
McKesson Representative
813-494-0882 Cell
813-433-5572 fax



CONFIDENTIAL                                    000832



Hilda,

Prime Care, the account, sent in an application for a new account to McKesson on 12/16. I assigned it to Laura Carmen 12/16 and account was in the system 12/18. Laura made contact with the customer. On 12/23 I received an email from MMS New Customer Set Up that you requested to set up a customer already in the system. I made the decision the account would stay with Laura Carmen based on Laura making contact with customer.



EXHIBIT
80
BC  8/9/19

CONFIDENTIAL

500185