EXHIBIT

_E. van hook_

_8_

_BC 3/9/19_

# Re: Office set up

Van Hoek, Hilda K

Sent   Fri 12/18/2015 1:01 PM

To:     Maria Jimenez

Cc:     Matt Romeo;   Cindy Borgnis

Cindy can you send me a phone number where I can call you.  Or email me a list of items you need

Sent from my iPhone

On Dec 17, 2015, at 9:02 PM, Maria Jimenez <mjimenez@accesshealthcarellc.net> wrote:

Hilda can you please reach out to Cindy. This is a PrimeCare office and they are needing to order supplies, etc.
I have included Cindy on this email.
Maria

Sent from my iPhone

Begin forwarded message:

**From:** Carlos Arias <carias@accesshealthcarellc.net>
**Date:** December 17, 2015 at 2:56:11 PM EST
**To:** Christine Barnabo <CBarnabo@accesshealthcarellc.net>, **Cindy Borgnis** <cborgnis@primecarellc.com>,
Matt Romeo <mromeo@primecarellc.com>, Maria Jimenez <mjimenez@accesshealthcarellc.net>
**Subject: Office set up**

Good afternoon Christine and Maria
I need your help setting up a Primecare office
We need examination tables, etc on this office
Contact person is Cindy
We would like to have everything set up before new year
Thank you and Happy Holidays!!
Carlos Arias

CONFIDENTIAL

500178

## mike cogdill

**From:** "Maria Jimenez" <mjimenez@accesshealthcarellc.net>
**Date:** Monday, December 21, 2015 2:57 PM
**To:** "Cindy Borgnis" <cborgnis@primecarellc.com>; <Hilda.VanHoek@McKesson.com>
**Attach:** STATReport_20151221_135800.xlsb
**Subject:** FW: 92 Cypress

Cindy, please review the list

Please take off any items you do not feel you will need in the office.

Based on the amount of exam rooms you will have we can plug in numbers the quantities we need to order.

Review the list first and I will help you put in the numbers.

Thank you,

Maria Jimenez MBA, BSN, RN, LHRM, ALNC
Operations Manager/ Utilization Manager
Access HealthCare/Access 2 HealthCare and *Affiliated Offices*
*352-688-8116 Phone*
*352-277-5285 Fax*



Email and Facsimile Confidentiality Statement: This message and accompanying documents are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and contain information intended for the intended recipient(s) only. This information is confidential. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, copying, or the taking of any action based on the contents of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by E-mail or Phone, and delete the original message."

Privacy Notice: This electronic mail message, and any attachments, are confidential and are intended for the exclusive use of the addressee(s) and may contain information that is proprietary and that may be Individually Identifiable or Protected Health Information under HIPAA. If you are not the intended recipient, please immediately contact the sender by telephone, or by email, and destroy all copies of this message. If you are a regular recipient of our electronic mail, please notify us promptly if you change your email address.

**From:** Van Hoek, Hilda K [mailto:Hilda.VanHoek@McKesson.com]
**Sent:** Monday, December 21, 2015 2:00 PM
**To:** Cindy Borgnis; Maria Jimenez
**Subject:** 92 Cypress

Hi Cindy and Maria,

Please look at list attached for medical Supplies

Thank You, Hilda

2/2/2016

CONFIDENTIAL

500180

ST#: 54946562 - Dalton Benson Md     Rapid Order Form, as of: 2/2/2016     Page 1 of 3

# McKESSON
Empowering Healthcare

**Rapid Order Form**

| McKesson Medical-Surgical<br>Customer Svc Phone: (800) 940-8199<br>Customer Svc Fax: (407) 851-7818 | Dalton Benson Md<br>352-795-4737<br>92 Cypress Blvd W<br>Homosassa, FL 34446<br>Account Number: 54520755<br>Ship To Number: 54946562 |
|---|---|

| Account Manager | Phone | Fax | Email |
|---|---|---|---|
| Hilda Van Hoek | 813-494-0882 | 813-433-5572 | Hilda.VanHoek@McKesson.com |

