IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HILDA VAN HOEK,

    Plaintiff,

v.   Case No. 8:17-cv-2447-T-02AAS

MCKESSON CORPORATION, et al.

    Defendant.

_____/

## ORDER REFERRING CASE TO MEDIATION

The parties have agreed to a mediation conference before the undersigned. Accordingly, it is hereby

**ORDERED**:

**(a) Conduct of Mediation Conference:** The mediation conference shall be conducted in accordance with Chapter Nine of the Rules of the United States District Court for the Middle District of Florida.

**(b) Scheduling Mediation Conference:** The parties are to meet in Courtroom 10A, Sam Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, on **APRIL 15, 2020 at 10:00 AM.**

**(c) General Rules Governing the Mediation Conference:** Although the mediation process is defined in greater detail in Chapter Nine of the local rules, the following additional guidelines are imposed upon the mediation process:

    **(1) Case Summaries:** By **APRIL 8, 2020**, each party shall hand deliver, mail (801 North Florida Avenue, Suite 10A, Tampa, FL 33602), or fax (813) 301-5549) a brief written summary of the facts and issues, including

        damages, of the case.   These summaries are confidential and will not be incorporated into the public records of this case.

**(2)**     **Mediation Process:**   To begin the mediation, the Court may conduct an initial joint conference with the parties, and each party, if so desired, may make opening remarks about the case.  The Court will then proceed to private caucuses with counsel and the individual parties.   The Court will conduct as many joint conferences and private caucuses as deemed necessary in order to stimulate negotiations and keep order.

**(3)**     **Identification of Corporate and/or Claims Representatives:**   As part of the written case summaries, counsel for corporate parties and claims professionals shall state the name and general job description of the employee or agent of the corporation who will attend and participate on behalf of the corporate party.

**(4)**     **Authority to Declare Impasse:**   Although the average mediation conference usually takes between 3-5 hours, participants shall be prepared to spend as much time as necessary to settle the case, or until an impasse is declared.

**DONE AND ORDERED** in Tampa, Florida, on this 28th day of February, 2020.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge