**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO. | 8:17-cv-2447-WFJ-AAS | DATE: | May 27, 2020 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **HILDA VAN HOEK**<br>　　　　　Plaintiff,<br>v.<br>**MCKESSON CORPORATION ET AL**<br>　　　　　Defendant | | **PLAINTIFF'S COUNSEL**<br>Katheryn Piscatelli and Peter Helwig (ZOOM)<br>(plaintiff present on ZOOM) | |
| | | **DEFENSE COUNSEL**<br>Greg Hearing and Sacha Dyson (ZOOM)<br>(defendant reps present on ZOOM) | |
| **COURT REPORTER:** n/a | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** | **TOTAL:** 3 hours | **COURTROOM:** | 10A |

**PROCEEDINGS:**　　SETTLEMENT CONFERENCE HELD

Case has been reported SETTLED