# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HILDA VAN HOEK,

    Plaintiff,

v.                                                     Case No: 8:17-cv-2447-T-02AAS

MCKESSON CORPORATION, PSS
WORLD MEDICAL, INC.,
MCKESSON MEDICAL-SURGICAL
INC., and MCKESSON MEDICAL-
SURGICAL TOP HOLDINGS INC.,

    Defendants.
_____/

## O R D E R

    The Court has been advised by **Judge Porcelli** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

    **DONE** and **ORDERED** in Tampa, Florida on May 27, 2020.

                                                               s/*William F. Jung*
                                                               **WILLIAM F. JUNG**
                                                               **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record