# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO. | 8:17-cv-2447-WFJ-AAS | DATE: | October 1, 2020 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **HILDA VAN HOEK**<br>　　　　Plaintiff,<br>v.<br><br>**MCKESSON CORPORATION ET AL**<br>　　　　Defendant | | **PLAINTIFF'S COUNSEL**<br>Katheryn Piscatelli and Peter Helwig (ZOOM)<br>(plaintiff present on ZOOM)<br><br>**DEFENSE COUNSEL**<br>Greg Hearing and Sacha Dyson (ZOOM)<br>(defendant reps present on ZOOM) | |
| **COURT REPORTER:** none | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 1:00 to 3:30 pm  TOTAL: 2.5 HOURS | | **COURTROOM:** | 10A |

**PROCEEDINGS:**　SETTLEMENT CONFERENCE HELD

Settlement conference is Continued to October 23, 2020.