UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HILDA VAN HOEK,

    Plaintiff,

v.

MCKESSON CORPORATION; PSS
WORLD MEDICAL, INC.; MCKESSON
MEDICAL-SURGICAL INC.; and
MCKESSON MEDICAL-SURGICAL TOP
HOLDINGS INC.,

    Defendants.                    /

Case No. 8:17-cv-2447-WFJ-AAS

**PLAINTIFF'S PARTIALLY UNOPPOSED MOTION TO EXTEND THE DEADLINE SET IN THE COURT'S ORDER AT DOC. 192**

    Plaintiff respectfully requests that the Court extend by 40 days the deadline set by the Court in its September 23, 2020, order at Doc. 192, which allowed the parties up to and including November 18, 2020, to submit a stipulation of dismissal or to move to reopen the action. On October 31, 2020, Plaintiff executed a settlement agreement and furnished the same to Defendants. To date, none of the four defendants has executed the agreement. Additional time is needed for all parties to complete execution of the settlement agreement and satisfy various agreed obligations that must be accomplished before dismissal.

    Defense counsel has relayed that Defendants "will agree to an enlargement of time through 12/3/2020."

    However, while December 3rd may be enough time for all the defendants to execute the settlement agreement, time still will be needed for the parties to satisfy agreed prerequisites to filing a joint stipulation of dismissal. A 40-day enlargement should be sufficient to accommodate execution of the settlement agreement and performance of agreed settlement obligations that must

precede dismissal.

Justice and fairness warrant granting the requested extension.

This motion is timely filed. *See* Fed. R. Civ. P. 6(b)(1)(A).

For the foregoing reasons, Plaintiff requests that the Court grant this motion and extend the deadline set in the Court's order at Doc. 192 by an additional 40 days, up to and including December 28, 2020.

## Certification of Conferral

Plaintiff certifies that she has conferred with defense counsel with respect to enlargement of the November 18th deadline set in the Court's order at Doc. 192. As set forth above, defense counsel agrees to an extension but one of shorter duration than that sought by Plaintiff.

Respectfully submitted this November 17, 2020,

**/s/ Kathryn S. Piscitelli**
Kathryn S. Piscitelli
Florida Bar No. 368598
P.O. Box 691166
Orlando, FL 32869-1166
Phone: (407) 491-0143
Email: kpiscitelli1@cfl.rr.com

**/s/ Peter F. Helwig**
Peter F. Helwig
Florida Bar No. 0588113
HARRIS & HELWIG, P.A.
6700 South Florida Avenue, Suite 31
Lakeland, Florida 33813
Phone: (863) 648-2958
Email: pfhelwig@tampabay.rr.com

**Attorneys for Plaintiff**