| Item Num | Ord Qty | UOM | Price | Vendor Abbr | Vendor Name | Catalog Num | Item Desc Full |
|---|---|---|---|---|---|---|---|
| 570560 | ___ | BX | $4.97 | Mckesn | Mckesson Pharma | 00487950125 | Albuterol Sulfate, Sol Inh .083mg/ml 3ml (25/bx) 9nephr |
| 49176 | ___ | PT | $1.37 | Mgm23 | Mckesson Medical Surgical | 23-D0022 | Alcohol, Isopropyl 70% 16oz (12/cs) Mgm23 |
| 290720 | ___ | PK | $4.25 | Mckesn | Mckesson Pharma | 39822990001 | Ammonia, Amp .33ml Inh (10/pk) 9pharm |
| 251543 | ___ | EA | $17.18 | Djorth | Dj Orthopedics Llc | 79-81330 | Ankle Brace, Univ 10" Djorth |
| 440734 | ___ | BX | $5.37 | Dynrex | Dynarex | 4302 | Applicator, Ct 6" N/s (100/bg 10bg/bx 10bx/cs) Dynrex |
| 380600 | ___ | EA | $2.06 | Djorth | Dj Orthopedics Llc | 79-84025 | Arm Sling, Clinic Ctn/poly Med (6/bx) Djorth |
| 854991 | ___ | EA | $3.27 | Pss704 | Pss World Medical | 732 | Armsling, W/web Strap Lg (6/cs) |
| 854990 | ___ | CS | $19.62 | Pss704 | Pss World Medical | 731 | Armsling, W/web Strap Med (6/cs) |
| 908489 | ___ | BX | $0.71 | Gcph | Geri Care Pharma | 911-36 | Aspirin 81mg Tab Adult Chew 36/bx 12bx/cs |
| 940580 | ___ | BT | $1.00 | Mgm99 | Mckesson Pharma | 49348000110 | Aspirin, Tab Sm 325mg (100/bt) |
| 911790 | ___ | BX | $3.57 | Psscmp | Pss World Medical | 286 | Bandage, Adh Flex Lf 1x3" (100/bx 12bx/cs) |
| 911638 | ___ | BX | $2.22 | Psscmp | Pss World Medical | 289 | Bandage, Adh Flex Spot 7/8" (100/bx 12bx/cs) |
| 911788 | ___ | BX | $4.21 | Psscmp | Pss World Medical | 283 | Bandage, Adh Sheer Lf 2x4" (50bx 12bx/cs) |
| 587541 | ___ | BG | $3.20 | Mgm16 | Mckesson Medical Surgical | 41042000 | Bandage, Cnfrm Strch 4" N/s Lf (12r/bg 8bg/cs) Mgm16 |
| 388423 | ___ | CS | $64.98 | 3m | 3m (healthcare Division) | 2082 | Bandage, Coban Lf 2"x5yds (36r/cs) 3m |
| 911815 | ___ | BX | $9.49 | Psscmp | Pss World Medical | 054 | Bandage, Elas Dbx Hk/lp 4"x5yds (10r/bx 5bx/cs) |
| 853673 | ___ | BX | $8.24 | Tetra | Tetra Medical Supply Corp | 6611-30 | Bandage, Elas Velc 3" (10/bx) |
| 630467 | ___ | EA | $12.11 | Dreasy | Doctor Easy Medical Prod | BW | Basin, Elephant Ear Wash Dreasy |
| 911681 | ___ | EA | $0.18 | Psscmp | Pss World Medical | 2328 | Basin, Emesis Turq 10" (250/cs) |
| 854877 | ___ | EA | $1.12 | Pss144 | Mckesson Medical Surgical | 2348 | Basin, Wash Rectgl Rose 6.3qt (50/cs) Pss144 |
| 484942 | ___ | BX | $6.05 | Mgm16 | Mckesson Medical Surgical | 24-202 | Blade, Tongue Sr 6" N/s Lf (500/bx 10bx/cs) Mgm16 |
| 508714 | ___ | BX | $3.48 | Mgm16 | Mckesson Medical Surgical | 24-202-S | Blade, Tongue Sr Str 6" (100/bx 10bx/cs) Mgm16 |
| 44093 | ___ | EA | $0.80 | Kendal | Kendall Healthcare | 61000 | Bowl, Solution Str 16oz (75/cs) Kendal |
| 234181 | ___ | EA | $1.04 | Memepr | Medcgen Medical Products Llc | 01232 | Bowl, Utility Str 32oz Blu (50/cs) Medect |
| 885118 | ___ | EA | $29.95 | Pss132 | Pss World Medical | 1774 | Bp Unit, Dlx Neoprene Lf Blk Adlt Pss132 |
| 911723 | ___ | EA | $0.73 | Psscmp | Pss World Medical | 32638 | Cannula, Nasal Xzmfrt Lf 7' (50/cs) |
| 906757 | ___ | CS | $18.47 | Mgm18 | Mckesson Medical Surgical | 18-107 | Cape, Exam Wht F/b Opn 30x21 (100/cs) |
| 881173 | ___ | EA | $138.99 | Mgm145 | Mckesson Medical Surgical | PS316 | Cart, Utility Plastic Mgm145 |
| 733248 | ___ | CT | $21.17 | 9lupin | Lupin Pharma Inc | 68180063310 | Ceftriaxone Sod, Vi 1gm 10ml (10/ct) 9lupin |
| 566163 | ___ | BX | $21.18 | Hospra | Hospira Worldwide Inc | 733201 | Ceftriaxone, Sdv 1gm/15ml (10/bx) Hospra |
| 566163 | ___ | BX | $2.12 | Hospra | Hospira Worldwide Inc | 733201 | Ceftriaxone, Sdv 1gm/15ml (10/bx) Hospra |
| 949420 | ___ | EA | $3.86 | Mgm137 | Mckesson Medical Surgical | 1719 | Cleanser, Wnd Dermal 8oz (6/cs) |
| 854577 | ___ | EA | $2.72 | Psscmp | Pss World Medical | 4586 | Clipper, Toe Nail (6/bx 24bx/cs) Psscmp |
| 690142 | ___ | BX | $8.01 | Mckesn | Mckesson Pharma | 63739006010 | Clonidine, Tab 0.1mg Ud (100/bx) 9mckpk |
| 938559 | ___ | BX | $6.03 | Isourc | Integrity Sourcing & Logistics | CP5X7 | Cold Pack, Instant 5x7 (24/bx 4bx/cs) |
| 855063 | ___ | EA | $3.54 | Pss60 | Pss World Medical | 047 | Container, Sharps Red 2gl (20/cs) |
| 848677 | ___ | BX | $7.98 | Mgm120 | Mckesson Medical Surgical | 3068 | Cover, Probe F/3069 Lumeon Tympanic Head(96/bx 22b Mgm120 |
| 848677 | ___ | CS | $175.65 | Mgm120 | Mckesson Medical Surgical | 3068 | Cover, Probe F/3069 Lumeon Tympanic Head(96/bx 22b Mgm120 |
| 848677 | ___ | EA | $0.08 | Mgm120 | Mckesson Medical Surgical | 3068 | Cover, Probe F/3069 Lumeon Tympanic Head(96/bx 22b Mgm120 |
| 855094 | ___ | BX | $16.95 | Mgm120 | Mckesson Medical Surgical | 3072 | Cover, Probe F/therm (500/bx 4bx/cs) Mgm120 |
| 475663 | ___ | PR | $14.14 | Mgm14 | Mckesson Medical Surgical | 14-907 | Crutch, Alum Psh-Btn Adj Tall Adlt Lf (8pr/cs) Mgm14 |
| 895110 | ___ | BX | $374.70 | Mgm140 | Mckesson Medical Surgical | 33 | Cryotherapy Kit, Trtmt 6cones/40buds/162ml (1/bx) Mgm140 |
| 911820 | ___ | BX | $28.76 | Mgm16 | Mckesson Medical Surgical | 531 | Curette, Ear Oval Wht 4mm (50/bx 10bx/cs) Mgm16 |
| 911819 | ___ | BX | $31.14 | Mgm16 | Mckesson Medical Surgical | 532 | Curette, Ear Spoon Gry 2mm (50/bx 10bx/cs) Mgm16 |
| 482548 | ___ | CT | $76.60 | Amregt | American Regent Lab | 00517003125 | Cyanocobalamin "b12", Vi 1000mcg/ml 1ml (25/ct) Amregt |
| 575831 | ___ | EA | $6.90 | Mckesn | Mckesson Pharma | 04203710478 | Debrox, Drp 6.5% 0.5oz 9glaxo |
| 226420 | ___ | EA | $9.50 | Mckesn | Mckesson Pharma | 00008347501 | Depo-Medrol, Vi 80mg/ml 1ml 9pfiz |
| 246042 | ___ | EA | $1.15 | Mckesn | Mckesson Pharma | 00641037625 | Diphenhydramine, Vi 50mg/ml 1ml (25/bx) 9west |
| 770881 | ___ | EA | $7.27 | Salfid | Sealfield Redistribution | 36241-74828 | Disinfectant, Lysol Crap Lin 19oz (12/cs) Salfid |
| 941709 | ___ | EA | $17.48 | Bowman | Bowman Mfg Co | GL033-0613 | Dispenser Glove Trpl Wht Ctd |
| 550196 | ___ | EA | $16.15 | Bowman | Bowman Mfg Co | GW-050 | Dispenser, Glove Bx Trple Wire Bowman |
| 911779 | ___ | BX | $17.78 | Psscmp | Pss World Medical | PS216 | Drape, Fenes Str Tpt Blu 18x26(50/bx 6bx/cs) |
| 192068 | ___ | BX | $79.04 | Convtc | Convatec | 187658 | Dressing, Duoderm Cgf Str 4"x4" (20/bx) Convtc |
| 373777 | ___ | EA | $9.06 | Mgm16 | Mckesson Medical Surgical | 16-4293 | Dressing, N/adher Str 3x4 Lf (100/bx) Mgm16 |
| 440486 | ___ | BX | $34.72 | Snwond | Smith & Nephew | 66000712 | Dressing, Ops Post-Op 6 1/8x3 3/8 (20/bx 10bx/cs) Snwond |
| 488942 | ___ | BX | $7.43 | Mgm61 | Mckesson Medical Surgical | 61-20056 | Dressing, Petrolatm Gze 3x9 Str(12/bx 6bx/cs) Mgm61 |
| 865253 | ___ | BX | $37.58 | Pss740 | Pss World Medical | 2205 | Dressing, Petrolatum 3"x9" (50/bx 4bx/cs) Pss740 |
| 10214 | ___ | CT | $39.27 | Kendal | Kendall Healthcare | 7643 | Dressing, Telfa Adhav Str 3"x4" (100/ct) Kendal |
| 9962 | ___ | CT | $9.62 | Kendal | Kendall Healthcare | 1961 | Dressing, Telfa Str 2"x3" 1's (100/ct) Kendal |
| 946430 | ___ | BX | $9.54 | Mgm16 | Mckesson Medical Surgical | 1013 | Dressing, Tubir Elas Net Sz3 (10bx/cs) |
| 163164 | ___ | BX | $40.42 | Kendal | Kendall Healthcare | 8884413605 | Dressing, Vaseline Foil Pk Str 3x9 (50/bx) Kendal |
| 563239 | ___ | BT | $2.36 | Mgm60 | Mckesson Medical Surgical | 57896033805 | Ear Wax Drops, Drp .5oz (48bt/cs) Mgm60 |
| 889126 | ___ | EA | $78.61 | Dreasy | Doctor Easy Medical Prod | EWKITWRD | Earwash Elephant Kit |
| 536376 | ___ | BX | $53.60 | Mgm120 | Mckesson Medical Surgical | 87-230 | Electrode, Ekg Tab Resting (10/cd 10cd/pk 1 Mgm120 |
| 536376 | ___ | CS | $214.40 | Mgm120 | Mckesson Medical Surgical | 87-230 | Electrode, Ekg Tab Resting (10/cd 10cd/pk 1 Mgm120 |
| 536376 | ___ | PK | $5.36 | Mgm120 | Mckesson Medical Surgical | 87-230 | Electrode, Ekg Tab Resting (10/cd 10cd/pk 1 Mgm120 |
| 490619 | ___ | CT | $525.00 | Mckesn | Mckesson Pharma | 49502050002 | Epi-Pen, Syr 0.3mg/0.3ml 1:1ml (2/ct) 9deyl |
| 286280 | ___ | EA | $8.27 | Hospra | Hospira Worldwide Inc | 492134 | Epinephrine, Abjt 0.1mg/ml 10ml 20gx1.5" (10/pk) Hospra |
| 561521 | ___ | EA | $4.25 | Hospra | Hospira Worldwide Inc | 724101 | Epinephrine, Amp 1mg/ml 1ml 1 :1,000 (25/pk) Hospra |

Hilda Van Hoek     Cust Svc: (800) 940-8199, Fax: (407) 851-7818

CONFIDENTIAL

500181

ST#: 54946562 - Dalton Benson Md                              Rapid Order Form, as of: 2/2/2016                                    Page 2 of 3

| | Unit | Price | Vendor | Vendor Name | Item # | Description |
|---|---|---|---|---|---|---|
| 558712 | EA | $79.00 | Fshsci | Fisher Scientific | 191500470 | Eyewash Station, Faucet Fshsci |
| 911694 | BX | $11.82 | Pssrd2 | Pss World Medical | 4792 | Gauze, Bordered Str 4x4 2x2 (10/bx 10bx/cs) Pssrd2 |
| 921594 | BX | $5.97 | Mgm14 | Mckesson Medical Surgical | 14-428 | Glove, Exam Ltx Pf Text Lg (100/bx 10bx/cs) |
| 921593 | BX | $6.59 | Mgm14 | Mckesson Medical Surgical | 14-426 | Glove, Exam Ltx Pf Text Med (100/bx 10bx/cs) |
| 921593 | EA | $0.07 | Mgm14 | Mckesson Medical Surgical | 14-426 | Glove, Exam Ltx Pf Text Med (100/bx 10bx/cs) |
| 921592 | BX | $5.97 | Mgm14 | Mckesson Medical Surgical | 14-424 | Glove, Exam Ltx Pf Text Sm (100/bx 10bx/cs) |
| 921592 | CS | $59.70 | Mgm14 | Mckesson Medical Surgical | 14-424 | Glove, Exam Ltx Pf Text Sm (100/bx 10bx/cs) |
| 765876 | BX | $9.97 | Mgm14 | Mckesson Medical Surgical | 14-6978C | Glove, Exam Nitrl Pf Blu Lg (200/bx) Mgm14 |
| 381233 | EA | $128.49 | Wa | Welch Allyn Inc | 71000-A | Handle, Rechargeable Battery Wall Plug in 3.5v Wa |
| 979899 | EA | $7.37 | Flmd | Florida Medical Sales | FMS-833 | Holter Kit, (20/cs) |
| 979890 | EA | $7.63 | Flmd | Florida Medical Sales | FMS-828 | Holter Kit, (20/cs) |
| 142779 | EA | $0.74 | Mgm23 | Mckesson Medical Surgical | 23-D0012 | Hydrogen Peroxide, 3% 16oz (12/cs) Mgm23 |
| 739231 | BT | $52.40 | Mckesn | Mckesson Pharma | 53746046605 | Ibuprofen, Tab 800mg (500/bt) 9amnel |
| 584291 | EA | $208.99 | Wa | Welch Allyn Inc | 79910 | Illuminator, Vaginal Cordless W/charg Stand Wa |
| 462515 | EA | $7.87 | Bmsphm | Bristol Myers Squibb | 29305 | Kenalog-40, Vl 40mg/ml 1ml Bmsphm |
| 333340 | PK | $67.73 | Hospra | Hospira Worldwide Inc | 379501 | Ketorolac Tromethamine, Sdv 30mg/ml 1ml (25/pk) Hospra |
| 854866 | EA | $5.07 | Pss03 | Pss World Medical | 221 | Laceration Tray, W/instr (20/cs) Pss03 |
| 747085 | EA | $2.13 | Hospra | Hospira Worldwide Inc | 317801 | Lidocaine Hcl +epi, Ftv 1% 20ml (25/bx) Hospra |
| 336518 | EA | $5.79 | Hospra | Hospira Worldwide Inc | 318301 | Lidocaine Hcl +epi, Sdv 2% 20ml (5/pk 5pk/cs) Hospra |
| 916313 | EA | $1.85 | Appphm | App Pharmaceutical Llc | 63323020110 | Lidocaine Hcl, Mdv 1% 10ml (25/pk) Fresua |
| 243241 | EA | $2.11 | Hospra | Hospira Worldwide Inc | 427701 | Lidocaine Hcl, Mdv 2% 20ml (25/pk 4pk/cs) Hospra |
| 711598 | EA | $2.39 | Mckesn | Mckesson Pharma | 00603139364 | Lidocaine Hcl, Sol Viscous 2% 100ml 9qual |
| 883378 | EA | $169.87 | Mgm81 | Mckesson Medical Surgical | 551 | Light, Exam W/35w Halogen Lampbge |
| 941027 | CS | $31.89 | Colbag | Colonial Bag Corporation | 3474 | Liner 24x33 15gl Red 250/cs 1.2mic Colbag |
| 788484 | EA | $1.37 | Mgm119 | Mckesson Medical Surgical | 119-8919 | Lubricating Jelly, Tu Str 4oz Flip-Top (12/bx) Mgm119 |
| 234843 | EA | $3.96 | Hospra | Hospira Worldwide Inc | 156010 | Marcaine Hcl, Sdv Pf 0.5% 10ml (10/bx) Hospra |
| 226057 | BX | $20.73 | Mgm16 | Mckesson Medical Surgical | 91-2600 | Mask, Face Proc W/visor/earlp Lf Blu (25/bx 4bx/cs Mgm16 |
| 911719 | EA | $1.12 | Psscmp | Pss World Medical | 32633 | Mask, Oxy Lf Med Conc 7tu (50/cs) |
| 854635 | EA | $0.02 | Mgm16 | Mckesson Medical Surgical | 5055 | Meter, Gluc Quintet Auto (20/cs) Mgm16 |
| 887539 | PK | $63.77 | Fabent | Fabrication Enterprises Inc | 12-1670-40 | Monofilament Disp 40 Piece |
| 336665 | CS | $19.05 | Teltfx | Teleflex Medical | 1805 | Mouthpiece, Peak Flow Disp (100/cs) Teltfx |
| 919562 | CS | $97.40 | Mgm141 | Mckesson Medical Surgical | 789 | Mouthpiece, Spirette (50/cs) Mgm141 |
| 911727 | CS | $57.00 | Psscmp | Pss World Medical | 32644 | Nebulizer, W/mouthpc Lf Adlt 7tu (50/cs) |
| 911727 | EA | $1.14 | Psscmp | Pss World Medical | 32644 | Nebulizer, W/mouthpc Lf Adlt 7tu (50/cs) |
| 153528 | EA | $89.01 | Drvmed | Drive Medical Design & Mfg | 5650D | Nebulizer/compressor, Pulmo-Aide W/filtr 5610d Devlbs |
| 721354 | BX | $19.44 | Mgm102 | Mckesson Medical Surgical | 102-N181S | Needle, Safety 18gx1" (100/bx 8bx/cs) Mgm102 |
| 721381 | BX | $17.36 | Mgm102 | Mckesson Medical Surgical | 102-N231S | Needle, Safety 23gx1" (100/bx 8bx/cs) Mgm102 |
| 721363 | BX | $19.44 | Mgm102 | Mckesson Medical Surgical | 102-N251S | Needle, Safety 25gx1" (100/bx 8bx/cs) Mgm102 |
| 721367 | BX | $17.36 | Mgm102 | Mckesson Medical Surgical | 102-N3005S | Needle, Safety 30gx1/2" (100/bx 8bx/cs) Mgm102 |
| 833025 | BX | $31.01 | Terumo | Terumo Medical Corp | SG32325 | Needle, Sfty Surguard3 23gx1" (100/bx 8bx/cs) Terumo |
| 833028 | BX | $31.01 | Terumo | Terumo Medical Corp | SG3-2525 | Needle, Sfty Surguard3 25gx1" (100/bx 8bx/cs) Terumo |
| 661496 | BX | $26.12 | Terumo | Terumo Medical Corp | SG2-3013 | Needle, Surguard2 Sfty 30gx1/2" (100/bx 8bx/cs) Terumo |
| 689523 | BT | $27.38 | Mckesn | Mckesson Pharma | 00071041824 | Nitrostat, Tab Subl 0.4mg (100/bt) 9pflz |
| 911683 | EA | $4.03 | Psscmp | Pss World Medical | 892 | Ointment, Trpl Antibiotic 1oz (12/bx 12bx/cs) |
| 916629 | EA | $0.61 | Claris | Claris Lifesciences Inc | 36000001225 | Ondansetron, 2mg/ml 2ml Vl (25/bx) Claris |
| 495816 | EA | $172.08 | Wa | Welch Allyn Inc | 23810 | Otoscope, Macroview Diag Wa |
| 161416 | EA | $181.46 | Wa | Welch Allyn Inc | 22820 | Otoscope, Throat Illum W/ea Battery Hndl Wa |
| 853583 | EA | $74.00 | Gf | Graham Field Health Products | JB02008 | Oximeter, Pulse Dig Fngr Adlt |
| 854713 | EA | $84.29 | Psscmp | Pss World Medical | 821 | Oximeter, Pulse Fngr Spo2 2aaa(300/cs) Psscmp |
| 191089 | BX | $1.85 | Mgm16 | Mckesson Medical Surgical | 58-204 | Pad, Alcohol Prep Str Med (200/bx) Mgm16 |
| 191089 | CS | $33.00 | Mgm16 | Mckesson Medical Surgical | 58-204 | Pad, Alcohol Prep Str Med (200/bx) Mgm16 |
| 850332 | PK | $31.53 | Wa | Welch Allyn Inc | 105353 | Paper, Chart F/ecg Monit Cp150 (200st/pk 5pk/cs) Wa |
| 113117 | CS | $39.37 | Mgm18 | Mckesson Medical Surgical | 18-814 | Paper, Table Smooth 21"x225' (12r/cs) Mgm18 |
| 919574 | CS | $30.24 | Mgm143 | Mckesson Medical Surgical | 099 | Paper, Table Smth Econ Wht 21"x200' (12r/cs) |
| 484004 | EA | $10.48 | Pillow | The Pillow Factory | TPF-40005 | Pillow, Chemsoft Blu 18oz 20"x26" (12/cs) Pillow |
| 145373 | CS | $22.26 | Mgm18 | Mckesson Medical Surgical | 18-917 | Pillowcase, T/p Wht 21x30 (100/cs) Mgm18 |
| 330568 | PK | $702.12 | Mrkvac | Merck Co | 00008494300 | Pneumovax, Sdv 25mcg/0.5ml 0.5ml (10/pk) Mrkvac |
| 853303 | EA | $62.25 | Psprod | Par Sterile Products Llc | 42023010401 | Ppd Aplisol, Vl 5tu/0.1ml 1ml (10test/vl) Jhpphm |
| 803313 | KT | $869.55 | Coagsn | Coagusense, Inc. | 06F23-64 | Promo Kit, Std Coll Coag-Sens 1 Metr Mnl Qck Guide Coagsn |
| 252743 | EA | $7.85 | Skdcre | Skil-Care Corp | 503214 | Protector, Heel & Elbow Med Skdcre |
| 221549 | BX | $88.94 | Miltex | Miltex Instrument (Integra Yk) | 33-34 | Punch, Biopsy Str Disp 4mm (50/bx) Miltex |
| 221549 | EA | $1.78 | Miltex | Miltex Instrument (Integra Yk) | 33-34 | Punch, Biopsy Str Disp 4mm (50/bx) Miltex |
| 222869 | BX | $95.43 | Miltex | Miltex Instrument (Integra Yk) | 33-35 | Punch, Biopsy Str Disp 5mm (50/bx) Miltex |
| 222869 | EA | $1.91 | Miltex | Miltex Instrument (Integra Yk) | 33-35 | Punch, Biopsy Str Disp 5mm (50/bx) Miltex |
| 221550 | BX | $97.88 | Miltex | Miltex Instrument (Integra Yk) | 33-36 | Punch, Biopsy Str Disp 6mm (50/bx) Miltex |
| 221550 | EA | $1.96 | Miltex | Miltex Instrument (Integra Yk) | 33-36 | Punch, Biopsy Str Disp 6mm (50/bx) Miltex |
| 222870 | BX | $96.36 | Miltex | Miltex Instrument (Integra Yk) | 33-37 | Punch, Biopsy Str Disp 8mm (50/bx) Miltex |
| 222870 | EA | $1.93 | Miltex | Miltex Instrument (Integra Yk) | 33-37 | Punch, Biopsy Str Disp 8mm (50/bx) Miltex |
| 278455 | BX | $57.82 | Acutec | Accutec Blades Inc | 72-0001-0000 | Razor, Dermablade (50/bx) Anvaz |
| 474851 | EA | $0.37 | Mgm16 | Mckesson Medical Surgical | 16-RZ24 | Razor, Disp Shave Prep Dbl Edge Lf (24/bx 6bx/cs) Mgm16 |
| 691182 | EA | $1,825.33 | Midmrk | Midmark Corp | 4-000-0119 | Recorder, Iqmark Digital Midmrk |
| 854495 | EA | $18.51 | Psscmp | Pss World Medical | 32628 | Resuscitator, Disp Lf W/mask (6/cs) Pssrdc |
| 937918 | EA | $4.50 | Mgm53 | Mckesson Medical Surgical | 53-27037-18 | Sanitizer, Hand Aloe W/pump 18oz (12/cs) Mgm53 |
| 855028 | EA | $6.66 | Pss707 | Pss World Medical | 7508 | Sanitizer, Hnd Gel W/pmp 18oz (12/cs) Pss707 |
| 911766 | BX | $17.95 | Psscmp | Pss World Medical | 1643 | Scalpel, Safety Disp #10 (10/bx 50bx/cs) |
| 911787 | BX | $17.95 | Psscmp | Pss World Medical | 1644 | Scalpel, Safety Disp #11 (10/bx 50bx/cs) |
| 854935 | EA | $7.26 | Pss701 | Pss World Medical | OG823 | Scissor, Lister Bndg 4.25" Pss701 |
| 854936 | EA | $8.66 | Pss701 | Pss World Medical | OG825 | Scissor, Utility Blk 7.5" Pss701 |
| 447812 | EA | $19.54 | Kenrsp | Kendall Healthcare Prod (resp) | MAXN | Sensor, Oxy Ctr Neonate/adlt (24/cs) Malmed |
| 40421 | CS | $15.31 | Mgm18 | Mckesson Medical Surgical | 18-824 | Sheet, Drape 2ply Wht 40x48 (100/cs) Mgm18 |
| 852189 | BX | $8.01 | Mgm16 | Mckesson Medical Surgical | 16-3557 | Shoecover, Lf N/skid Blu Xlg (50pr/bx 2bx/cs) |
| 234397 | EA | $12.82 | Mckesn | Mckesson Pharma | 61570013120 | Silvadene Ssd, Crm 1% 20gm Tu 9monrc |
| 163253 Van Hoek | EA | $21.30 | Mckesn | Mckesson Pharma | 43598021085 | Silvadene Ssd, Crm 1% 85gm (24/cs) 940-8199, Fax: (407) 851-7818 |

CONFIDENTIAL

500182

ST#: 54946562 - Dalton Benson Md                Rapid Order Form, as of: 2/2/2016                                Page 3 of 3

| Item | | Unit | Price | Vendor | Vendor Name | Catalog # | Description |
|---|---|---|---|---|---|---|---|
| 310000 | ___ | PK | $134.67 | Mckesn | Mckesson Pharma | 00009004722 | Solu-Medrol, VI Aov 125mg/2ml 2ml (25/pk) 9pfiz |
| 487037 | ___ | BG | $29.65 | Wa | Welch Allyn Inc | 52434-U | Specula, Kinspc 4.25mm (34/tu 25tu/bg 10bg/cs) Wa |
| 584270 | ___ | BX | $50.46 | Wa | Welch Allyn Inc | 59001 | Specula, Vaginal Kleenaspec Prem 590 Med (24bx 4bx/ Wa |
| 257005 | ___ | EA | $42.81 | Amdiag | American Diagnostic Corp | 720-11ABK | Sphyga, Diagnostix 720 Adlt Blk Amdiag |
| 883674 | ___ | EA | $9.80 | Plo | Kensington Medical Holdings LI | H3300 | Spill Kit System, B.A.S.K. Plo |
| 484875 | ___ | EA | $8.56 | Saftec | Safetec Of America | 17121 | Spill Kit, Ezy Clean Plus F/body Fl (24/cs) Saftec |
| 919004 | ___ | EA | $1,297.00 | Mgm141 | Mckesson Medical Surgical | 785 | Spirometer System, W/o Printer |
| 9975 | ___ | BG | $2.19 | Kendal | Kendall Healthcare | 2146 | Sponge, Gze 2"x2" 8ply (200/bg) Kendal |
| 384759 | ___ | BG | $3.21 | Dukal | Dukal Corp | 2104 | Sponge, Gze N/wvn 4"x4" (200/bg) Dukal |
| 911823 | ___ | BX | $6.13 | Pssrd2 | Pss World Medical | 514 | Sponge, Gze Syn N/wvn 4ply 4x4" (200/bx 10bx/cs) Pssrd2 |
| 476709 | ___ | PK | $7.20 | Mgm16 | Mckesson Medical Surgical | 16-40444 | Sponge, N/wovn Hi-Absrb 4"x4" 4ply Lf (200/ Mgm16 |
| 854481 | ___ | EA | $102.43 | Psscmp | Pss World Medical | 311 | Stand, Mayo Adj Ctr Cstr 19x12.5" Psscmp |
| 885100 | ___ | EA | $4.86 | Pss740 | Pss World Medical | 2134 | Strip, Packing W/iodo Lf 2" (12/cs) Pss740 |
| 854611 | ___ | BX | $54.33 | Pssrd2 | Pss World Medical | 4828 | Strip, Sut Reinf 1/4x4" (500/bx 4bx/cs) Pssrd2 |
| 911793 | ___ | EA | $1.00 | Psscmp | Pss World Medical | 240P | Suture Removal Tray, Mti (50/cs) |
| 221150 | ___ | EA | $0.88 | Mgm03 | Mckesson Medical Surgical | 25-5427 | Suture Removal Tray, Mti (50/cs) Mgm03 |
| 195254 | ___ | EA | $1.20 | Cypres | Cypress Medical Products | 81-01 | Suture Removal Tray, Metal (50/cs) Cypres |
| 883168 | ___ | BX | $110.99 | Surspc | Surgical Specialties | J8699N | Suture, Poly Prolene 5/0 18" (12/bx) |
| 907010 | ___ | BX | $85.74 | Mgm130 | Mckesson Medical Surgical | S8699G | Suture, Polypr Blu 4-0 Dsm13/p3 18" (12/bx) |
| 863715 | ___ | BX | $7.15 | Mgm124 | Mckesson Medical Surgical | 102-S3C | Syringe, Ll 3cc (100/bx 24bx/cs) Mgm124 |
| 863717 | ___ | BX | $12.15 | Mgm124 | Mckesson Medical Surgical | 102-S5C | Syringe, Ll 5cc (100/bx 20bx/cs) Mgm124 |
| 772139 | ___ | BX | $39.00 | Mgm102 | Mckesson Medical Surgical | 102-SNT1C2558S | Syringe/ndl, Safety 1cc 25gx5/8" (100/bx 4bx/cs) Mgm102 |
| 850818 | ___ | BX | $19.82 | Mgm120 | Mckesson Medical Surgical | 26540 | Syringe/ndl, Safety 1cc 25gx5/8" (50/bx 4bx/cs) Mgm120 |
| 863702 | ___ | BX | $10.29 | Mgm124 | Mckesson Medical Surgical | 102-SNT1C2558 | Syringe/ndl, Tb Detachable 1cc 25gx5/8" (100/bx Mgm124 |
| 944358 | ___ | BX | $4.41 | Mgm115 | Mckesson Medical Surgical | 100193 | Tape, Paper Prem 1"x10yds (12/bx 10bx/cs) Mgm115 |
| 951313 | ___ | KT | $32.57 | Mgm32 | Mckesson Medical Surgical | 5002 | Test Kit, Preg Hcg Urine/serum(25/kt) |
| 447290 | ___ | KT | $77.99 | Quidel | Quidel Corp | 20122 | Test Kit, Quickvue + Strep A (25/kt) Quidel |
| 854636 | ___ | BX | $19.72 | Mgm16 | Mckesson Medical Surgical | 5059 | Test Strip, Gluc Quintet Ac (50/bx 20bx/cs) Mgm16 |
| 521959 | ___ | PK | $218.77 | Hemose | Hemosense Inc | 100139 | Test Strip, Pt Inratio Pt F/bid Clt Test(48/pk) Hemose |
| 911797 | ___ | EA | $16.75 | Psscmp | Pss World Medical | 508 | Test Strip, Urine 2gp (100/bx 10bx/cs) Psscmp |
| 826219 | ___ | PK | $189.00 | Akorn | Akorn Inc | 17478013101 | Tetanus Dip Tox, Sdv Adlt 0.5ml (10/pk) Akorn |
| 855093 | ___ | EA | $219.30 | Mgm120 | Mckesson Medical Surgical | 3069 | Thermometer, Tympanic Mgm120 |
| 461134 | ___ | PK | $15.24 | Dreasy | Doctor Easy Medical Prod | TW | Tip, Sngl Use Elephant Ear Washer (20/pk) Dreasy |
| 60594 | ___ | BX | $0.95 | Kclapc | Kimberly Clark Professional & | 21400 | Tissue, Facial Kleenex (100/bx 36bx/cs) Kclapc |
| 60594 | ___ | CS | $34.20 | Kclapc | Kimberly Clark Professional & | 21400 | Tissue, Facial Kleenex (100/bx 36bx/cs) Kclapc |
| 259374 | ___ | CS | $23.89 | Grifcr | Griffin Care Llc | 1722 | Underpad, 23x24 (200/cs) Grifcr |
| 768830 | ___ | CS | $48.73 | Tidi | Tidi Products Llc | 16660 | Underpad, 2ply Fluff 17x24 (50/bg 6bg/cs) Tidi |
| 477563 | ___ | PK | $5.75 | Mgm18 | Mckesson Medical Surgical | 18-16650 | Underpad, 3ply Tissue Blu 17x24 (50/pk 6pk/cs) Mgm18 |
| 897003 | ___ | BX | $7.64 | Mgm16 | Mckesson Medical Surgical | 2067 | Unna Boot, 4" (1/bx 12bx/cs) Mgm16 |
| 854637 | ___ | BX | $39.57 | Psscmp | Pss World Medical | 506 | Urine Test Strip, 10sgl (100/bx 10bx/cs) Psscmp |
| 337319 | ___ | EA | $5.44 | Hospra | Hospira Worldwide Inc | 915701 | Vitamin K1, 1mg/0.5ml 0.5ml (25/pk) Hospra |
| 954983 | ___ | EA | $44.16 | Hospra | Hospira Worldwide Inc | 915801 | Vitamin K1, Amp 10mg/ml 1ml (25/box) Hospra |
| 853566 | ___ | EA | $30.00 | Dreasy | Doctor Easy Medical Prod | RW | Washer, Ear Rhino (10/cs) Dreasy |
| 461135 | ___ | EA | $35.28 | Dreasy | Doctor Easy Medical Prod | EW | Washer, Elephant Ear W/3tips Dreasy |
| 883393 | ___ | EA | $89.00 | Mgm81 | Mckesson Medical Surgical | 4885 | Wastecan, Step-On Rec Red 32qt |
| 883385 | ___ | EA | $64.00 | Mgm81 | Mckesson Medical Surgical | 4876 | Wastecan, Step-On Sq Red 32qt |
| 883373 | ___ | EA | $55.58 | Mgm81 | Mckesson Medical Surgical | 313 | Wastecan, Step-On Wht 32qt |
| 239933 | ___ | EA | $2.38 | Hospra | Hospira Worldwide Inc | 397703 | Water Bacteriostatic, Ftv 30ml (25/pk) Hospra |
| 239939 | ___ | EA | $2.63 | Hospra | Hospira Worldwide Inc | 488750 | Water Sterile, Sdv Ff 50ml (25/pk 4pk/cs) Hospra |
| 733254 | ___ | EA | $3.50 | Mgm37 | Mckesson Medical Surgical | 37-8290 | Water, Irr Scl Str 500ml (18/cs) Mgm37 |
| 854670 | ___ | EA | $1.75 | Psscmp | Pss World Medical Rdc | 6260 | Water, Str Screw Top 250ml (24/cs) Psscmp |
| 854710 | ___ | EA | $218.57 | Psscmp | Pss World Medical | 717 | Wheelchair, W/swng First 450lb 22" Pssrdc |
| 721670 | ___ | CS | $58.35 | Saifld | Saalfeld Redistribution | 19200-78649 | Wipe, Lysol Disinfectant Citrus (110/ct 6ct/cs) Saifld |
| 721670 | ___ | CT | $9.73 | Saifld | Saalfeld Redistribution | 19200-78649 | Wipe, Lysol Disinfectant Citrus (110/ct 6ct/cs) Saifld |
| 855029 | ___ | EA | $7.94 | Pss707 | Pss World Medical | 205 | Wipe, Wet Disinf 6x6.75" (160/ea 12ea/cs) Pss707 |

Hilda Van Hoek                                                                 Cust Svc: (800) 940-8199, Fax: (407) 851-7818

CONFIDENTIAL

500183

**From:**              Van Hoek, Hilda K
**Attendees:**         Cindy Borgnis (cborgnis@primecarellc.com)
**Location:**          1214 Mariner Blvd., SH, Florida
**Importance:**        Normal
**Subject:**           Prime care / Meet
**Start Time:**        Fri 1/8/2016 3:30:00 PM
**End Time:**          Fri 1/8/2016 4:00:00 PM
**Required Attendees:** Cindy Borgnis (cborgnis@primecarellc.com)

My office is at 1214 Mariner Blvd, Spring Hill.  We are in the Seven Hills Plaza next to the YMCA. Are you coming by today?  CB

Cynthia Borgnis
Administrator
PrimeCare, LLC
1214 Mariner Blvd
Spring Hill, Fl 34609
(352) 796-9994
(352) 796-9934-Dedicated Fax Line



**To:** Van Hoek, Hilda K[Hilda.VanHoek@McKesson.com]
**From:** Cindy Borgnis
**Sent:** Mon 10/23/2017 7:01:38 PM
**Subject:** RE: [External] Fwd: [External] McKesson Cart #51700613 needs your approval

Hi Hilda. I never got a new password. I really need to approve a few things for Crystal River Office. CB

Cynthia Borgnis
Administrator
PrimeCare, LLC
1214 Mariner Blvd.
Spring Hill, Fl. 34609
(352) 796-9994
(352) 796-9934 – Dedicated Fax Line



Disclaimer:
This email message along with any attachment (s) are for the sole use of the inteneded recipient(s). Information contained in this message may be private and confidential. Any unauthorized reviewing, usage, disclosure or distribution is prohibited. If you are not the intended recipient of this email, please conact send via reply email and destroy all copies of message ad attachments.

**From:** Van Hoek, Hilda K [mailto:Hilda.VanHoek@McKesson.com]
**Sent:** Friday, October 20, 2017 11:56 AM
**To:** SupplyManager <SupplyManager@McKesson.com>
**Cc:** Cindy Borgnis <cborgnis@primecarellc.com>
**Subject:** [External] Fwd: [External] McKesson Cart #51700613 needs your approval

Hi SM
can you please read message below from Cindy? thanks hilda

Get Outlook for iOS

From: Cindy Borgnis <cborgnis@primecarellc.com>
Sent: Friday, October 20, 2017 11:51 AM
Subject: FW: [External] McKesson Cart #51700613 needs your approval
To: Van Hoek, Hilda K <hilda.vanhoek@mckesson.com>

Hi Hilda. I tried to approve this request for supplies but the system is telling me I need to reset my Password. I clicked "reset" and I did not get am email back to initiate a new password. Can you help me with this? I need to approve this and all others that come thru. Thanks a lot! CB

Cynthia Borgnis
Administrator
PrimeCare, LLC
1214 Mariner Blvd.
Spring Hill, Fl. 34609
(352) 796-9994
(352) 796-9934 – Dedicated Fax Line

Disclaimer:
This email message along with any attachment (s) are for the sole use of the inteneded recipient(s). Information contained in this message may be private and confidential. Any unauthorized reviewing, usage, disclosure or

CONFIDENTIAL

distribution is prohibited. If you are not the intended recipient of this email, please conact send via reply email and destroy all copies of message ad attachments.

**From:** customer.systems@mckesson.com [mailto:customer.systems@mckesson.com]
**Sent:** Tuesday, September 26, 2017 3:13 PM
**To:** Cindy Borgnis <cborgnis@primecarellc.com>
**Subject:** [External] McKesson Cart #51700613 needs your approval

McKesson Medical-Surgical

## Cart #51700613 Needs your Approval

Login

**Currently Needs Approval**

**Reason**

All Orders Require Approval

| PO | Cart # | Created By | Submitted | Total |
|---|---|---|---|---|
| **DR GONZALEZ** | **51700613** | **Kendra Fruh** | **9/26/17 3:13:16 PM** | **$110.83** |

**Account** #55362255

PRIMECARE DOCTORS LLC

**Shipping To** #55362256

DR EVELYN GONZALEZ-ORTIZ
C/O PRIMECARE DOCTORS LLC
9030 W FORT ISLAND TRAIL STE 1
CRYSTAL RIVER, FL 34429

| Item # | Description | Mfg # | UOM | Price | Qty | Total |
|---|---|---|---|---|---|---|
| 701205 | ONDANSETRON, MDV 2MG/ML 20ML | 00143989001 | EA | $3.10 | 10 | $31.00 |

In stock, ships from your local warehouse CONFIDENTIAL

| 775315 | ETHYL CHLORIDE, FINE STREAM 3.5OZ (12/DZ) | 0038-6000-113 | EA | $40.55 | 1 | $40.55 |
|---|---|---|---|---|---|---|
| | In stock, ships from your local warehouse | | | | | |
| 300448 | LIDOCAINE HCL, MDV 2% 50ML (25/PK 2PK/CS) | 00409427702 | EA | $4.44 | 1 | $4.44 |
| | In stock, ships from your local warehouse | | | | | |
| 665326 | PROMETHAZINE, VL 25MG/ML 1ML (25/PK) | 00641092825 | EA | $2.36 | 4 | $9.44 |
| | In stock, ships from your local warehouse | | | | | |
| 333341 | KETOROLAC TROMETHAMINE, SDV 60MG/2ML (25/PK) | 00409379601 | EA | $2.54 | 10 | $25.40 |
| | In stock, ships from your local warehouse | | | | | |

**Total:**   **$110.83**

**Approval History**

| Who | Reason | Approver | Approved On |
|---|---|---|---|
| CDELANEY | All Orders Require Approval | CBORGNIS | Pending |



Questions? Contact Technical Support @1-800-422-0280

- Login to SupplyManager
- Privacy Policy
- Terms of Use

- More from McKesson
- Relay Health
- Primary Care
- Surgery Center

© 2017 McKesson Corporation

MCKESSON MEDICAL-SURGICAL, INC. - PROPRIETARY AND CONFIDENTIAL INFORMATION

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and proprietary information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender at SupplyManager@mckesson.com and then permanently destroy all copies of the original message.

| Organizer: | Van Hoek, Hilda K[Hilda.VanHoek@McKesson.com] |
|---|---|
| From: | Van Hoek, Hilda K |
| Location: | 31158 Cortez Blvd.  Brooksville, Florida  34602 |
| Importance: | High |
| Subject: | Go by to issue pickups |
| Start Time: | Wed 1/20/2016 1:30:00 PM |
| End Time: | Wed 1/20/2016 2:30:00 PM |
| Required Attendees: | Cindy Borgnis (cborgnis@primecarellc.com); Maria Jimenez |

BRING CATALOGS

| Bill To ▽ | Ship ▽ | DP | Acct. Mgr ▽ | Type | Customer Name | Address | |
|---|---|---|---|---|---|---|---|
| 55362255 | 55373367 | P | VAN HOEK, HILDA K | S | Primecare Doctors Llc | 31158 Cortez Blvd Brooksville, FL 34602 | 1: |
| 55362255 | 55362256 | P | VAN HOEK, HILDA K | S | Primecare Doctors Llc | 9030 W Fort Island Trail Ste 1 1: Crystal River, FL 34429 | |
| '00191 | 54599192 | | GZPRIME | N | Prin | 0954 Mayland Drive | 0 |



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HILDA VAN HOEK,

    Plaintiff,

v.                         Case No. 8:17-cv-2447-T-36AAS

MCKESSON CORPORATION; PSS
WORLD MEDICAL, INC.; MCKESSON
MEDICAL-SURGICAL INC.; and MCKESSON
MEDICAL-SURGICAL TOP HOLDINGS
INC.,



    Defendants.

_____/

**FOURTH AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff HILDA VAN HOEK, by and through her undersigned attorneys, sues for damages

and other relief for sex discrimination in compensation, terms, and privileges of employment and

retaliation committed by Defendants McKESSON CORPORATION; PSS WORLD MEDICAL,

INC.; McKESSON MEDICAL-SURGICAL INC.; and McKESSON MEDICAL-SURGICAL

TOP HOLDINGS INC. Plaintiff brings this action under Title VII of the Civil Rights Act of 1964,

as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"); and the Florida Civil Rights Act, Fla. Stat.

§§ 760.01 to 760.11 ("FCRA").

**Jurisdiction and Venue**

1.      In this action, Plaintiff is seeking monetary relief in excess of $15,000 and

injunctive relief, as available under Title VII, 42 U.S.C. § 1981a, and the FCRA.

2.      This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1441; and 42 U.S.C. §

2000e-f(5).

3.      Venue exists in this Court, as the alleged unlawful employment practices occurred

in Hillsborough County, Florida.

**Parties**

4.  Plaintiff Hilda van Hoek resides in Valrico, Hillsborough County, Florida. She has been employed as a sales representative since 1994 by Physician Sales & Service, Inc., and its successors and related entities, Defendants PSS World Medical, Inc.; McKesson Corporation; McKesson Medical-Surgical Inc.; and McKesson Medical-Surgical Top Holdings Inc.

5.  On March 26, 1998, Plaintiff's employer Physician Sales & Service, Inc., changed its corporate name to PSS World Medical, Inc.

6.  The entity so renamed is Defendant PSS World Medical, Inc. (hereinafter "PSS World"). PSS World at all material times employed more than 15 employees.

7.  PSS World registered "Physician Sales & Service" as its fictitious name in 2004, and renewed the fictitious name in 2012.

8.  Defendant McKesson Corporation ("McKesson") is a foreign corporation doing business in Florida. McKesson's corporate headquarters is located at One Post Street, San Francisco, California. McKesson has employed more than 15 employees at all times material to this action.

9.  On February 22, 2013, McKesson acquired PSS World as a wholly owned subsidiary.

10.  On October 31, 2014, PSS World acquired a Florida company named Physician Sales & Service, Inc., which then ceased to exist as a separate entity. In the Agreement and Plan of Merger that effectuated that transaction, PSS World agreed to "assume all of the liabilities and obligations" of Physician Sales & Service, Inc.

11.  The company Physician Sales & Service, Inc., that PSS World acquired on

2

October 31, 2014, was named "PSS World Medical, Inc.," prior to March 26, 1998. On March 26, 1998, former PSS World Medical, Inc., changed its corporate name to "Physician Sales & Service, Inc."; such date was the same as that when Defendant PSS World's corporate name was changed from "Physician Sales & Service, Inc.," to "PSS World Medical, Inc."

      12.      On or about July 1, 2016, PSS World's corporate name changed to "McKesson Medical-Surgical Top Holdings Inc." McKesson filed the name change with the Florida Department of State. McKesson Medical-Surgical Top Holdings Inc. ("Holdings") is named as a defendant in this case.

      13.      Defendant McKesson Medical-Surgical Inc. ("Medical-Surgical") is a foreign corporation doing business in Florida. Medical-Surgical is a business unit of McKesson. Medical-Surgical's mailing address is One Post Street, San Francisco, California. Medical-Surgical employs more than 15 employees.

      14.      McKesson directly paid Plaintiff in 2014. However, for the 2014 tax year, Plaintiff received a W-2 from PSS World.

      15.      McKesson's headquarters address was the address provided for PSS World on the W-2 form issued to Plaintiff for the 2014 tax year.

      16.      For the 2015 tax year, Plaintiff received two W-2 forms, one from PSS World and another from Medical-Surgical. The address provided for each entity on the W-2 forms was the same as that of McKesson's headquarters. On February 1, 2016, the following information regarding the issuance of dual W-2 forms was provided to Plaintiff: "You will have 2 W-2 forms . . . . . . one from January 1-May 31st that is on the old PSS system and one from June 1 - December 31st from the Mckesson platform."

      17.      For the 2016 tax year, Plaintiff received a W-2 form from Medical-Surgical.

McKesson's headquarters address was the address provided for Medical-Surgical on the form.

18. In 2013, Willie C. Bogan was corporate secretary of McKesson, PSS World, and Medical-Surgical; vice president and one of two corporate directors of Medical Surgical; and vice president and director of PSS World.

19. In 2014, Bogan was corporate secretary of McKesson, PSS World, and Medical-Surgical; one of two corporate vice presidents and directors of PSS World; and vice president and director of Medical-Surgical.

20. In 2015, Bogan was corporate secretary of McKesson, PSS World, and Medical-Surgical; vice president and one of two corporate directors of PSS World; and vice president and one of two corporate directors of Medical-Surgical.

21. In 2016, John G. Saia was corporate secretary of McKesson, PSS World, and Medical-Surgical; one of two vice presidents and three corporate directors of PSS World; and one of two vice presidents and three corporate directors of Medical-Surgical.

22. In 2017, Saia is corporate secretary of McKesson, Holdings, and Medical-Surgical; corporate vice president and one of two corporate directors of Holdings; and one of two vice presidents and three corporate directors of Medical-Surgical.

23. McKesson exercises significant control over labor relations, beyond that which is normally exercised by a parent company over a subsidiary. For example, job applicants may submit at McKesson's website applications for positions at McKesson and McKesson's business units, including for Medical-Surgical; group health insurance and 401(k) benefits are provided under McKesson's corporate plan; "mckesson.com" is the domain for the business email addresses of Plaintiff and her supervisor; McKesson's name, logo, and website appear on Plaintiff's business cards; and McKesson has directly paid Plaintiff.

4

24.     Upon information and belief, Defendants employ the same corporate counsel.

## Factual Background

25.     Plaintiff began employment with Physician Sales & Service, Inc., in 1994 as a sales representative. As set forth above, Plaintiff's employment that commenced in 1994 continued, including after the corporate name change in 1998 of Physician Sales & Service, Inc., to "PSS World Medical, Inc." (herein referred to as "PSS World"), and after McKesson's acquisition in 2013 of PSS World. Plaintiff's employment continues through the present.

26.     Gender-based discrimination was the longstanding practice of Physician Sales & Service, Inc., and PSS World, persisting throughout Plaintiff's employment there. For example, in 2002, one of Plaintiff's customers was put on a "credit hold" due to payment delinquencies, barring the filling of new orders until past billings were paid. Plaintiff was working with the customer to reestablish its ability to place new orders. Then, without any prior discussion with Plaintiff, Plaintiff's supervisor, Joe Kelliher, contacted the customer, took it off credit hold, and gave it a $500 credit. Although there was no assertion that Plaintiff mishandled the account, Kelliher replaced her on the account with a male representative, and told the customer that it would not have any more credit problems because "a man would be handling the account."

27.     In July 2002, PSS World excluded Plaintiff from an all-male company golf outing, despite the known fact that she was a lifelong golfer.

28.     Shortly thereafter, Plaintiff's boss, Tom Fitzgerald, gave a sales territory that Plaintiff had developed to a male employee. Fitzgerald offered Plaintiff a territory closer to her home, and pointed to several lucrative accounts in the territory. Plaintiff was reluctant to agree to the change, as her current territory was larger and she had developed her territory to the point where her territory was exceeding all performance goals. She

reviewed the data on the proposed new territory and found that although the proposed territory was not as strong as her current one, the proposed territory had some large accounts that made the proposed territory attractive. However, once Plaintiff agreed to the switch, those large accounts were removed from the new territory and given to a male employee. Plaintiff objected, and asked that, at a minimum, her goals for the year be reduced to account for the removal of the accounts. Fitzgerald refused, stating that she would just have to work harder.

29.     In 2009 to 2010, Plaintiff cultivated a new customer, Continue Care. However, when Plaintiff entered Continue Care as a new client, Manager Steven Shavlik told her to stop contacting the customer, and awarded the account to a male sales representative, Clint Brady. Although Plaintiff was the first representative to contact the client, and under the company's policies should have been given the account, Shavlik gave the account to Brady. Continue Care was displeased with Brady as its sales representative and requested that its account be returned to Plaintiff, but PSS World refused to return the account to Plaintiff. This cost Plaintiff thousands of dollars in commissions.

30.     In 2012, the pattern of allowing Plaintiff to develop an account and then turning the account over to a male repeated. Plaintiff spent several months cultivating a former customer, Florida Medical Clinic, which had been wooed away by a competitor. She made inroads and by late 2012 had arranged for restoration of PSS World to the customer's bid list. Yet, as soon as this occurred, Area Sales Manager Carlos Xiques, on December 1, 2012, moved the account from Plaintiff to Clint Brady. Once again, there was no claim that Plaintiff mishandled the account; it was simply taken from her and given to a male representative.

31.     Plaintiff complained to PSS World's HR office regarding the discriminatory

6

reassignment of the account. Regional Sales Manager Darin Sharp met by phone with Plaintiff on December 17, 2012. When Plaintiff explained that she, not Brady, had arranged for the company to be on the customer's bid list, Sharp falsely stated that this had already been accomplished by Brady. Plaintiff complained that she was losing business again to the "old boy system." Sharp then became angry and hostile and terminated the discussion.

32.    The removal of Plaintiff from the Florida Medical Clinic account was a problem not only for her, but also for the customer, which wanted nothing to do with Brady. Gary Steele, the Florida Medical Clinic contact, repeatedly demanded that he be contacted only by Plaintiff and not Brady. Notwithstanding this very strong customer preference, which was expressed to both Plaintiff and her manager Carlos Xiques, PSS World persisted in the decision to take the account away from Plaintiff and give it to the male representative. Only when PSS World was faced with responding to a discrimination charge Plaintiff filed with the EEOC and losing the customer, who continued to object to dealing with Brady, did the company, on or about March 30, 2013, restore management of the account to Plaintiff, yet retaining Brady on portions of the account. Defendants did not compensate Plaintiff for any income she lost arising from the discriminatory removal of the Florida Medical Clinic account from her prior to that date. Moreover, after that date, Plaintiff has performed the work on the portions of the Florida Medical Clinic account remaining with Brady, but Brady, not Plaintiff, receives the commissions on those portions.

33.    The discriminatory treatment, including transferring Plaintiff's lucrative customer accounts to male sales representatives, prevented Plaintiff from qualifying for the elite CEO Round Table, which allowed highly successful roundtable members to set aside tax-deferred earnings, which were matched dollar for dollar by Defendants, without limit.

34.    On or about December 27, 2012, Plaintiff filed a charge alleging sex

7

discrimination and retaliation against "Physician Sales & Service, Inc." with the Equal
Employment Opportunity Commission ("EEOC"). For purposes of the FCRA, as provided in
Section 760.11(1), Florida Statutes, Plaintiff's EEOC charge was deemed an FCRA complaint
with the Florida Commission on Human Relations ("FCHR").

35.     On March 4, 2013, PSS World, through its Associate General Counsel, filed with
the EEOC the position statement of PSS World in response to Plaintiff's charge of discrimination.
The position statement was submitted on PSS World letterhead, and stated submission of the
position statement was on behalf of PSS World "d/b/a Physician Sales & Service."

36.     Plaintiff's December 2012 charge was before the EEOC until on or about July 25,
2013.

37.     During and after 2013, Defendants have taken numerous accounts from Plaintiff
and given them to men.  These discriminatory actions, as the previous discriminatory actions, have
resulted in continuing substantial losses of income to Plaintiff and compensation being paid to men
that should have been paid to Plaintiff.

38.     Immediately after McKesson's acquisition of PSS World, on or about February
26, 2013, Plaintiff's Access Health Care east coast accounts, including Access Health Care LLC,
Access HCIPA LLC and Access HC2, were taken away from her and given to a man, Craig
Williams. McKesson alleged the decision was based on who had the greater sales for the past six
months. However, Plaintiff had substantial sales to the Access companies for the prior months,
whereas Williams had none. Plaintiff continues to perform the work on the east coast Access
accounts, but Williams, not Plaintiff, receives the commissions.

39.     On April 2, 2014, Defendants assigned another account that should have belonged
to Plaintiff to Brady, the male sales  representative.  The account had been Plaintiff's for 15 years.

8

When the physician-customer, Randolph A. Knight, M.D., left Florida to go out on his own, the account initially remained with Plaintiff. However, two weeks later, Xiques reassigned the account to Brady, without researching the past history of the account per company policy. When Plaintiff objected, Xiques failed to correct the error and return the account to Plaintiff.

40.     Dr. Knight's agent complained that Plaintiff had been removed from Dr. Knight's account and requested that Plaintiff be reinstated. On November 6, 2014, Plaintiff's managers reviewed the situation and found the improper assignment "was not caught internally and the lead was given to Clint Brady," but decided not to restore the account to Plaintiff and to leave it with Brady instead. By contrast, when a man's account was mistakenly assigned to Plaintiff, such account was restored to the man.

41.     On or about February 24, 2014, representatives of Florida Hospital Physician Group requested that Plaintiff handle all its accounts in Hillsborough, Pasco and Pinellas Counties, so that it would have to deal with only one sales representative. Notwithstanding this request, Defendants PSS World and McKesson assigned the Pinellas County account to Brady. (In addition to Plaintiff, another female sales person, Janette Stach, was in position to handle the Pinellas account, but Defendants passed over her as well in favor of Brady.) Plaintiff nonetheless performed the work on Florida Hospital Physician Group's  Pinellas County account until in or about April 2016, but Brady, not Plaintiff, received the commissions on the account.

42.     On or about October 10, 2014, Gary Steele of Florida Medical Clinic objected to having to deal with Brady on his account, stating that he wanted to deal only with Plaintiff. In or about November 2014, McKesson and PSS World  refused Steele's request, and continued to refuse to assign the full account to Plaintiff, depriving her of income in favor of a male employee and contrary to customer wishes.

9

43.     To no avail, Florida Medical Clinic continued to protest Brady's assignment to Florida Medical Clinic's account, including stating in a March 22, 2016, communication: "We do not want Clint on our accounts."

44.     On or about July 31, 2015, Plaintiff filed an EEOC charge alleging sex discrimination and retaliation against McKesson and PSS World. The charge was dual-filed with the FCHR. Pursuant to a worksharing agreement with FCHR, the EEOC assigned investigation of the charge to the FCHR.

45.     In or about December 2015, during the time Respondent was preparing its response to the charge, which response was dated December 18, 2015, Plaintiff's supervisor, Area Manager Paul Jensen, began retaliating against Plaintiff by hyperscrutinizing her, treating her with hostility, and placing her accounts in jeopardy.

46.     The retaliation included requiring Plaintiff to impose extra and unwarranted fees on customers; limiting reimbursements for returned products; and harassing Plaintiff regarding her need to take a leave of absence due to the illness and subsequent death of her father.

47.     During this time, Plaintiff cultivated a new customer, Prime Care, and worked with its staff to develop a purchase order for about $40,000 worth of medical equipment and supplies for the opening of a new medical office. After the order form had been completed, Jensen assigned the account to another representative and directed Plaintiff to turn over all her work on the account to the new representative. The account was eventually returned to Plaintiff. However, Jensen awarded the commission on the sale to the new representative, rather than Plaintiff. When Plaintiff brought the matter to his attention, Jensen, on or about December 23, 2015, denied Plaintiff's request to receive the commission for her sale to Prime Care.

10

48.      On August 7, 2016, Jensen refused to grant Access Healthcare's request that Plaintiff be designated as the sole sales representative to deal with Access Healthcare. Yet, during this general time frame, the request of another customer that a male sales representative be designated as its sole sales representative was granted. The failure to grant Access Healthcare's request resulted in the loss to Plaintiff of commissions from the accounts of several Access Healthcare units.

49.      Plaintiff continues to receive reduced compensation because of her sex and retaliation, based on the above discriminatory and retaliatory acts of Defendants. The reduced compensation affects every paycheck Plaintiff receives, and results in her being paid less than the men to whom her accounts were assigned.

50.      Plaintiff has suffered indignity, humiliation, and inconvenience as a result of Defendants' discrimination and retaliation against her.

51.      Plaintiff filed this lawsuit on December 12, 2014.

52.      On December 9, 2016, the FCHR closed its proceedings under the FCRA on Plaintiff's dual-filed second EEOC charge.

53.      On May 16, 2017, the EEOC issued a notice of right to sue on Plaintiff's second EEOC charge.

**Count 1: FCRA—Sex Discrimination—Pre-Merger Discrimination of PSS World**

54.      Plaintiff incorporates by reference above Paragraphs 1 to 9, 12 to 36, and 49 to 51.

55.      Prior to and after the February 22, 2013, merger of McKesson and PSS World, PSS World was an "employer" within the meaning of the FCRA.

56.      On information and belief, as of PSS World's name change on or about July 1, 2016, Holdings is the same corporation as was PSS World prior to the name change.

57.     PSS World unlawfully discriminated against Plaintiff on the basis of gender in violation of the FCRA by removing Plaintiff in 2012 from the Florida Medical Clinic account that she had cultivated and turning the account over to a man.

58.     On information and belief, in so violating the FCRA, PSS World acted with malice or in reckless disregard for Plaintiff's rights.

59.     As a result of PSS World's conduct, Plaintiff has suffered loss of income on a continuing basis, indignity, humiliation, and inconvenience.

60.     Plaintiff has satisfied all conditions precedent for bringing suit under the FCRA on this claim.

WHEREFORE, Plaintiff demands judgment against PSS World and Holdings, jointly and severally, to include:

a.      Back pay in the form of commissions which should have been paid to Plaintiff but were paid to male employees because of Plaintiff's sex;

b.      Back pay for other compensation lost due to sex discrimination, including CEO Round Table benefits;

c.      Make-whole relief to offset Plaintiff's tax liability resulting if the back pay awarded to Plaintiff pushes her into a higher tax bracket;

d.      Non-economic damages to compensate Plaintiff for indignity, humiliation, and inconvenience caused by PSS World's discrimination;

e.      Punitive damages;

f.      Injunctive and declaratory relief, barring discrimination in the future against Plaintiff and other women in their compensation, terms, conditions and privileges of employment;

12

g.   Prejudgment interest;

h.   Reasonable attorney and expert fees;

i.   Reasonable litigation expenses; and

j.   Such other relief as the Court deems just and necessary to make Plaintiff whole and effectuate the purposes of the FCRA.

Plaintiff demands a jury trial.

**Count 2: FCRA—Sex Discrimination—Post-Merger Discrimination of Defendants**

61.   Plaintiff incorporates by reference above Paragraphs 1 to 9, 12 to 24, 36 to 38, 40, 42 to 44, and 48 to 52.

62.   McKesson is an "employer" within the meaning of the FCRA.

63.   PSS World is an "employer" within the meaning of the FCRA.

64.   Holdings is an "employer" within the meaning of the FCRA.

65.   On information and belief, as of PSS World's name change on or about July 1, 2016, Holdings is the same corporation as was PSS World prior to the name change.

66.   Medical-Surgical is an "employer" within the meaning of the FCRA.

67.   On information and belief, Defendants are an "integrated employer" for purposes of this litigation, in that at the times material to this litigation, they have had interrelated operations, common management, centralized control of labor relations and common ownership.

68.   Defendants unlawfully discriminated against Plaintiff on the basis of gender in violation of the FCRA, including by taking away in or about February 2013 Plaintiff's east coast Access Health Care accounts and giving the accounts to a man; refusing in November 2014 to restore Plaintiff to the Knight account and instead leaving the account with a man; refusing Florida Medical Clinic's repeated requests that its accounts assigned to a man be reassigned to Plaintiff,

and as of approximately March 2013, paying the man commissions on such accounts despite Plaintiff's performance of the man's work;   and refusing in August 2016 to grant Access Healthcare's request that Plaintiff be designated as the sole sales representative to deal with Access Healthcare.

69.     On information and belief, in so violating the FCRA, Defendants acted with malice or in reckless disregard for Plaintiff's rights.

70.     As a result of Defendants' conduct, Plaintiff has suffered loss of income on a continuing basis, indignity, humiliation, and inconvenience.

71.     Plaintiff has satisfied all conditions precedent for bringing suit under the FCRA on this claim.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, to include:

      a.  Back pay in the form of commissions that should have been paid to Plaintiff but were paid to male employees because of Plaintiff's sex;

      b.  Back pay for other compensation lost due to sex discrimination, including CEO Round Table benefits;

      c.  Make-whole relief to offset Plaintiff's tax liability resulting if the back pay awarded to Plaintiff pushes her into a higher tax bracket;

      d.  Non-economic damages to compensate Plaintiff for indignity, humiliation, and inconvenience caused by Defendants' discrimination;

      e.  Punitive damages;

      f.  Injunctive and declaratory relief, barring discrimination in the future against Plaintiff and other women in their compensation, terms, conditions and privileges

of employment;

g.   Prejudgment interest;

h.   Reasonable attorney and expert fees;

i.   Reasonable litigation expenses; and

j.   Such other relief as the Court deems just and necessary to make Plaintiff whole and

effectuate the purposes of the FCRA.

Plaintiff demands a jury trial.

### Count 3: FCRA—Retaliation

72.   Plaintiff incorporates by reference above Paragraphs 1 to 9, 12 to 25, 34 to 36, 38,

and 44 to 52.

73.   McKesson is an "employer" within the meaning of the FCRA.

74.   PSS World is an "employer" within the meaning of the FCRA.

75.   Holdings is an "employer" within the meaning of the FCRA.

76.   On information and belief, as of PSS World's name change on or about July 1,

2016, Holdings is the same corporation as was PSS World prior to the name change.

77.   Medical-Surgical is an "employer" within the meaning of the FCRA.

78.   On information and belief, Defendants are an "integrated employer" for purposes

of this litigation, in that at the times material to this litigation, they have had interrelated operations,

common management, centralized control of labor relations and common ownership.

79.   Plaintiff engaged in activities protected from retaliation by the FCRA, including

her filing and pursuit of her first and second EEOC charges and this lawsuit.

80.   Defendants unlawfully retaliated against Plaintiff in violation of the FCRA,

including by taking away in February 2013 Plaintiff's east coast Access Health Care accounts;

15

refusing Florida Medical Clinic's requests that Plaintiff be its sole representative; placing Plaintiff's accounts in jeopardy as of in or about December 2015; in or about December 2015, removing Plaintiff from the Prime Care account and awarding to another employee a commission Plaintiff had earned on a sale to Prime Care; refusing in August 2016 to grant Access Healthcare's request that Plaintiff be designated as the sole sales representative to deal with Access Healthcare; and paying other employees commissions for work performed by Plaintiff.

81.     On information and belief, in so violating the FCRA, Defendants acted with malice or in reckless disregard for Plaintiff's rights.

82.     As a result of Defendants' conduct, Plaintiff has suffered loss of income on a continuing basis, indignity, humiliation, and inconvenience.

83.     Plaintiff has satisfied all conditions precedent for bringing suit under the FCRA on this claim.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, to include:

   a. Back pay in the form of commissions that should have been paid to Plaintiff but were paid to other employees because of retaliation;

   b. Back pay for other compensation lost due to retaliation, including the nonpayment to Plaintiff of the commission on the sale to Prime Care;

   c. Make-whole relief to offset Plaintiff's tax liability resulting if the back pay awarded to Plaintiff pushes her into a higher tax bracket;

   d. Non-economic damages to compensate Plaintiff for indignity, humiliation, and inconvenience caused by Defendants' retaliation;

   e. Punitive damages;

16

    f.    Injunctive and declaratory relief, barring retaliation in the future against Plaintiff;

        Prejudgment interest;

    g.   Reasonable attorney and expert fees;

    h.   Reasonable litigation expenses; and

    i.    Such other relief as the Court deems just and necessary to make Plaintiff whole and

        effectuate the purposes of the FCRA.

Plaintiff demands a jury trial.

### Count 4: Title VII—Sex Discrimination—Compensation Discrimination of Defendants

84.      Plaintiff incorporates by reference above Paragraphs 1 to 9, 12 to 24, 38 to 39, 41,

42 to 44, 48 to 50, and 53.

85.      McKesson is an "employer" within the meaning of Title VII.

86.      PSS World is an "employer" within the meaning of the Title VII.

87.      Holdings is an "employer" within the meaning of Title VII.

88.      On information and belief, as of PSS World's name change on or about July 1,

2016, Holdings is the same corporation as was PSS World prior to the name change.

89.      Medical-Surgical is an "employer" within the meaning of Title VII.

90.      On information and belief, Defendants are an "integrated employer" for purposes

of this litigation, in that at the times material to this litigation, they have had interrelated operations,

common management, centralized control of labor relations and common ownership.

91.      Defendants made sex-discriminatory compensation decisions violative of Title

VII by taking away in or about February 2013 Plaintiff's east coast Access Health Care accounts

and removing her in April 2014 from the Randall Knight account, and giving the accounts to men,

17

thereby diminishing Plaintiff's compensation and paying the men compensation that should have been paid to Plaintiff.

92.     The gender-based reduction in compensation due to Defendants' sex-discriminatory compensation decisions has been ongoing since Defendants' adoption of such decisions, resulting in violation of Title VII each time Plaintiff is paid.

93.     Defendants further discriminated against Plaintiff in compensation on the basis of sex in denying Florida Hospital Physician Group's February 2014 request that Plaintiff be assigned its Pinellas County account and instead assigning the account to a man, and thereafter requiring Plaintiff to perform the work on the account but paying the man, not Plaintiff, the commissions on the account; refusing in November 2014 to restore Plaintiff to the Knight account and instead leaving the account with a man; refusing Florida Medical Clinic's repeated requests that its accounts assigned to a man be reassigned to Plaintiff, and as of approximately March 2013, paying the man commissions on such accounts despite Plaintiff's performance of the work on the accounts; and refusing in August 2016 to grant Access Healthcare's request that Plaintiff be designated as the sole sales representative to deal with Access Healthcare.

94.     On information and belief, in so violating Title VII, Defendants acted with malice or in reckless disregard for Plaintiff's rights.

95.     As a result of Defendants' conduct, Plaintiff has suffered loss of income on a continuing basis, indignity, humiliation, and inconvenience.

96.     Plaintiff has satisfied all conditions precedent for bringing suit under the Title VII on this claim.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, to include:

18

    a.  Back pay in the form of commissions that should have been paid to Plaintiff but were paid to male employees because of Plaintiff's sex, with the backpay period commencing July 31, 2013;

    b.  Back pay for other compensation lost due to sex discrimination, including CEO Round Table benefits, with the backpay period commencing July 31, 2013;

    c.  Make-whole relief to offset Plaintiff's tax liability resulting if the back pay awarded to Plaintiff pushes her into a higher tax bracket;

    d.  Non-economic damages to compensate Plaintiff for indignity, humiliation, and inconvenience caused by Defendants' discrimination;

    e.  Punitive damages;

    f.  Injunctive and declaratory relief, barring discrimination in the future against Plaintiff and other women in their compensation, terms, conditions and privileges of employment;

    g.  Prejudgment interest;

    h.  Reasonable attorney and expert fees;

    i.  Reasonable litigation expenses; and

    j.  Such other relief as the Court deems just and necessary to make Plaintiff whole and effectuate the purposes of Title VII.

Plaintiff demands a jury trial.

### Count 5: Title VII—Retaliation

97.    Plaintiff incorporates by reference above Paragraphs 1 to 9, 12 to 25, 44 to 51, and 53.

98.    McKesson is an "employer" within the meaning of Title VII.

99.     PSS World is an "employer" within the meaning of Title VII.

100.    Holdings is an "employer" within the meaning of Title VII.

101.    On information and belief, as of PSS World's name change on or about July 1,

2016, Holdings is the same corporation as was PSS World prior to the name change.

102.    Medical-Surgical is an "employer" within the meaning of Title VII.

103.    On information and belief, Defendants are an "integrated employer" for purposes

of this litigation, in that at the times material to this litigation, they have had interrelated operations,

common management, centralized control of labor relations and common ownership.

104.    Plaintiff engaged in activities protected from retaliation by Title VII, including her

filing and pursuit of her EEOC charges and this lawsuit.

105.    Defendants unlawfully retaliated against Plaintiff in violation of Title VII,

including by placing her accounts in jeopardy as of in or about December 2015; in or about

December 2015, removing Plaintiff from the Prime Care account and awarding to another

employee a commission Plaintiff had earned on a sale to Prime Care; and refusing in August 2016

to grant Access Healthcare's request that Plaintiff be designated as its sole sales representative.

106.    On information and belief, in so violating Title VII, Defendants acted with malice

or in reckless disregard for Plaintiff's rights.

107.    As a result of Defendants' conduct, Plaintiff has suffered loss of income on a

continuing basis, indignity, humiliation, and inconvenience.

108.    Plaintiff has satisfied all conditions precedent for bringing suit under Title VII on

this claim.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, to

include:

20

a. Back pay in the form of commissions that should have been paid to Plaintiff but were paid to other employees because of retaliation;

b. Back pay for other compensation lost due to retaliation, including the nonpayment to Plaintiff of the commission on the sale to Prime Care;

c. Make-whole relief to offset Plaintiff's tax liability resulting if the back pay awarded to Plaintiff pushes her into a higher tax bracket;

d. Non-economic damages to compensate Plaintiff for indignity, humiliation, and inconvenience caused by Defendants' retaliation;

e. Punitive damages;

f. Injunctive and declaratory relief, barring retaliation in the future against Plaintiff; Prejudgment interest;

g. Reasonable attorney and expert fees;

h. Reasonable litigation expenses; and

i. Such other relief as the Court deems just and necessary to make Plaintiff whole and effectuate the purposes of the FCRA.

Plaintiff demands a jury trial.

Respectfully submitted,

**/s/ Peter F. Helwig**
Peter F. Helwig
Florida Bar No. 0588113
HARRIS & HELWIG, P.A.
6700 South Florida Avenue, Suite 31
Lakeland, Florida 33813
Phone: (863) 648-2958
Facsimile: (863) 619-8901
Email: pfhelwig@tampabay.rr.com

**/s/ Kathryn S. Piscitelli**
Kathryn S. Piscitelli
Florida Bar No. 368598
P.O. Box 691166
Orlando, FL 32869-1166
Phone: (407) 491-0143
Email: kpiscitelli1@cfl.rr.com

**Attorneys for Plaintiff**

**Certificate of Service**

I hereby certify that on December 13, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**/s/ Kathryn S. Piscitelli**
Kathryn S. Piscitelli